## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DAVID THOMPSON and DENISE THOMPSON<br><br>Debtors | CASE NO. 1:18-BK-00449-RNO<br><br>CHAPTER 13 |
| CARTER LUMBER COMPANY, INC.<br><br>Movant<br><br>vs.<br><br>DAVID THOMPSON and DENISE THOMPSON,<br><br>Respondents/Debtors<br><br>Charles J. Dehart, III<br>Standing Chapter 13 Trustee,<br><br>Additional Respondent | CASE NO. 1:18-BK-00449-RNO<br><br>CHAPTER 13 |

**PRAECIPE TO WITHDRAW CREDITOR CARTER LUMBER COMPANY, INC.'S MOTION TO DISMISS WITHOUT PREJUDICE**

TO THE COURT:

Creditor Carter Lumber Company, Inc. respectfully requests that this Honorable Court withdraw Carter's. previously-filed Motion to Dismiss (Docket No. 60), without

prejudice, so that Carter may refile the Motion with the appropriate Notices to the creditors in this case.

                        Respectfully submitted,

                        THOMAS, THOMAS & HAFER, LLP

By: */s/Joshua J. Bovender*
Joshua J. Bovender, Esquire
PA I.D. No. 314001
P.O. Box 999
Harrisburg, PA 17108-0999
(717) 237-7153

3128904.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DAVID THOMPSON and DENISE THOMPSON<br><br>Debtors | CASE NO. 1:18-BK-00449-HWV<br><br>CHAPTER 13 |
| CARTER LUMBER COMPANY, INC.<br><br>Movant<br><br>vs.<br><br>DAVID THOMPSON and DENISE THOMPSON,<br><br>Respondents/Debtors<br><br>Charles J. Dehart, III<br>Standing Chapter 13 Trustee,<br><br>Additional Respondent | CASE NO. 1:18-BK-00449-HWV<br><br>CHAPTER 13 |

### CERTIFICATE OF SERVICE

I, Dana A. Shanaberger, an employee of the law firm of Thomas, Thomas & Hafer, LLP, hereby certify that a true and correct copy of the foregoing was served this day via filing with this Court's ECF system on all persons who have entered an appearance in this case, and via email to debtors' counsel, on the date noted below.

THOMAS, THOMAS & HAFER, LLP

*/s/Dana A. Shanaberger*
Dana A. Shanaberger

Date: May 15, 2018