**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  DAVID ROBERT THOMPSON and DENISE PEARLY THOMPSON<br><br>Debtors | CASE NO. 1:18-BK-00449-RNO<br><br>CHAPTER 13 |
| CARTER LUMBER COMPANY, INC.<br><br>Objector<br><br>vs.<br><br>DAVID THOMPSON and DENISE THOMPSON,<br><br>Respondents<br><br>Charles J. Dehart, III<br>Standing Chapter 13 Trustee,<br><br>Additional Respondent | CASE NO. 1:18-BK-00449-RNO<br><br>CHAPTER 13 |

### OBJECTIONS OF CARTER LUMBER COMPANY, INC. TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Carter Lumber Company, Inc., through its undersigned counsel, hereby objects to the confirmation of Debtors' proposed Chapter 13 Plan for the following reasons:

1.      Debtors' Chapter 13 Plan is not feasible because, according to the Claims Register, the total priority claims in this case equal an amount not less than $49,846.13, and therefore exceed the Plan's total payments of $35,400.00.  See 11 U.S.C. §§ 507(a)(8)(B), 1325(a)(6); Claims Register, Claim Nos. 3, 19, 20.

2.      Debtors' Chapter 13 Plan is also not feasible because Debtors' Schedules I and J do not reflect a sufficient gross monthly income to properly fund the plan.

3.     Carter objects to Debtors' request to avoid Carter's judgment lien because the judgment lien does not impair the Debtors' exemption on the property. 11 U.S.C. § 522(f).  Carter's Judgment Lien amount is $619,297.04 as reflected in its duly-filed Proof of Claim.  Debtors claim a $47,350.00 exemption on for property located at 199 Beagle Club Road, Carlisle, Pennsylvania.  Despite listing the liened property value as $382,000.00 in Debtors' Chapter 13 Plan, Debtors have listed the liened property for sale at $409,900.00, reflecting a near $28,000.00 difference in valuation.  See Zillow Sale Listing for 199 Beagle Club Road, *available at* https: //www.zillow.com/ homedetails/199-Beagle-Club-Rd-Carlisle-PA-17013/9265023_ zpid/ (last visited May 18, 2018).  The Beagle Club Road property value is significantly greater than Debtors' Plan suggests, and therefore, Debtors' exemption is not impaired by the judgment lien, and should not be avoided. 11 U.S.C. § 522(f).

4.     Debtors' Petition was not filed in good faith.

5.     Upon information and belief, Debtors have not filed all required Federal, State, and local tax returns as required by 11 U.S.C. 1308.

6.     The Plan has not been proposed in good faith.

WHEREFORE, Carter Lumber Company, Inc. prays that its objections be sustained and that the confirmation of Debtors' Chapter 13 Plan be denied.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By:  _/s/Joshua J. Bovender_____
Joshua J. Bovender, Esquire
PA I.D. No. 314001
P.O. Box 999
Harrisburg, PA  17108-0999
(717) 237-7153

3137127.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DAVID ROBERT THOMPSON and DENISE PEARLY THOMPSON | CASE NO. 1:18-BK-00449-RNO |
| Debtors | CHAPTER 13 |

| | |
|---|---|
| CARTER LUMBER COMPANY, INC. | CASE NO. 1:18-BK-00449-RNO |
| Objector | CHAPTER 13 |
| vs. | |
| DAVID THOMPSON and DENISE THOMPSON, | |
| Respondents | |
| Charles J. Dehart, III Standing Chapter 13 Trustee, | |
| Additional Respondent | |

## CERTIFICATE OF SERVICE

I, Dana A. Shanaberger, an employee of the law firm of Thomas, Thomas & Hafer, LLP, hereby certify that a true and correct copy of the foregoing was served this day via filing with this Court's ECF system on all persons who have entered an appearance in this case, and via email to debtors' counsel, on the date noted below.

James W. Adelman, Esquire
Morris and Adelman PC
201 N. Presidential Blvd.
Suite 100
Bala Cynwyd, PA 19004
jwadelman@morrisadelman.com
*Pennsy Supply Inc.*

Karina Velter, Esquire
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
kvelter@manleydeas.com
*Nationstar Mortgage LLC d/b/a Mr. Cooper*

Thomas O. Williams, Esquire
Reager and Adler, PC
2331 Market Street
Camp Hill, PA 17011
twilliams@reageradlerpc.com
*Catherine Colm & James Hegeman*

Tracy Lynn Updike, Esquire
Schiffman, Sheridan & Brown, PC
2080 Linlestown Road
Suite 201
Harrisburg, PA 17110
tupdike@ssbc-law.com
*PA Central Federal Credit Union*

Joseph P. Schalk, Esquire
Barley Snyder
213 Market Street, 12th Floor
Harrisburg, PA 17101
jschalk@barley.com
*Precast Systems, LLC*


Robert E. Chernicoff, Esquire
Cunningham and Chernicoff PC
2320 N. 2nd Street
Harrisburg, PA 17110

*Linda S. Bales Living Trust*

Donna Donaher
First National Bank
100 Federal Street, 4th Floor
Pittsburgh, PA 15212
donaherd@fnb-corp.com
*First National Bank of Pennsylvania*

Jeffrey C. Clark, Esquire
Wix Wenger and Weidner
508 North Second Street
P.O. Box 845
Harrisburg, PA 17108-0845
jclark@wwwpalaw.com
*Jesse Esh*

Valerie Smith
Synchrony Bank
c/o PRA Receivables Management, LLC
Senior Manager
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com


THOMAS, THOMAS & HAFER, LLP

/s/Dana A. Shanaberger
Dana A. Shanaberger


Date:  5/22/18