**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  DAVID ROBERT THOMPSON and DENISE PEARL THOMPSON | CASE NO. 1:18-BK-00449-RNO |
| Debtors | CHAPTER 13 |

## AMENDED NOTICE

The hearing on the Amended Motion of Carter Lumber Company, Inc. to Dismiss Case Pursuant to 11 U.S.C. 1307 (the "Motion") is scheduled for the date indicated below.

**June 19, 2018** is the deadline for filing answers/objections to the Motion. The hearing on the Motion has been scheduled for at the following date, time and location:

United States Bankruptcy Court     Date:     July 11, 2018
Ronald Reagan Federal Building,
Bankruptcy Courtroom (3rd Floor),     Time: 10:00 AM
Third & Walnut Streets,
Harrisburg, PA 17101

A copy of the Motion can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing (*L.B.F. 9013-4*, *Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Any answers or objections to the Motion will be heard at the above-scheduled hearing. Counsel should be prepared to proceed with their case on the merits at this time.

A copy of the Motion is enclosed with this Notice. A copy also may be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers. Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**     **For the Court:**
U.S. Bankruptcy Court     Clerk of the Bankruptcy Court:
Ronald Reagan Federal Building     Terrence S. Miller
228 Walnut St
Harrisburg, PA 17101
(717) 901-2800
Hours Open: Monday-Friday 9:00 AM-4:00 PM     Date: May 29, 2018