# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

Telephone
717.238.5250
Facsimile
717.558-8990

June 27, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: David & Denise Thompson
Chapter 13 Bankruptcy Case No. 1-18-00449

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

GARMAN CONCRETE CONSTRUCTION INC
48 WILLIAM COURT
LOYSVILLE PA 17047

The Creditor's <u>previous</u> address was as follows:

GARMAN CONCRETE CONSTRUCTION INC
2428 ROCK HOLLOW ROAD
LOYSVILLE PA 17047-9517

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm