# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

Telephone
717.238.5250
Facsimile
717.558-8990

June 28, 2018

## Via ECF Only

TO:  US BANKRUPTCY COURT - CLERK

RE:  David & Denise Thompson
Chapter 13 Bankruptcy Case No. 1-18-00449

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The new address is:

JIM WISE
COLDWELL BANKER REALTY
3915 MARKET STREET
CAMP HILL PA 17011-4227

The Creditor's previous address was as follows:

JIM WISE
COLDWELL BANKER REALTY
3500 MARKET STREET
CAMP HILL PA 17011-4354

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm