**Sharlene Miller**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Thursday, July 12, 2018 12:17 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: David Robert Thompson, Case Number: 18-00449, RNO, Ref: [p-123099482] |
| Attachments: | B_P11800449nthrgreq0440.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

July 13, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
     In re: David Robert Thompson, Case Number 18-00449, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Undeliverable Address:
Bank Of America
NC4-105-03-14
PO Box 26012
Greensboro, NC 27410

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 31785, TAMPA FL 33631-3785 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

7/13/2018

PO Box 31785
Tampa FL 33631-3785

Undeliverable Address:
J. L. Unruh
Address removed per entry 14

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
address removed

Undeliverable Address:
Jesse Esh d/b/a Esh Drywall
address removed as per entry 14

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
address removed

Undeliverable Address:
Precast Systems, LLC
removed per number 33

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
address removed

_____   Date 7/13/18
Signature of Debtor or Debtor's Attorney

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Total Control Panel                                                                                                                Login

To: gary.imblum@imblumlaw.com
From: usbankruptcycourts@noticingcenter.com

Message Score: 1
My Spam Blocking Level: Low

Block this sender

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*