# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**Hon. Robert N. Opel, II**
Bankruptcy Judge

**Max Rosenn United States Courthouse**
197 South Main Street, Suite 144
Wilkes-Barre, Pennsylvania 18701
Telephone:(570) 831-2536

July 16, 2018

Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA   17111

Re:   **David Robert and Denise Pearl Thompson; Case No. 1-18-bk-00449 RNO**
      **Application of Attorney for Chapter 13 Debtor for Compensation and**
      **Reimbursement of Expenses**

Dear Attorney Imblum:

The Court has before it the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses in the above-captioned case. A review of the Application indicates that Local Bankruptcy Rule ¶ 2016-2(c) was not complied with in that a Request for Payment of Chapter 13 Compensation and Expenses (L.B.F. 2016-2(c)) was not completed and docketed in the above case.

Local Bankruptcy Form 2016-2(c) must be filed within thirty (30) days of the date of this letter. It is not necessary to re-notice the Application. If said form is not filed, the Court may deny the Application without prejudice.

Sincerely,

Beth A. Irving

:bai