IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DAVID ROBERT THOMPSON | : CHAPTER 11 |
| a/k/a DAVE ROBERT THOMPSON | : |
| DENISE PEARL THOMPSON | : CASE NO. 1:18-bk-00449 RNO |
| Debtors | : |

## ORDER OF COURT
## PERMITTING APPOINTMENT OF COUNSEL

In consideration of Application of Debtors-in-Possession to Employ Counsel;

**IT IS HEREBY ORDERED AND DECREED** that IMBLUM LAW OFFICES, PC. shall be retained as Counsel in the above captioned matter. Said Counsel shall submit applications for compensation as are required pursuant to the Bankruptcy Code and the Bankruptcy Rules.