IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DAVID ROBERT THOMPSON and | : | CASE NO. 1:18-bk-00449-RNO |
| DENISE PEARL THOMPSON | : | |
| | : | |
| | : | |
| DEBTORS | : | CHAPTER 11 |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

                                            Respectfully submitted,

                                              ANDREW R. VARA
                                              ACTING UNITED STATES TRUSTEE

                                              Anne K. Fiorenza
                                              Assistant United States Trustee

                  By:    /s/ D. Troy Sellars
                           D. Troy Sellars, Esq.
                           Trial Attorney
                           United States Department of Justice
                           Office of the United States Trustee
                           Middle District of Pennsylvania
                           228 Walnut Street, Suite 1190
                           Harrisburg, PA 17101
                           Tel. (717) 221-4515
                           Fax (717) 221-4554
                           Bar I.D. #210302
                           Email: D.Troy.Sellars@usdoj.gov

Dated:   August 16, 2018