In re:                                                            Case No. 18-00449-RNO
David Robert Thompson                                             Chapter 11
Denise Pearl Thompson
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 2                    Date Rcvd: Aug 16, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb        +David Robert Thompson,   Denise Pearl Thompson,   PO Box 1005,   New Kingstown, PA 17072-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Bruce J Warshawsky   on behalf of Creditor   Tradesman Building Group, LLC bjw@cclawpc.com,
               jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
              Clayton William Davidson   on behalf of Creditor   Deere & Company cdavidson@mwn.com,
               nwelch@mwn.com
              Donna Donaher   on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
              Gary J Imblum   on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum   on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum   on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum   on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James W Adelman   on behalf of Creditor   Pennsy Supply Inc. mail@morrisadelman.com
              Jeffrey C Clark   on behalf of Creditor Jesse  Esh jclark@wwwpalaw.com,  dwilliamson@wwwpalaw.com
              Jeffrey L Troutman   on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman   on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
              John Matthew Hyams   on behalf of Creditor   Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams   on behalf of Defendant   Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph P Schalk   on behalf of Creditor   Precast Systems, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua J Bovender   on behalf of Creditor   Carter Lumber Company, Inc. jbovender@tthlaw.com,
               lmalone@tthlaw.com
              Joshua J Bovender   on behalf of Defendant   Carter Lumber Company, Inc. jbovender@tthlaw.com,
               lmalone@tthlaw.com
              Karina  Velter   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Robert E Chernicoff   on behalf of Creditor   Linda S. Bales Living Trust rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven M Williams   on behalf of Creditor   Innovative Painting Systems, Inc.
               swilliams@cohensieglias.com,  azortman@cohensieglias.com
              Thomas O. Williams   on behalf of Interested Party Catherine  Colm TWilliams@ReagerAdlerPC.com,
               ASouders@ReagerAdlerPC.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Thomas O. Williams    on behalf of Interested Party James  Hegeman TWilliams@ReagerAdlerPC.com,
      ASouders@ReagerAdlerPC.com
      Tracy Lynn Updike    on behalf of Creditor    PA Central Federal Credit Union tupdike@ssbc-law.com,
      ssollenberger@ssbc-law.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                   TOTAL: 24

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**DAVID ROBERT THOMPSON** : **CHAPTER 13**
**a/k/a DAVE ROBERT THOMPSON** :
**DENISE PEARL THOMPSON** :
: **CASE NO.  1:18-bk-00449 RNO**


### ORDER

Upon consideration of the Motion to Convert Case to Chapter 11 filed to Docket

No. 96, after hearing held on August 15, 2018, it is

**ORDERED** that the Motion is GRANTED and the above-captioned case is

converted from a Chapter 13 to a Chapter 11 case.

Charles J. DeHart, III, Esquire, Standing Chapter 13, Trustee, is discharged from his

duties related to this case.

Dated:   August 15, 2018                         By the Court,

_____

Robert N. Opel, II, Chief Bankruptcy Judge (BI)