IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DAVID R. THOMPSON a/k/a DAVE ROBERT THOMPSON DENISE PEARL THOMPSON | : : : : | CASE NO.: 1:18-BK-00449 |
| Debtors | : | |

=====================================================================

| | | |
|---|---|---|
| CL45 MW LOAN 1, LLC, | : : | |
| Movant | : : | |
| and | : : | |
| UNITED STATES TRUSTEE CHAPTER 11 TRUSTEE, | : : : | |
| Respondents. | : | |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for CL45 MW LOAN 1, LLC, a creditor of the above-named Debtors and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Kathryn L. Mason, Esquire
JSDC Law Offices
11 East Chocolate Ave, Suite 300
Hershey, PA 17033
(717) 533-3280

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtors.

JSDC LAW OFFICES

Dated: August 30, 2018     BY: /s/Kathryn L. Mason
                               Scott A. Dietterick, Esquire
                               Kathryn L. Mason, Esquire
                               Attorneys for Movant
                               11 E. Chocolate Ave, Suite 300
                               Hershey, PA 17033
                               (717) 533-3280
                               (717) 533-2795 FAX
                               sad@jsdc.com; kab@jsdc.com
                               PA I.D. #55650; PA I.D. #89705

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DAVID R. THOMPSON a/k/a DAVE ROBERT THOMPSON | : | CASE NO.: 1:18-BK-00449 |
| DENISE PEARL THOMPSON | : | |
| | : | |
| Debtors | : | |

===================================================================

| | | |
|---|---|---|
| CL45 MW LOAN 1, LLC, | : | |
| | : | |
| Movant | : | |
| and | : | |
| | : | |
| UNITED STATES TRUSTEE CHAPTER 11 TRUSTEE, | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served on the following on **August 30, 2018**, via Electronic Notification and/or via electronic notification and/or First Class U. S. Mail, Postage Pre-paid:

| David Robert Thompson | Denise Pearl Thompson | United States Trustee |
|---|---|---|
| c/o Gary J. Imblum | c/o Gary J. Imblum | c/o D. Troy Sellars |
| Imblum Law Offices | Imblum Law Offices | Office of the United States Trustee |
| 4615 Derry Street | 4615 Derry Street | 228 Walnut Street, Suite 1190 |
| Harrisburg, PA 17111 | Harrisburg, PA 17111 | Harrisburg, PA 17101 |

JSDC LAW OFFICES

Dated: August 30, 2018           BY:   /s/Kathryn L. Mason
                                       Scott A. Dietterick, Esquire
                                       Kathryn L. Mason, Esquire
                                       Attorneys for Movant
                                       11 E. Chocolate Ave, Suite 300
                                       Hershey, PA  17033
                                       (717) 533-3280
                                       (717) 533-2795 FAX
                                       sad@jsdc.com; kab@jsdc.com
                                       PA I.D. #55650; PA I.D. #89705