UNITED STATES BANKRUPTCY COURT
__Middle__ DISTRICT OF __Pennsylvania__

In re __David R. and Denise P. Thompson__   Case No. __1-18-00449__
      Debtor

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | ✓ |
| Certificates of Insurance: | | |
| Workers Compensation | | |
| Property | ✓ | ✓ |
| General Liability | | |
| Vehicle | ✓ | ✓ |
| Other: Inland Marine | ✓ | ✓ |
| Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3 for the District of Delaware only. Refer to: http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | ✓ | ✓ |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_/s/ David R. Thompson_      8/19/2018
Signature of Debtor      Date

_/s/ Denise P. Thompson_      8/19/2018
Signature of Joint Debtor      Date

Signature of Authorized Individual*      Date

Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

DECLARATIONS


BLGF

Erie Insurance Group
100 Erie Ins. Pl.
Erie, PA 16530

ERIE INSURANCE EXCHANGE
HOMEPROTECTOR POLICY
ULTRACOVER

AMENDED DECLARATIONS 01 * *
EFFECTIVE 08/20/18 ATTACH THIS TO YOUR POLICY.

REASON FOR AMENDMENT - AMENDED SECOND MORTGAGEE

| AGENT | ITEM 2. POLICY PERIOD | POLICY NUMBER |
|---|---|---|
| AA7605   FARNHAM INSURANCE AGY | 08/20/18 TO 08/20/19 | 7477 |

| ITEM 1. NAMED INSURED AND ADDRESS | ITEM 3. OTHER INTEREST |
|---|---|
| DENISE P THOMPSON &<br>DAVID R THOMPSON<br>P O BOX 1005<br>NEW KINGSTOWN PA  17072-1005 | AS LISTED BELOW<br>OR ON REVERSE SIDE |

AGENT - FARNHAM INSURANCE AGY           507 N YORK ST STE 2

AGENT PHONE - (717) 766-8678            MECHANICSBURG PA 17055 2778

COVERAGE BEGINS AND ENDS AT 12.01 AM STANDARD TIME AT THE LOCATION OF THE
 INSURED PROPERTY.  UNTIL TERMINATED, THIS POLICY WILL CONTINUE IN FORCE.

LOCATION OF RESIDENCE PREMISES IF OTHER THAN STATED IN ITEM 1 OR IF SPECIFIC
 DESIGNATION IS NEEDED.    ZIP CODE - 17013        MIDDLE TWP, CUMBE CO
 199 BEAGLE CLUB ROAD CARLISLE PA.

PROPERTY INFORMATION - PRIMARY RESIDENCE, YEAR OF CONSTRUCTION 2002, VINYL OVER
 FRAME, PROTECTION CLASS B.
 PROPERTY IS WITHIN 1000 FEET OF A FIRE HYDRANT AND WITHIN 5 MILES OF
 A RESPONDING FIRE DEPARTMENT.

* THE AMOUNT OF INSURANCE APPLYING TO THE DWELLING IS THE REPLACEMENT COST
AT THE TIME OF THE LOSS, SUBJECT TO POLICY CONDITIONS AND REQUIREMENTS.
THE ESTIMATED REPLACEMENT COST OF THE DWELLING IS  $   369,000.


SECTION I - PROPERTY PROTECTION           AMOUNT OF INSURANCE
 DWELLING                              *GUARANTEED REPLACEMENT COST
 OTHER STRUCTURES                            $    73,800
 PERSONAL PROPERTY                           $   276,750
 LOSS OF USE                             LOSS SUSTAINED NOT TO
                                         EXCEED 12 CONSECUTIVE MONTHS
SECTION II - HOME AND FAMILY LIABILITY PROTECTION
 PERSONAL LIABILITY         - EACH OCCURRENCE   $1,000,000
 MEDICAL PAYMENTS TO OTHERS - EACH PERSON       $     1,000
         NO DIFFERENCE IN PREMIUM DUE TO THE CHANGE            $        .00

SECTION I DEDUCTIBLE            $ 1000.
APPLICABLE FORMS - 2005 02/01, HPFP 02/03, HPGN 08/10, UF2733 01/09, HPHK 08/10,
 HPAAN 01/97, HPPA 04/11, HPCT 07/11, UF4839 10/16, UF2743 02/15, FORMSA 11/12.

