# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DAVID ROBERT THOMPSON and DENISE PEARL THOMPSON<br><br>Debtors | CASE NO. 1:18-BK-00449-RNO<br><br>CHAPTER 13 |
| CARTER LUMBER COMPANY, INC.<br><br>Movant<br><br>vs.<br><br>DAVID ROBERT THOMPSON and DENISE PEARL THOMPSON,<br><br>Respondents/Debtors<br><br>Charles J. Dehart, III<br>Standing Chapter 13 Trustee,<br><br>Additional Respondent | 11 U.S.C. 1307 |

## ORDER

AND NOW, upon consideration of Creditor Carter Lumber Company, Inc.'s Motion to Dismiss Chapter 13 Case With Concurrence of Chapter 13 Trustee Charles J. DeHart, III, Esquire, and the Debtors' Answer thereto, after hearing held on September 5, 2018, it is

ORDERED that the Motion is MOOTED by the conversion of this case to a case under Chapter 11 of the Bankruptcy Code.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: September 05, 2018

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)