```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-00449-RNO
David Robert Thompson                                                     Chapter 11
Denise Pearl Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling            Page 1 of 2              Date Rcvd: Sep 04, 2018
                              Form ID: trc               Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
```
5024081      +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street, 4th Floor,
               Pittsburgh, PA 15212-5708
5024081      +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street, 4th Floor,
               Pittsburgh, PA 15212-5708
5024081      +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street, 4th Floor,
               Pittsburgh, PA 15212-5708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
```
              Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
               jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
              Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
               nwelch@mwn.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Donna   Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
              Jeffrey C Clark    on behalf of Creditor Jesse  Esh jclark@wwwpalaw.com, dwilliamson@wwwpalaw.com
              Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
              John Matthew Hyams    on behalf of Creditor    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               lmalone@tthlaw.com
```

```
District/off: 0314-1           User: JGoodling            Page 2 of 2                    Date Rcvd: Sep 04, 2018
                               Form ID: trc               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joshua J Bovender   on behalf of Defendant   Carter Lumber Company, Inc. jbovender@tthlaw.com, lmalone@tthlaw.com
          Karina Velter   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
          Kathryn Leanne Mason   on behalf of Creditor   CL45 MW LOAN 1, LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
          Robert E Chernicoff   on behalf of Creditor   Linda S. Bales Living Trust rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven M Williams   on behalf of Creditor   Innovative Painting Systems, Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com
          Thomas O. Williams   on behalf of Interested Party Catherine Colm TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com
          Thomas O. Williams   on behalf of Interested Party James Hegeman TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com
          Tracy Lynn Updike   on behalf of Creditor   PA Central Federal Credit Union tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                 TOTAL: 26

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00449-RNO
Chapter 11

In re: Debtor(s) (including Name and Address)

David Robert Thompson
PO Box 1005
New Kingstown PA 17072

Denise Pearl Thompson
PO Box 1005
New Kingstown PA 17072

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/04/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212
Claim No. 12: First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212
Claim No. 14: First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212

Name and Address of Transferee:

CL45 MW Loan 1 LLC
c/o MS 4 LLC
3144 S Winton Rd
Rochester NY 14623
CL45 MW Loan 1 LLC
c/o MS 4 LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/06/18

Terrence S. Miller

**CLERK OF THE COURT**