In re:                                                              Case No. 18-00449-HWV
David Robert Thompson                                               Chapter 11
Denise Pearl Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: BIrving              Page 1 of 5              Date Rcvd: Sep 05, 2018
                              Form ID: pdf010            Total Noticed: 159

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
```
db/jdb       +David Robert Thompson,    Denise Pearl Thompson,    PO Box 1005,    New Kingstown, PA 17072-1005
intp         +Catherine Colm,    4408 Royal Oak Road,    Camp Hill, PA 17011-4144
cr           +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street,
               Fourth Floor,    Pittsburgh, PA 15212-5708
intp         +James Hegeman,    4408 Royal Oak Road,    Camp Hill, PA 17011-4144
cr           +PA Central Federal Credit Union,    Schiffman, Sheridan & Brown, P.C.,
               c/o Tracy L. Updike, Esquire,    2080 Linglestown Road, Suite 201,    Harrisburg, PA 17110-9670
cr           +Pennsy Supply Inc.,    c/o James W. Adelman,    P.O. Box 2235,    Bala Cynwy, PA 19004-6235
cr           +Precast Systems, LLC,    Barley Snyder, LLP,    126 EAST KING ST,    Lancaster, PA 17602-2893
5019387      +AQ Masonry, LLC,    PO Box 801,    Belleville, PA 17004-0801
5038559      +BARRY & KARI REEHER,    2 E. RED GOLD CIRCLE,    CAMP HILL, PA 17011-1534
5019388       Bank Of America,    NC4-105-03-14,    PO Box 31785,    Tampa, FL 33631-3785
5019389      +Belco Community Credit Union,    449 Eisenhower Blvd #200,    Harrisburg, PA 17111-2301
5019390      +Blue Mountain Hardwood Flooring,    67 Blue Mountain Hardwood Flooring,    67 Blue Mountain Drive,
               Lewistown, PA 17044-7805
5019391      +Brian & Heidi Murphy,    217 West Sprinville Road,    Boiling Springs, PA 17007-9530
5096653       Bruce J Warshawsky Esquire,    on behalf of Tradesman Bldg Grp LLC,    2320 North Second St,
               PO Box 60457,    Harrisburg, PA 17106-0457
5038560      +CHRIS & AMY HAVERSTICK,    1 NORTHSIDE COURT,    DILLSBURG, PA 17019-8724
5038561      +CHRISTINA L. HEISEY, TAX COLLECTOR,    PO BOX 288,    MCALLISTERVILLE, PA 17049-0288
5103804      +CL45 MW Loan 1 LLC,    c/o MS 4 LLC,    3144 S Winton Rd,    Rochester NY 14623-2932
5019392      +Caldwell & Kearns,    3631 North Front Street,    Harrisburg, PA 17110-1500
5044553       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5030218       Carter Lumber Company, Inc.,    c/o Joshua J. Bovender, Esquire,    Thomas, Thomas & Hafer, LLP,
               P.O. Box 999,    Harrisburg, PA 17108-0999
5019393      +Carter Lumber Company, Inc.,    601 Talmadge Road,    Kent, OH 44240-7331
5030219      +Carter Lumber Company, Inc.,    c/o John M. Hyams, Esquire,    Law Offices of John M. Hyams,
               2023 N. Second Street, Ste 110A,    Harrisburg, PA 17102-2151
5019394      +Citi Cards/Costco,    PO Box 9001016,    Louisville, KY 40290-1016
5034429      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5019395      +Citicards CBNA,    PO Box 790040,    Saint Louis, MO 63179-0040
5096673       Clayton W Davidson Esquire,    on behalf of Deere and Company,    100 Pine St,    PO Box 1166,
               Harrisburg, PA 17108-1166
5019396      +Cocalico Poured Walls,    1066 East Pleffer Hill Road,    Stevens, PA 17578-9431
5019397      +Cumberland County Tax Claim Bureau,    1 Courthouse Square, Room 106,    Carlisle, PA 17013-3339
5038562      +DAVID & COURTNEY DANILOWIC,    230 HIGHLAND TERRACE WAY,    BOILING SPRINGS, PA 17007-9316
5038563      +DIANE K. BAIR,    4919-C JONESTOWN ROAD,    HARRISBURG, PA 17109-1758
5031324      +DL Sanborn Concrete Construction Inc,    H Wayne Norman Jr Esquire,    808 S Main Street,
               Bel Air, MD 21014-4112
5019404      +DL Sanborn Concrete Construction, I,    808 South Main Street,    Bel Air, MD 21014-4112
5019398      +Daflure,    22 8th Street,    New Cumberland, PA 17070-1678
5019399      +Dan Tam Stamped Concrete Works,    321 Whiskey Spring Road,    Dillsburg, PA 17019-9001
5019400      +David D. Esch d/b/a,    Town & Country Home Improvements,    451 Woodside Station Road,
               Millersburg, PA 17061-8067
