IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID ROBERT THOMPSON | : | CASE NO: 1:18-bk-00449-RNO |
| And DENISE PEARL THOMPSON | : | |
| Debtors | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of John M. Hyams, Esquire as attorney of record for the creditor, Carter Lumber Company, Inc., in the above-captioned matter.

Date: September 11, 2018

_____
John M. Hyams, Esquire
2023 N. 2nd Street
Harrisburg, PA 17102