241 Highland Terrace Way
Boiling Springs, PA  17007
October 1, 2018

United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St., Rm. 320
Harrisburg, PA  17101-1737

Re:  Case No. 1-18-bk-00449-HWV
     Case No. 1-18-bk-00449-RNO

TO WHOM IT MAY CONCERN:

Regarding the bankruptcy cases of David Robert Thompson and Denise Pearl Thompson, please be advised of the following address change:

**Old Address:**
Dennis R. and Deborah J. Dickey
1254 Brandt Road
Mechanicsburg, PA  17055

**New Address:**
Dennis R. and Deborah J. Dickey
241 Highland Terrace Way
Boiling Springs, PA  17007

Thank you.

Sincerely,

Deborah J. Dickey