In re:                                                                Case No. 18-00449-HWV
David Robert Thompson                                                 Chapter 11
Denise Pearl Thompson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 2          Date Rcvd: Oct 11, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
            +James W Adelman Esquire,   Morris and Adelman PC,   PO Box 2235,   Bala Cynwyd, PA 19004-6235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
           jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
          Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
           nwelch@mwn.com
          D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
           D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
          Donna  Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
          Gary J Imblum    on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
          Jeffrey C Clark    on behalf of Creditor Jesse  Esh jclark@wwwpalaw.com,   dwilliamson@wwwpalaw.com
          Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
          Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
          John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
           sromig@barley.com
          Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
           lmalone@tthlaw.com
          Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
           lmalone@tthlaw.com
          Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          Kathryn Leanne Mason    on behalf of Creditor    CL45 MW LOAN 1, LLC klm@jsdc.com,
           cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Robert E Chernicoff   on behalf of Creditor   Linda S. Bales Living Trust rec@cclawpc.com,
         jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
        Steven M Williams   on behalf of Creditor   Innovative Painting Systems, Inc.
         swilliams@cohenseglias.com,  azortman@cohenseglias.com
        Thomas O. Williams   on behalf of Interested Party Catherine  Colm TWilliams@ReagerAdlerPC.com,
         ASouders@ReagerAdlerPC.com
        Thomas O. Williams   on behalf of Interested Party James  Hegeman TWilliams@ReagerAdlerPC.com,
         ASouders@ReagerAdlerPC.com
        Tracy Lynn Updike   on behalf of Creditor   PA Central Federal Credit Union tupdike@ssbc-law.com,
         ssollenberger@ssbc-law.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                  TOTAL: 25

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                             :
DAVID ROBERT THOMPSON                               :        CASE NO.  1:18-bk-00449 RNO
a/k/a DAVE ROBERT THOMPSON                          :        CHAPTER 11
DENISE PEARL THOMPSON                               :
      Debtors                               :
                                                    :
DAVID ROBERT THOMPSON                               :
a/k/a DAVE ROBERT THOMPSON                          :
DENISE PEARL THOMPSON                               :
      Objectants                            :
                                                    :
    vs.                                       :
                                                    :
PENNSY SUPPLY INC.                                  :
      Claimant                              :


## ORDER


     In consideration of Debtors Objection to Proof of Claim of Pennsy Supply, Inc., claim number 40;

     **IT IS HEREBY ORDERED AND DECREED**, that the above Claim is disallowed in its entirety.


Dated:   October 11, 2018                By the Court,

                                  _____
                                  Henry W. Van Eck, Bankruptcy Judge (KB)