IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID ROBERT THOMPSON | : | CASE NO. 1-18-00449-HWV |
| aka DAVE ROBERT THOMPSON | : | |
| DENISE PEARL THOMPSON | : | |
| Debtors | : | CHAPTER 11 |

**EXHIBIT TO MOTION TO RETAIN ACCOUNTANT
AND AUTHORIZE PAYMENT OF COMPENSATION**

Part I: Professional Hourly Fees

| | |
|---|---|
| Dwayne Keller, owner, CPA | $295.00 |
| Darren Bailey, EA, Tax Accountant | $185.00 |
| Ashley Douty Bookkeeper/Office Manager | $125.00 |
| Karley England, Admin | $85.00 |
| Bookkeeper | $100.00 |

Part II: Work Performed from Date of Conversion to Date of Filing of Motion

| | | | |
|---|---|---|---|
| 8/22/18 | Darren Bailey, EA | Audit work | 5.75 hrs. |
| 8/30/18 | Darren Bailey, EA | Preparation for 2017 Form 1065 | 5 hrs. |
| 9/7/18 | Darren Bailey, EA | 2017 Form 1065 | 1.75 hrs. |
| 9/13/18 | Darren Bailey, EA | Conversation with client via telephone regarding Form 1065 questions | 1 hr. |
| 10/11/18 | Darren Bailey, EA | Phone call / Email correspondence with Denise | 1 hr. |

Total as of 10/16/18   -   $2,682.50