# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

October 25, 2018

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: David Robert Thompson, aka Dave Robert Thompson & Denise Pearl Thompson
Chapter 11 Bankruptcy Case No. 1-18-00449-HWV

Dear Clerk:

Please issue a certified Order Approving Motion to Sell Real Estate Free and Clear of Liens in the above matter. The Docket Number of the Order is 146.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\HARRISBURG\THOMPSON_Dave_&_Denise\PLEADINGS AND CREDITORS\Sale of house\Motion to Sell RE 10-25-18.wpd

Case 1:18-bk-00449-HWV  Doc 147  Filed 10/25/18  Entered 10/25/18 08:25:21  Desc
Main Document    Page 1 of 1