In re:                                                               Case No. 18-00449-HWV
David Robert Thompson                                                Chapter 11
Denise Pearl Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach            Page 1 of 2              Date Rcvd: Oct 24, 2018
                            Form ID: pdf010          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
```
db/jdb        +David Robert Thompson,    Denise Pearl Thompson,    PO Box 1005,   New Kingstown, PA 17072-1005
cr            +Carter Lumber Company, Inc.,    601 Talmadge Road,   Kent, OH 44240-7331
cr            +First National Bank of Pennsylvania,    c/o Donna M. Donaher,   100 Federal Street,
                Fourth Floor,    Pittsburgh, PA 15212-5708
5019397       +Cumberland County Tax Claim Bureau,    1 Courthouse Square, Room 106,   Carlisle, PA 17013-3339
5021025        Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Karina Velter Esquire,
                Manley, Deas & Kochalski, LLC,    P.O. Box 165028,   Columbus, Ohio 43216-5028
5019449       +Nationstar Mortgage, LLC,    a/k/a Mr. Cooper,   8950 Cypress Waters Boulevard,
                Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
```
          Bruce J Warshawsky    on behalf of Creditor   Tradesman Building Group, LLC bjw@cclawpc.com,
           jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
          Clayton William Davidson    on behalf of Creditor   Deere & Company cdavidson@mwn.com,
           nwelch@mwn.com
          D. Troy Sellars    on behalf of Asst. U.S. Trustee   United States Trustee
           D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          Donna Donaher    on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
          Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James W Adelman    on behalf of Creditor   Pennsy Supply Inc. mail@morrisadelman.com
          Jeffrey C Clark    on behalf of Creditor Jesse Esh jclark@wwwpalaw.com, dwilliamson@wwwpalaw.com
          Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
          Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
          John Matthew Hyams    on behalf of Defendant   Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Joseph P Schalk    on behalf of Creditor   Precast Systems, LLC jschalk@barley.com,
           sromig@barley.com
```

```
District/off: 0314-1               User: CKovach              Page 2 of 2                Date Rcvd: Oct 24, 2018
                                   Form ID: pdf010            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

        Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

        Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

        Kathryn Leanne Mason    on behalf of Creditor    CL45 MW LOAN 1, LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com

        Robert E Chernicoff    on behalf of Creditor    Linda S. Bales Living Trust rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

        Steven M Williams    on behalf of Creditor    Innovative Painting Systems, Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com

        Thomas O. Williams    on behalf of Interested Party Catherine    Colm TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com

        Thomas O. Williams    on behalf of Interested Party James    Hegeman TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com

        Tracy Lynn Updike    on behalf of Creditor    PA Central Federal Credit Union tupdike@ssbc-law.com, ssollenberger@ssbc-law.com

        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 25

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **DAVID ROBERT THOMPSON** : | **CASE NO. 1-18-00449-RNO** |
| aka **DAVE ROBERT THOMPSON** : | |
| **DENISE PEARL THOMPSON** : | |
| **Debtors** : | **CHAPTER 13** |
| : | |
| **DAVID ROBERT THOMPSON** : | |
| aka **DAVE ROBERT THOMPSON** : | |
| **DENISE PEARL THOMPSON** : | |
| **Movants** : | |
| : | |
| v. : | |
| : | |
| **CHARLES J. DEHART, III, ESQUIRE,** : | |
| **CARTER LUMBER COMPANY, INC.,** : | |
| **FIRST NATIONAL BANK OF PA,** : | |
| **NATIONSTAR MORTGAGE, LLC, aka** : | |
| **MR. COOPER,** : | |
| **CUMBERLAND COUNTY TAX CLAIM** : | |
| **BUREAU** : | |
| **Respondents** : | |

**ORDER**

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, and after notice and a hearing, and good reason appearing therefore, it is hereby declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986);

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 199 Beagle Club Road, Carlisle, Cumberland County, Pennsylvania, free and clear of liens, to Timothy Wilson and Ann Wilson for $403,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtors are liable.

2. Payment of attorney's fees of the amount approved by the Court pursuant to the Fee Application filed simultaneously herewith.

3. Payment of any and all other miscellaneous fees involved with the refinance.

4. Except as otherwise stated below, payment of any liens and mortgages in order of priority.

5. As long as same is a valid lien on subject real estate, payment in full of Cumberland County Tax Claim Bureau statutory lien, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of Cumberland County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

7. As long as same is a valid lien on subject real estate, payment in full of Nationstar Mortgage, LLC, a/k/a Mr. Cooper, mortgage, or else the sale will not occur.

8. As long as same is a valid lien on subject real estate, payment in full of First National Bank mortgage, or else the sale will not occur.

9. If Debtors successfully avoid the Carter Lumber Company, Inc's lien as a preference or otherwise, no payment will be made towards this debt from the proceeds of sale.

10. Payment to Debtors up to the entire amount of their exemption in subject real estate.

11. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee DeHart in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtors' Plan, which is, in fact, paid at settlement.

Dated: October 23, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)