# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 31, 2018

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: David Robert Thompson and Denise Pearl Thompson
Chapter 11, Bankruptcy Case No. 1:18-bk-00449 RNO

Dear Clerk:

Please be advised that the address for David Robert Thompson and Denise Pearl Thompson has changed to the following:

1409 English Drive
Mechanicsburg, PA 17055

The Debtors <u>previous</u> address was as follows:

PO Box 1005
New Kingstown, PA 17072

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: United States Trustee (Via e-service)