PRIMARY RESIDENCE-MORTGAGEE            PRIMARY RESIDENCE-2ND MORTGAGEE
LN    9675                             LN    5127
NATIONSTAR                             FIRST NATIONAL BANK OF
PO BOX 7729                            PENNSYLVANIA ISAOA ATIMA
SPRINGFIELD OH  45501-7729             P O BOX 703809
                                       DALLAS TX  75370-3809


                                                AGTPAF      07/18/18

NO BUSINESS PURSUITS ARE CONDUCTED AT THE PREMISES, EXCEPT AS FOLLOWS -

ADDITIONAL COVERAGES

YOUR PREMIUM REFLECTS SAVINGS DUE TO A HIGHER DEDUCTIBLE
PREMISES ALARM SYSTEM - TYPE 1
ENHANCEMENT ENDORSEMENT - INCLUDES ORDINANCE OR LAW COVERAGE;
  INCREASED LIMITS OF COVERAGE FOR TREES, SHRUBS, PLANTS AND
  LAWNS; UP TO $ 20000 FOR SEWER OR DRAIN BACKUP COVERAGE, AND
  INCREASED SPECIAL LIMITS INCLUDING UP TO $5,000 FOR THEFT,
  MISPLACEMENT OR LOSING OF JEWELRY, WATCHES, FURS, SILVERWARE
  AND GUNS.
AUTO/HOME MULTI POLICY DISCOUNT APPLIES


7477



# Your Auto Policy Declarations (Amended)

Coverage provided by:

## Erie Insurance Exchange
100 Erie Insurance Place  Erie, PA  16530
www.erieinsurance.com

**Amendment Effective 07/07/2018**

| Named Insured | Policy Number | Your ERIE Agent | Agent Phone |
|---|---|---|---|
| DAVID R THOMPSON & | 5056 | FARNHAM INSURANCE AGENCY | (717)766-8678 |
| DENISE P THOMPSON | **Policy Period** | 507 N YORK ST STE 2 | |
| P O BOX 1005 | 07/07/2018 to 07/07/2019 | MECHANICSBURG, PA  17055-2778 | |
| NEW KINGSTOWN, PA  17072-1005 | **NAIC Code** | | Agency #: AA7605 |
| | 26271 | | Agent #: AA7605 |

Total Annual Policy Premium: (This is not a bill. Your invoice will follow in a separate mailing.)   $1,493.00

Your premium is based on Good Driver rates.

YOUR COLLISION COVERAGE AND DEDUCTIBLE APPLY TO PRIVATE PASSENGER AUTOS YOU OR A RESIDENT RELATIVE RENT FOR 45 DAYS OR LESS. THIS IS SUBJECT TO LIMITATIONS, TERMS AND CONDITIONS IN THE POLICY.

## Vehicles Covered:

### Vehicle Rating Information:

| Vehicle | VIN | State | Ter | PHY | LI | OT | CM | CL | Rating | Class | Use | Annual miles | DDP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 2014 HOND PILOT TOUR | 5FNYF4H94EB008378 | PA | 4F | | 02 | 07 | 50 | 45 | A1ALM | FM50 | Pleasure | 8,501 or greater | |
| 2. 2014 RAM 1500 CREW | 1C6RR7WT7ES182788 | PA | 4F | | 04 | 03 | 66 | 59 | A1ALM | MM55 | Pleasure | 8,501 or greater | |
| 3. 2014 LOAD TRAILER | 4ZECH1825E1060466 | PA | 4F | 02 | | | | | | | | | |

## Driver Rating Information:

| Drivers Included | Age | Status | Gender | Vehicle |
|---|---|---|---|---|
| DAVID R THOMPSON | 55 | Married | Male | 2 |
| DENISE P THOMPSON | 50 | Married | Female | 1 |

If a driver is not a resident relative as defined in your policy, coverages, benefits and rights may be limited. Refer to your policy and its endorsements for terms, definitions, limitations, reductions, exclusions and conditions.