5026113      +David F McClure Co,    DBA Daflure Heating and Cooling,    22 8th Street,
               New Cumberland, PA 17070-1678
5034202      +David W. Park,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5019401      +Dawood Engineering, Inc.,    2020 Good Hope Road,    Enola, PA 17025-1237
5048430      +Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
5019402     #+Dennis & Deborah Dickey,    1254 Brandt Road,    Mechanicsburg, PA 17055-9772
5019403      +Dillsburg Area Authority,    PO Box 370,    98 West Church Street,    Dillsburg, PA 17019-1230
5096580      +Donna M Donaher Esquire,    First National Bank of PA,    100 Federal St 4th Fl,
               Pittsburgh, PA 15212-5711
5019405      +Dynamic Painting Plus,    70 West Walnut Street,    Dallastown, PA 17313-1012
5019406      +Eichelbergers, Inc.,    107 Texaco Road,    Mechanicsburg, PA 17050-2626
5019407      +Emery & Barr Construction, LLC,    148 East Park Street,    Elizabethtown, PA 17022-2317
5019408       Esh Drywall,    c/o Kerwin & Kerwin, LLP,    27 North Front Street,    Harrisburg, PA 17101
5019409      +Etzweiler & Associates,    Christian S. Daghir, Esquire,    105 North Front Street,
               Harrisburg, PA 17101-1436
5038564      +F & M TRUST,    PO BOX 6010,    CHAMBERSBURG, PA 17201-6010
5019410      +Fay Thompson,    1135 Lambs Gap Road,    Mechanicsburg, PA 17050-1922
5019412      +First National Bank,    100 Federal Street, Fourth Floor,    Pittsburgh, PA 15212-5711
5024081      +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street, 4th Floor,
               Pittsburgh, PA 15212-5708
5019411       First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
5019413      +Five Star Driveway Svc.,    7626 Anthony Highway,    Waynesboro, PA 17268-8914
5019414      +Fuselier Business Negotiations & So,    637 Presidential Drive,    Richardson, TX 75081-2928
5019415      +GARMAN CONCRETE CONSTRUCTION INC,    48 WILLIAM COURT,    LOYSVILLE, PA 17047-9233
5038565      +GENE & TRACY HEYMAN,    242 HIGHLAND TERRACE WAY,    BOILING SPRINGS, PA 17007-9316
5019416      +Gordon Masonry, LLC,    7 Northview Dr,    Carlisle, PA 17013-9654
5019417      +Green Spring Builders,    2069 Pine Road,    Newville, PA 17241-9202
5019418      +H2, LLC,    PO Box 4215,    Lancaster, PA 17604-4215
5019419      +Haller Enterprises, Inc.,    PO Box 375,    212 Bucky Drive,    Lititz, PA 17543-7695
```

```
5019420       +Hightrim Carpentry,    2319 Magnolia Drive,    Harrisburg, PA 17104-1419
5019421       +Home Designs Unlimited, LLC,    PO Box 1005,   New Kingstown, PA 17072-1005
5019422       +Hoover Engineering Services, Inc.,    658 Gaumer Road, Suite 100,
                New Cumberland, PA 17070-2876
5038566       +ISAAC & JORDEN HAYES,    225 HIGHLAND TERRACE WAY,    BOILING SPRINGS, PA 17007-9309
5019423       +Innovative Painting Systems, Inc.,    552 Airport Road,    Loysville, PA 17047-9493
5019424       +J & C Electrical Services,    723 Appalachian Avenue,   Carlisle, PA 17013-9107
5019425       +J. L. Ruth Electric, Inc.,    22 East Locust Street,    Mechanicsburg, PA 17055-3838
5019432       +JNG Services, Inc.,    t/a CentraPro Painters - Central PA,    1051 Country Club Road,
                Camp Hill, PA 17011-1049
5038567       +JOHN & ANNE RUSSELL,    605 CEDAR HEIGHTS DRIVE,    MECHANICSBURG, PA 17055-6062
5019427       +Jackhammer Concrete,    924 West Trindle Road,   Mechanicsburg, PA 17055-4091
5019428       +James Hegeman & Catherine Colm,    4408 Royal Oak Road,    Camp Hill, PA 17011-4144
5096582       +Jeffrey C Clark Esquire,    on behalf of Jesse Esh,    dba Esh Drywall,    508 North Second Street,
                Harrisburg, PA 17101-1002
5019429       +Jeffrey C. Clark, Esquire,    508 North 2nd Street,    PO Box 845,    Harrisburg, PA 17108-0845
5029452        Jesse Esh dba Esh Drywall,    c/o Jeffrey C. Clark, Esquire,    Wix, Wenger & Weidner,
                PO Box 845,    Harrisburg, PA  17108-0845
5019431        Jim Wise,    Coldwell Banker Realty,    3915 Market Street,    Camp Hill, PA 17011-4227
5034203       +Joe Henry d/b/a J&C Electrical Services,    c/o Christopher E. Rice, Esquire,
                Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5019433       +John Deere,    PO Box 4450,    Carol Stream, IL 60197-4450