| Discounts that apply: | Vehicle: |
|---|---|
| Age 55 or Over Discount | 2 |
| Anti-Lock Brake Discount | 1, 2 |
| Anti-Theft Discount/Passive Non-Disabling | 1, 2 |
| Multi-Car Discount | 1, 2 |
| Multi-Policy Discount - Auto/Home | 1, 2, 3 |
| Passive Restraint Discount/Multiple Airbags | 1, 2 |
| Prior Bodily Injury Limits Discount | 1, 2 |
| Safe Driver Discount | 1, 2 |

Thank you for being a responsible driver. The Safe Driver Discount has been applied to your policy premium.
Feature Fifteen applies to your policy. Because you've been a loyal ERIE customer for at least 15 years, no surcharge will ever be applied to your policy for future at-fault accidents.

## Coverages/Limits of Protection/Premiums

Insurance is provided where a premium is shown for the coverage. Coverages, limits and annual premiums are as follows:
The **Full Tort** Option applies to all private passenger vehicles.

Policy Number 5056

Your ERIE Agent
FARNHAM INSURANCE AGENCY
(717)766-8678

Policy Period
07/07/2018 to 07/07/2019

| | Vehicle (premium in $) | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| **Liability Protection** | | | |
| Bodily Injury $1,000,000 per person/ $1,000,000 per accident | 104.00 | 107.00 | |
| Property Damage $100,000 per accident | 87.00 | 91.00 | |
| **First Party Benefits** | | | |
| Medical Expense $100,000 | 69.00 | 62.00 | |
| Income Loss $1,000/Month / $15,000 Maximum | 5.00 | 5.00 | |
| Accidental Death $5,000 | 1.00 | 1.00 | |
| Funeral Benefit $2,500 | 1.00 | 1.00 | |
| **Uninsured Motorists** | | | |
| Bodily Injury $300,000 per person/ $300,000 per accident-Stacked | 9.00 | 8.00 | |
| **Underinsured Motorists** | | | |
| Bodily Injury $300,000 per person/ $300,000 per accident-Stacked | 93.00 | 84.00 | |
| **Physical Damage** | | | |
| Comprehensive - $100 deductible | 108.00 | 146.00 | 22.00 |
| Collision - $500 deductible | 160.00 | 199.00 | 13.00 |
| **Optional Coverages** | | | |
| Road Service | 4.00 | 4.00 | 5.00 |
| New Auto Security | 45.00 | 59.00 | |
| **Annual Premium per Vehicle** $ | 686.00 | 767.00 | 40.00 |

**Total Annual Policy Premium** $1,493.00

**Premium change as a result of this amendment:** $73.00

Form numbers listed below that have an asterisk (*) are included with this mailing. Form numbers without an * were included with a previous Declaration. Any applicable Named Driver Exclusion form has been provided to you by your Agent.

| Applicable Policy, Endorsements and Notices | Form # | Vehicle(s) |
|---|---|---|
| Auto Insurance Policy - Pennsylvania | AP-PA 04/13 | 1, 2, 3 |
| New Auto Security Coverage Endorsement | AFAC01 09/15 | 1, 2 |
| Policy Change Endorsement - Pennsylvania | AFPA03 11/17 | 1, 2, 3 |
| First Party Benefits Endorsement - Pennsylvania | AFPF01 11/17 | 1, 2 |
| Uninsured/Underinsured Motorists Coverage Endorsement - Pennsylvania | AFPU01 11/17 | 1, 2 |
| Subscribers Agreement | FORM SA 11/12 | 1, 2, 3 |
| Important Notice Regarding Changes To Your Pennsylvania Auto Insurance Policy | UF4777 06/18 | 1, 2, 3 |
| Erie Insurance Privacy Notice | UF4839 10/16 | 1, 2, 3 |
| Pennsylvania - Notice To Policyholders | UF6853 03/18 | 1, 2, 3 |

Unless a co-owner or lienholder is listed below, the Named Insured is the sole owner of each vehicle we insure.