5019434       +John Deere Financial,    PO Box 4450,    Carol Stream, IL 60197-4450
5048429       +John Deere Financial, f.s.b.,    PO Box 6600,    Johnston, IA 50131-6600
5019435       +John Ernest and Innovative,    Painting Systems, Inc.,    552 Airport Road,
                Loysville, PA 17047-9493
5019436       +John H. Myers & Sons, Inc.,    2200 Monroe Street,    York, PA 17404-5556
5096652       +John M Hyams Esquire,    on behalf of Carter Lumber Co Inc,    2023 N Second St Ste 110A,
                Harrisburg, PA 17102-2151
5038318       +Joseph P Schalk,    Barley Snyder LLP,    on behalf of Precast Systems LLC,    126 E King Street,
                Lancaster, PA 17602-2832
5035880        Joshua J. Bovender, Esquire,    on behalf of Carter Lumber Company,    P.O. Box 999,
                Harrisburg, PA 17108-0999
5103690       +Kathryn L. Mason Esquire,    JSDC Law Offices,    11 East Chocolate Ave, Suite 300,
                Hershey PA 17033-1320
5038568       +LINDA BALES,    TRUSTEE OF THE LINDA S. BALES LIVING EST,    14 PEYTON DRIVE,
                CARLISLE, PA 17015-8548
5019438       +Lancaster Poured Walls, Inc.,    2542 Horseshoe Road,    Lancaster, PA 17601-5926
5019439       +Law Offices of Peter J. Russo, PC,    5006 East Trindle Road, Suite 203,
                Mechanicsburg, PA 17050-3651
5019440       +Lenker Plumbing Contractors, Inc.,    218 Station Road,    Grantville, PA 17028-9144
5047338       +Linda S. Bales Living Trust,    c/o Robert E. Chernicoff, Esquire,    2320 North Second Street,
                Harrisburg, PA 17110-1008
5046972       +Linda S. Bales Living Trust, Linda Bales, Trustee,    2320 N. 2nd Street,    Harrisburg,
                Harrisburg, PA 17110-1008
5038569       +MATTHEW & HEATHER TURNER,    702 SHEA LANE,    HARRISBURG, PA 17112-3573
5038570       +MICHAEL LANAGAN, TAX COLLECTOR,    230 SPORTING HILL ROAD,    MECHANICSBURG, PA 17050-3212
5019441       +Mailbox Man of MD, Inc.,    PO Box 465,    Westminster, MD 21158-0465
5019443        Met Ed,    Post Office Box 3687,    Akron, OH 44309-3687
5019445       +Middle Department Inspection Agency,    3901 Hartzdale Drive, Suite 112,
                Camp Hill, PA 17011-7843
5019446       +Morris & Adelman, PC,    James W. Adelman, Esquire,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
5019447       +Mountain Crest Homeowner’s Associat,    PO Box 474,    Dillsburg, PA 17019-0474
5019448       +Nabil Dawood,    Keller Williams of Central PA,    2040 Good Hope Road,    Enola, PA 17025-1237
5021025        Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Karina Velter Esquire,
                Manley, Deas & Kochalski, LLC,    P.O. Box 165028,    Columbus, Ohio 43216-5028
5019449       +Nationstar Mortgage, LLC,    a/k/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                Coppell, TX 75019-4620
5019450       +Old Maids,    717 Market Street, Suite 267,    Lemoyne, PA 17043-1581
5027785       +PA Central Federal Credit Union,    c/o Tracy L. Updike, Esquire,
                Schiffman, Sheridan & Brown, P.C.,    2080 Linglestown Road, Suite 201,
                Harrisburg, PA 17110-9670
5047928       +PA Central Federal Credit Union,    c/o Michaelann Allegrini,    959 East Park Drive,
                Harrisburg, PA 17111-2894
5019386        PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                Harrisburg, PA 17128-0431
5019452       +Parkview Homeowners Association,    1828 Good Hope Road, Suite 202,    Enola, PA 17025-1204
5020364       +Pennsy Supply, Inc.,    c/o James W. Adelman, Esq,    Morris & Adelman, P.C.,    P.O. Box 2235,
                Bala Cynwyd, PA 19004-6235
5020377       +Pennsy Supply, Inc.,    c/o James W. Adelman, P.C.,    Morris & Adelman, P.C.,    P.O. Box 2235,
                Bala Cynwyd, PA 19004-6235
5019453       +Pennsy Supply, Inc.,    1001 Paxton Street,    Harrisburg, PA 17104-1697
5019454       +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
5019455       +Pennsylvania Central Federal Credit,    959 East Park Drive,    Harrisburg, PA 17111-2894
5019457       +PeopleReady, Inc.,    1015 ’A’ Street,    Tacoma, WA 98402-5122
5019459       +Property Mangement, Inc.,    PO Box 622,    1300 Market Street,    Lemoyne, PA 17043-1420