| | Policy Number | Your ERIE Agent |
|---|---|---|
| | 5056 | FARNHAM INSURANCE AGENCY |
| | | (717)766-8678 |
| | Policy Period | |
| | 07/07/2018 to 07/07/2019 | Agent #: AA7605 |

## Lienholder(s)

**Vehicle 1**
PA CENTRAL CU
959 E PARK DR
HARRISBURG, PA 17111-2894

**Vehicle 2**
BELCO COMMUNITY CU
P O BOX 82
HARRISBURG, PA 17108-0082

## Miscellaneous Information

**Fraud Notice:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and payment of a fine of up to $15,000.

Each vehicle we insure will be principally garaged at the address listed under Named Insured, unless otherwise indicated below. All vehicles are garaged at 199 BEAGLE CLUB RD CARLISLE PA 17013

**Reason for Amendment:** PAYMENT OPTION CHANGE.

In re: David R. and Denise P. Thompson, Debtor  
Case No. 1-18-00449

# CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: August 2018 through July 2019

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Month 8/18 | Month 9/18 | Month 10/18 | Month 11/18 | Month 12/18 | Month 1/19 | Month 2/19 | Month 3/19 | Month 4/19 | Month 5/19 | Month 6/19 | Month 7/19 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning of Month | 451.90 | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | | | | | | |
| SALE OF ASSETS | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) Income Yhs of PA | 4840= | | | | | | | | | | | | |
| TOTAL RECEIPTS | 4840= | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | | | | | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | | | | | | |
| SECURED/RENTAL/LEASES | | | | | | | | | | | | | |
| INSURANCE | | | | | | | | | | | | | |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) *See Attached | 5038= | | | | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| TOTAL DISBURSEMENTS | 5038= | | | | | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (198=) | | | | | | | | | | | | |
| Cash End of Month | 253.39 | | | | | | | | | | | | |

FORM IR-1 (4/07)

| Amt. | Expense |
|---:|---|
| $509.75 | Gas & Auto |
| $158.10 | Cable, Phone, Internet |
| $142.66 | Cell Phones |
| $87.80 | Homeowners Insurance |
| $141.72 | Life Insurance |
| $124.41 | Auto Insurance |
| $385.23 | Dodge Truck Payment |
| $246.00 | Honda Pilot Payment |
| $1,182.00 | Mortgage |
| $129.74 | Self Storage Unit |
| $18.00 | Security System |
| $188.11 | Electric Bill |
| $138.99 | Water/Sewer Bill |
| $35.00 | Turnpike Tolls |
| $246.00 | Restaurants |
| $480.00 | Groceries |
| $221.00 | Healthcare/Perscriptions |
| $350.00 | Misc. Household |
| $22.00 | Gifts |
| $32.00 | Pets |
| $33.00 | Misc. Merchandise |
| $2.00 | US Postal |
| $40.00 | ATM Withdrawl |
| $125.00 | Home Improvements |
| **$5,038.51** | Total Montly Disbursements |

onthly Disbursements
igust 2018

Notes

Xfinity
Spring
Erie Insurance Group
Primerica
Erie Insurance Group
Belco Credit Union
PA Central Federal Credit Union
Nationstar/Mr. Cooper
Trindle Self Storage ~ preparation for move * will be $190/Mo.
ESCO ~ House Security System
PP&L Utilities
MTMA ~ Billed Quarterly
EZ Pass Account
Food Expense
Food Expense
CO Pays & Mo. Perscriptions
Clothing, Personal Supplies, Hair Etc.
Birthday Gift ~ Friend
Dog Grooming
Cleaning Supplies & Household Products
Postage
Withdrawl Cash
Household Repairs

In re: David R. and Denise P. Thompson  Case No. 1-18-00449
Debtor  Reporting Period:

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer.¹)

| Payee | Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Tablum Law | 1/30/18 | Cashier | David and Denise Thompson | $5000 | | |
| Tablum Law | 1/31/18 | Cashier | | $500 | | |
| Tablum Law | 2/16/18 | Credit Card | | $2500 | | |
| Tablum Law | 2/10/18 | Cash | | $1000 | | |

¹ Identify all Evergreen Retainers

Form IR-2
(4/07)