5038572       +RON MYERS & ANGIE CALVERT,    13 VALLEY ROAD,    ETTERS, PA 17319-9562
5038573       +RWC CORPORATION,    5300 DERRY STREET,    HARRISBURG, PA 17111-3576
5019460       +Reed Concrete Work, LLC,    4411 Oregon Pike,    Ephrata, PA 17522-9584
5019461       +Rhoads & Sinon, LLP,    Amanda L. Lavis, Esquire,    PO Bos 1146,    Harrisburg, PA 17108-1146
```

```
5019462       +Ritner Steel,    131 Stover Drive,    Carlisle, PA 17015-9782
5096815        Robert E Chernicoff Esquire,    for Linda S Bales Living Trust,    2320 North Second St,
                 PO Box 60457,    Harrisburg, PA 17106-0457
5046971       +Robert E. Chernicoff,    Cunningham, Chernicoff,,    Warshawsky, P.C.,    2320 N. 2nd Street,
                 Harrisburg, PA 17110-1008
5019463       +S & T Bank,    PO Box 190,    800 Philadelphia Street,    Indiana, PA 15701-3908
5019464       +S. F. Pro Patining,    82 Linda Drive, Lot 30,    Mechanicsburg, PA 17050-1548
5038574       +SALZMANN HUGHES, PC,    354 ALEXANDER SPRING ROAD, SUITE 1,    CARLISLE, PA 17015-7451
5038575       +SMITHS IMPLEMENT, INC.,    1 ROADWAY DRIVE,    CARLISLE, PA 17015-8810
5038576       +STOCK & LEADER,    221 WEST PHILADELPHIA STREET,    SUITE 600,    YORK, PA 17401-2994
5038577       +SUSQ. CONF. OF UNITED METH. CHURCH,    238 HIGHLAND TERRACE WAY,
                 BOILING SPRINGS, PA 17007-9316
5019465       +Schouten Drywall, LLC,    112 North Cedar Street,    Lititz, PA 17543-1101
5043926       +Smiths Implements Inc,    12258 Buchanan Trail West,    Mercersburg, PA 17236-9776
5096574       +Steven M Williams Esquire,    on behalf of Innovative Painting,    Systems Inc,
                 240 North Third St 7th fl,    Harrisburg, PA 17101-1503
5019466       +Steven R. Snyder, Esquire,    635 Glenbrook Drive,    Harrisburg, PA 17110-4021
5019467       +Sunny Slope Construction,    3809 Old Philadelphia Pike,    Gordonville, PA 17529-9741
5019468       +Swartz Supply Company, Inc.,    d/b/a Swartz Kitchens and Baths,    5550 Allentown Boulevard,
                 Harrisburg, PA 17112-4037
5019472      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    PO Box 8026,    Cedar Rapids, IA 52408)
5096579       +Thomas O Williams Esquire PA,    on behalf of James Hegeman,    and Catherine Colm,
                 2331 Market Street,    Camp Hill, PA 17011-4642
5019469       +Thomas, Thomas & Hafer, LLP,    Joshua J. Bovender, Esquire,    PO Box 999,
                 Harrisburg, PA 17108-0999
5019470       +Tiger Trash,    PO Box 2444,    York, PA 17405-2444
5019471       +Touch of Color Flooring,    6303 Allentown Boulevard,    Harrisburg, PA 17112-3302
5044098       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5096581       +Tracy L Updike Esquire,    on behalf of PA Central Fed CU,    2080 Linglestown Road Ste 201,
                 Harrisburg, PA 17110-9670
5019473       +Tradesman Building Group, LLC,    4309 Linglestown Road, Suite 115,    Harrisburg, PA 17112-8607
5019475       +Wagner's Heating & Air Conditioning,    205 Greenbriar Road,    Elliottsburg, PA 17024-9047
5019476       +Walters & Galloway, PLLC,    David R. Galloway, Esquire,    54 East Main Street,
                 Mechanicsburg, PA 17055-3851
5019477       +Walters Services, Inc.,    PO Box 340,    Grantville, PA 17028-0340
5019478       +Westbrook Excavating, Inc.,    822 Ridge Rd,    Carlisle, PA 17015-9276
5019480       +Winding Hill Window Cleaning Co.,    PO Box 694,    Mechanicsburg, PA 17055-0694
5019481       +Wolf Creek Construction, LLC,    4250 Conewago Road,    Dover, PA 17315-3236
5019482       +Yale Electric Supply Company,    2207 Paxton Street,    Harrisburg, PA 17111-1037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Sep 05 2018 18:55:36      Deere & Company,
                 6400 NW 86th Street,    Johnston, IA 50131-2945
5019385        E-mail/Text: cio.bncmail@irs.gov Sep 05 2018 18:55:29      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5019437       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 05 2018 18:55:28      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
5019442       +E-mail/Text: unger@members1st.org Sep 05 2018 18:55:40      Members First Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5019444       +E-mail/Text: bonnie.berkoski@midpennbank.com Sep 05 2018 18:55:41      Mid Penn Bank,
                 349 Union Street,    Millersburg, PA 17061-1654
5019451       +E-mail/Text: bsmith@orrstown.com Sep 05 2018 18:55:30      Orrstown Bank,    Attn: Pat Garner,
                 2695 Philadelphia Avenue,    Chambersburg, PA 17201-7908
5041173        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2018 19:07:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5043337        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2018 18:55:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5019456        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2018 18:55:33
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
5038571       +E-mail/Text: twilliams@reageradlerpc.com Sep 05 2018 18:55:28      REAGER & ADLER, PC,
                 2331 MARKET STREET,    CAMP HILL, PA 17011-4640
5046266       +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2018 18:56:36      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5019474        E-mail/Text: bkrcy@ugi.com Sep 05 2018 18:55:39      UGI,    PO Box 13009,    Reading, PA 19612
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CL45 MW LOAN 1, LLC,    c/o Kathryn L. Mason, Esq,    11 E. Chocolate Ave,    Suite 300,    HERSHEY
5103805        CL45 MW Loan 1 LLC,    c/o MS 4 LLC,    3144 S Winton Rd,    Rochester NY 14623,
                 CL45 MW Loan 1 LLC,    c/o MS 4 LLC
5019426        J. L. Unruh,    Address removed per entry 101
5019430        Jesse Esh d/b/a Esh Drywall,    address removed as per entry 101
5019458        Precast Systems, LLC,    removed per number 101
```

```
District/off: 0314-1              User: BIrving              Page 4 of 5              Date Rcvd: Sep 05, 2018
                                  Form ID: pdf010            Total Noticed: 159
```

```
smg*          Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
cr*           +Carter Lumber Company, Inc.,   601 Talmadge Road,   Kent, OH 44240-7331
cr*           +Innovative Painting Systems, Inc.,   552 Airport Road,   Loysville, PA 17047-9493
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*           +Tradesman Building Group, LLC,   4309 Linglestown Road, Suite 115,   Harrisburg, PA 17112-8607
5020378*      +Pennsy Supply, Inc.,   1001 Paxton Street,   Harrisburg PA 17104-1697
5019479*      +Westbrook Excavating, Inc.,   822 Ridge Road,   Carlisle, PA 17015-9276
                                                                                     TOTALS: 5, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:

        Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
         jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
        Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
         nwelch@mwn.com
        D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
         D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
        Donna  Donaher     on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
        Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
        Gary J Imblum    on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
        Gary J Imblum    on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
        Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
        James  Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
        Jeffrey C Clark    on behalf of Creditor Jesse  Esh jclark@wwwpalaw.com,   dwilliamson@wwwpalaw.com
        Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
        Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
        John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
         acb@johnhyamslaw.com,eah@johnhyamslaw.com
        John Matthew Hyams    on behalf of Creditor    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
         acb@johnhyamslaw.com,eah@johnhyamslaw.com
        Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
         sromig@barley.com
        Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
         lmalone@tthlaw.com
        Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
         lmalone@tthlaw.com
        Karina  Velter     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         amps@manleydeas.com

```
District/off: 0314-1                User: BIrving             Page 5 of 5               Date Rcvd: Sep 05, 2018
                                    Form ID: pdf010           Total Noticed: 159
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Kathryn Leanne Mason   on behalf of Creditor   CL45 MW LOAN 1, LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com

         Robert E Chernicoff   on behalf of Creditor   Linda S. Bales Living Trust rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

         Steven M Williams   on behalf of Creditor   Innovative Painting Systems, Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com

         Thomas O. Williams   on behalf of Interested Party Catherine  Colm TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com

         Thomas O. Williams   on behalf of Interested Party James  Hegeman TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com

         Tracy Lynn Updike   on behalf of Creditor   PA Central Federal Credit Union tupdike@ssbc-law.com, ssollenberger@ssbc-law.com

         United States Trustee   ustpregion03.ha.ecf@usdoj.gov

         TOTAL: 26

IN RE:

| | |
|---|---|
| **DAVID ROBERT THOMPSON** aka DAVE ROBERT THOMPSON<br><br>Debtor 1<br><br>**DENISE PEARL THOMPSON**<br><br>Debtor 2<br><br>**DAVID ROBERT THOMPSON** aka DAVE ROBERT THOMPSON **DENISE PEARL THOMPSON**<br><br>**Plaintiff(s)**<br><br>vs.<br><br>**CARTER LUMBER COMPANY, INC.**<br><br>**Defendant(s)** | Chapter: 11<br><br>Case No.: 1-18-bk-00449 RNO<br><br>Adversary No.: 1-18-ap-00070 RNO |

### ORDER REASSIGNING CASE

Because the Debtors have a related case pending in this District assigned to the Hon. Henry W. Van Eck (Case Number: 1-18-bk-00444 HWV (Home Designs Unlimited, LLC)),

**IT IS HEREBY ORDERED** that this case and the related adversary proceeding is reassigned from the Hon. Robert N. Opel, II to the Hon. Henry W. Van Eck in the interest of judicial economy.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge (BI)_

September 5, 2018

Order – Blank with Parties - Revised 04/18