UNITED STATES BANKRUPTCY COURT
_Middle_ DISTRICT OF _Pennsylvania_

In re _David Robert Thompson_          Case No. _1:18-bk-00449-RNO_
_Denise Pearl Thompson_                Reporting Period: _September 2018_

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|:---:|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements _8/15/18 thru 9/30/18_ | | ✓ | | |
| Cash disbursements journals _8/15/18 thru 9/30/18_ | | ✓ | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | ✓ | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_David R Thompson_                         _10/31/2018_
Signature of Debtor                         Date

_Denise Thompson_                          _10/31/2018_
Signature of Joint Debtor                   Date

_____           _____
Signature of Authorized Individual*         Date

_____           _____
Printed Name of Authorized Individual       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re **David Robert Thompson**
**Denise Pearl Thompson**
_Debtor_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 1142 | — | — | 50 | 1193.53 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Paychecks | 4482 | | | | | | | |
| TOTAL RECEIPTS | 4482 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 5397 | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 5397 | | | | | | | |
| NET CASH FLOW | (101 32) | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 438 51 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $5397.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $5397.00 |

FORM MOR-1
(9/99)

David Robert Thompson
In re Denise Pearl Thompson
Debtor

Case No. 1:18-bk-00449-8NO
Reporting Period September 2018

# BANK RECONCILIATIONS
## Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # 50-1144-2352 | | # | | # | | # 50-1144-3379 | |
| BALANCE PER BOOKS | 438.51 | | | | | | 50.70 | |
| BANK BALANCE | 438.51 | | | | | | 50.70 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| OTHER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

FORM MOR-1a
(9/99)

Case 1:18-bk-00449-HWV    Doc 152    Filed 11/02/18    Entered 11/02/18 14:50:57    Desc
Main Document    Page 3 of 26

Case No. 1:18 - bk - 00449 - RNo
Reporting Period: September 2018

In re David Robert Thompson
Denise Pearl Thompson
Debtor

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |



None

FORM MOR-1b
(04/07)

# Virtual Wallet Reserve Statement
PNC Bank

 PNC BANK

For the period  08/15/2018  to  09/14/2018

DENISE P THOMPSON
DAVID R THOMPSON
199 BEAGLE CLUB RD
CARLISLE PA 17013-8853

Primary account numbe      379
Page 1 of 1
Number of enclosures:      0

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

PNC EXPRESS FUNDS EXPANDS TO THE PNC ATM NETWORK

PNC Express Funds  for Mobile Banking was introduced last year and we've now expanded this service to include
deposits made at our PNC ATMs.

PNC Express Funds  is an optional service providing immediate availability to qualifying single check
deposits. If you deposit a single check that qualifies for this service, you will be offered the option for a
fee, at the ATM, to receive immediate availability of the deposit for purchases and/or withdrawals.

The fee for PNC Express Funds  is 2% of the total check amount (a $2.00 minimum fee will apply). In addition,
if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not charge
your account for the amount of the check that was returned.

See the PNC Funds Availability policy for details on funds availability and cut off times.

---

## Virtual Wallet Reserve Account Summary
Account number:      -3379

DENISE P THOMPSON
David R Thompson

Overdraft Protection  has not been established for this account.
  Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 50.70 | .00 | .00 | 50.70 |
| | | Average monthly balance | Charges and fees |
| | | 50.70 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 31 | 50.70 | .00 |

As of 09/14, a total of $.03 in interest
was paid this year.

---

Member FDIC                Equal Housing Lender

# Virtual Wallet Reserve Statement

PNC Bank



Primary account number: -3379
Page 1 of 1
Number of enclosures: 0

**For the period** 09/15/2018 to 10/15/2018

DENISE P THOMPSON
DAVID R THOMPSON
1135 LAMBS GAP RD
MECHANICSBURG PA 17050-1922

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Virtual Wallet Reserve Account Summary

DENISE P THOMPSON
David R Thompson

Account number:          3379

**Overdraft Protection**    has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 50.70 | .00 | .00 | 50.70 |
|  | | Average monthly balance | Charges and fees |
|  | | 50.70 | .00 |

### Interest Summary

As of 10/15, a total of $.03 in interest
was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 31 | 50.70 | .00 |

Member FDIC          Equal Housing Lender

# Virtual Wallet Spend Statement
PNC Bank

 **PNC BANK**

Primary account number: 3352
Page 1 of 4
Number of enclosures: 0

For the period 08/15/2018 to 09/14/2018

DENISE P THOMPSON
DAVID R THOMPSON
199 BEAGLE CLUB RD
CARLISLE PA 17013-8853

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## PNC EXPRESS FUNDS EXPANDS TO THE PNC ATM NETWORK

PNC Express Funds for Mobile Banking was introduced last year and we've now expanded this service to include deposits made at our PNC ATMs.

PNC Express Funds is an optional service providing immediate availability to qualifying single check deposits. If you deposit a single check that qualifies for this service, you will be offered the option for a fee, at the ATM, to receive immediate availability of the deposit for purchases and/or withdrawals.

The fee for PNC Express Funds is 2% of the total check amount (a $2.00 minimum fee will apply). In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not charge your account for the amount of the check that was returned.

See the PNC Funds Availability policy for details on funds availability and cut off times.

---

## Virtual Wallet Spend Account Summary

DENISE P THOMPSON
David R Thompson

Account number: 3352

Overdraft Protection Provided By: XXXXXX3379
XXXXXX3387

Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,142.83 | 2,587.00 | 3,470.96 | 258.87 |
| | | Average monthly balance | Charges and fees |
| | | 562.78 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 3 | 38 | 5 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

Main Document   Page 7 of 26

# Virtual Wallet Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

For the period    08/15/2018   to   09/14/2018
DENISE P THOMPSON
Primary account number:        3352
Account Number:        3352  - continued                    Page 2 of 4

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description | |
|------|--------|-------------|---|
| 08/20 | 350.00 | Online Transfer From | 689 |
| 08/22 | 150.00 | Online Transfer From | 689 |
| 09/04 | 1,000.00 | Online Transfer From | 589 |
| 09/05 | 700.00 | Online Transfer From | 689 |
| 09/10 | 200.00 | ATM Deposit 6416 Carlisle P Mechanicsbur PA | |
| 09/12 | 187.00 | Deposit Reference No. 046394420 | |

There were 6 Deposits and Other Additions totaling $2,587.00.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|--------------|--------|-----------|------------------|--------------|--------|-----------|------------------|
| 7056 | 385.23 | 08/22 | 083428000 | 7059 * | 22.19 | 08/16 | 084030658 |
| 7057 | 246.00 | 08/16 | 083893557 | | | | |

* Gap in check sequence

There were 3 checks listed totaling $653.42.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 08/15 | 4.95 | 6169 Debit Card Purchase Wendys #6404 |
| 08/16 | 8.88 | 5917 Debit Card Purchase Pizza Hut #23028 York |
| 08/16 | 8.98 | 5917 Debit Card Purchase Rutter's Farm Stre #54 |
| 08/16 | 8.12 | 6169 Debit Card Purchase Wendy's #3086 Broomal |
| 08/16 | 35.00 | 6169 Debit Card Purchase Ptc Ez Pass Auto Re. |
| 08/16 | 29.20 | POS Purchase CVS/Pharmacy # Mechanicsbur PA |
| 08/17 | 23.99 | 6169 Debit Card Purchase Acme #3798 Broomall P |
| 08/17 | 19.42 | 5917 Debit Card Purchase Longhorn Steak00052944 |
| 08/20 | 74.00 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 08/20 | 15.07 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 08/20 | 19.35 | POS Purchase Aldi 60159 Brookhaven PA |
| 08/20 | 18.12 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 08/20 | 9.86 | 5917 Debit Card Purchase Dollar General #13425 |
| 08/20 | 9.31 | 5917 Debit Card Purchase Marcello's Ristorante |
| 08/21 | 11.49 | 5917 Debit Card Purchase Silver Springs Diner |
| 08/21 | 8.15 | 5917 Debit Card Purchase McDonald's F4619 |
| 08/22 | 8.15 | 5917 Debit Card Purchase McDonald's F22809 Yor |

There were 5 Debit Card/Bank card PIN POS purchases totaling $111.55.

There were 38 other Banking Machine/Debit Card deductions totaling $867.46.

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

**For the period** 08/15/2018 to 09/14/2018
DENISE P THOMPSON
Primary account number: 3352

Account Number: 3352 - continued

Page 3 of 4

## Banking/Debit Card Withdrawals and Purchases — *continued*

| Date | Amount | Description |
|------|-------:|-------------|
| 08/22 | 18.08 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 08/22 | 46.25 | 6169 Debit Card Purchase CVS/Pharmacy #05462 |
| 08/22 | 6.35 | 5917 Debit Card Purchase McDonald's F4619 |
| 08/23 | 16.46 | 6169 Debit Card Purchase Acme #3798 Broomall P |
| 08/23 | 20.00 | 5917 Debit Card Purchase Wawa 263 Parkesburg |
| 08/24 | 5.89 | 5917 Debit Card Purchase McDonald's F5050 |
| 08/24 | 18.08 | 6169 Debit Card Purchase Acme #3798 Broomall P |
| 08/28 | 1.00 | 6169 Debit Card Purchase USPS.Com Mover's Guide |
| 08/28 | 1.00 | 6169 Debit Card Purchase USPS.Com Mover's Guide |
| 08/29 | 38.64 | 5917 Debit Card Purchase Trindle Self Storage |
| 08/29 | 75.75 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 09/04 | 3.14 | 5917 Debit Card Purchase Wal-Mart #1886 |
| 09/04 | 13.13 | 5917 Debit Card Purchase Old Country Buffet 023 |
| 09/04 | 21.00 | POS Purchase Giant 6464 Springfield |
| 09/04 | 13.76 | 5917 Debit Card Purchase Silver Springs Diner |
| 09/04 | 18.57 | POS Purchase Shoprite Brook Brookhaven PA |
| 09/06 | 9.00 | 5917 Debit Card Purchase 97612 - On-Street Mete |
| 09/06 | 9.00 | 5917 Debit Card Purchase 97612 - On-Street Mete |
| 09/06 | 29.04 | 5917 Debit Card Purchase Silver Springs Diner |
| 09/06 | 10.00 | 5917 Debit Card Purchase Walnut Street Garage |
| 09/06 | 84.65 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 09/10 | 24.35 | 6169 Debit Card Purchase Acme #3798 Broomall P |
| 09/10 | 115.40 | 5917 Recurring Debit Card Trindle Self Storage |
| 09/10 | 35.00 | 6169 Debit Card Purchase Ptc Ez Pass Auto Re. |
| 09/12 | 23.43 | POS Purchase Acme Store Broomall PA |
| 09/14 | 10.00 | 5917 Debit Card Purchase Walnut Street Garage |

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|-------:|-------------|
| 08/16 | 141.72 | Direct Payment - Ins. Prem Primerica Life XXXXXX4662Y |

There were 10 Online or Electronic Banking Deductions totaling $1,838.53.

*Online and Electronic Banking Deductions continued on next page*

Case 1:18-bk-00449-HWV  Doc 152  Filed 11/02/18  Entered 11/02/18 14:50:57  Desc
Main Document  Page 9 of 26

# Virtual Wallet Spend Statement

📠 For 24-hour information.sign on to PNC Bank Online Banking
on pnc.com

Account Number:      l-3352  - continued

For the period   08/15/2018   to   09/14/2018
DENISE P THOMPSON
Primary account number:            -3352
Page 4 of 4

## Online and Electronic Banking Deductions          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 08/16 | 43.00 | Web Pmt Single - Online Pmt |
|       |       | Clear Balance Ckf054003194POS |
| 08/16 | 18.76 | Web Pmt Single - Online Pmt |
|       |       | Ppl Electric Ckf054003194POS |
| 08/20 | 73.38 | Direct Payment - Eriexpspay |
|       |       | Erie Ins Group Qxxxxx7477 |
| 08/27 | 14.42 | Direct Payment - Eriexpspay |
|       |       | Erie Ins Group Qxxxxx0307 |
| 09/05 | 182.66 | Direct Payment - Achbillpay |
|       |       | Sprintxxxxxx6111 XXXXX7118 |
| 09/05 | 8.64 | Web Pmt Single - Payment |
|       |       | Credit One Bank 0000285767227 |
| 09/07 | 124.41 | Direct Payment - Eriexpspay |
|       |       | Erie Ins Group Qxxxxx5056 |
| 09/07 | 50.00 | Web Pmt Single - Online Pmt |
|       |       | The Home Depot Ckf054003194POS |
| 09/11 | 1,181.54 | Web Pmt Single - Online Pmt |
|       |       | Nationstar Mortg Ckf054003194POS |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 08/15 | 1,137.88 | 08/22 | 329.83 | 08/29 | 138.59 | 09/10 | 1,286.84 |
| 08/16 | 576.03 | 08/23 | 293.37 | 09/04 | 1,068.99 | 09/11 | 105.30 |
| 08/17 | 532.62 | 08/24 | 269.40 | 09/05 | 1,577.69 | 09/12 | 268.87 |
| 08/20 | 663.53 | 08/27 | 254.98 | 09/06 | 1,436.00 | 09/14 | 258.87 |
| 08/21 | 643.89 | 08/28 | 252.98 | 09/07 | 1,261.59 | | |

Member FDIC                    🏠 Equal Housing Lender

# Virtual Wallet Spend Statement

PNC Bank

 **PNC BANK**

For the period 09/15/2018 to 10/15/2018

DENISE P THOMPSON
DAVID R THOMPSON
1135 LAMBS GAP RD
MECHANICSBURG PA 17050-1922

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Virtual Wallet Spend Account Summary

DENISE P THOMPSON
David R Thompson

Account number: 3352

Overdraft Protection Provided By: XXXXXX3379
XXXXXX3387

Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 258.87 | 4,670.68 | 4,873.63 | 55.92 |
| | | Average monthly balance | Charges and fees |
| | | 674.69 | 3.00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 6 | 64 | 3 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 4 | 3 | 1 |

## Activity Detail

### Deposits and Other Additions

There were 8 Deposits and Other
Additions totaling $4,670.68.

| Date | Amount | Description | |
|---|---|---|---|
| 09/17 | 150.00 | Deposit Reference No. 048726605 | |
| 09/17 | 970.00 | Online Transfer From | 2689 |
| 09/24 | 985.00 | Online Transfer From | 2689 |
| 09/26 | .47 | Direct Deposit - Payment | |
| | | CREDIT ONE BANK THOMPSON,DAVID | |
| 09/26 | .21 | Direct Deposit - Payment | |
| | | CREDIT ONE BANK THOMPSON,DAVID | |
| 10/01 | 1,500.00 | Mobile Deposit Reference No. 075910814 | |
| 10/05 | 500.00 | Online Transfer From | 2689 |
| 10/09 | 565.00 | Online Transfer From | 2689 |

# Virtual Wallet Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking on pnc.com

For the period   09/15/2018   to   10/15/2018
DENISE P THOMPSON
Primary account number:     -3352
Page 2 of 5

Account Number:     -3352 - continued

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 1319 | 22.96 | 10/02 | 083895186 | 7065 | 385.23 | 09/27 | 085375059 |
| 7063 * | 130.20 | 09/19 | 084121162 | 7067 * | 18.00 | 10/01 | 086650727 |
| 7064 | 246.00 | 09/24 | 083099090 | 7068 | 50.00 | 10/09 | 083088495 |

\* Gap in check sequence

There were 6 checks listed totaling $852.39.

## Banking/Debit Card Withdrawals and Purchases

There were 4 Banking Machine withdrawals totaling $393.00.
There were 3 Debit Card/Bank card PIN POS purchases totaling $51.77.
There were 65 other Banking Machine/Debit Card deductions totaling $1,407.45.

| Date | Amount | Description |
|---|---|---|
| 09/17 | 33.49 | 5917 Debit Card Purchase Middlesex Diner |
| 09/17 | 8.09 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 09/17 | 8.22 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 09/18 | 11.00 | 6169 Debit Card Purchase Springfield Eastcoast |
| 09/19 | 7.83 | 6169 Debit Card Purchase Wendy's #3086 Broomal |
| 09/19 | 9.32 | 5917 Debit Card Purchase McDonald's F4619 |
| 09/20 | 25.99 | 6169 Debit Card Purchase Old Navy On-Line |
| 09/20 | 14.57 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 09/20 | 20.91 | 5917 Debit Card Purchase Giant 6005 Mechanicsb |
| 09/21 | 82.65 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 09/24 | 5.82 | 5917 Debit Card Purchase Burger King #12985 |
| 09/24 | 7.62 | 6169 Debit Card Purchase McDonald's F22804 |
| 09/24 | 27.01 | 6169 Debit Card Purchase Rutter's Farm Stores # |
| 09/24 | 11.06 | 5917 Debit Card Purchase Silver Springs Diner |
| 09/24 | 6.35 | 5917 Debit Card Purchase Autozone #1849 Carlis |
| 09/24 | 7.13 | 5917 Debit Card Purchase Aldi 71091  Carlisle P |
| 09/24 | 2.98 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 09/24 | 35.00 | 6169 Debit Card Purchase Ptc Ez Pass Auto Re. |
| 09/24 | 7.53 | 6169 Debit Card Purchase McDonald's F922 |
| 09/25 | 8.85 | 5917 Debit Card Purchase Silver Springs Diner |
| 09/26 | 16.36 | 6169 Debit Card Purchase California Sun |
| 09/26 | 42.00 | 6169 Debit Card Purchase PA Driver & Vehicle SE |
| 09/26 | 63.00 | ATM Withdrawal 5288 Simpson Ferry Mechanicsburg PA |
| 09/26 | 1.38 | 6169 Debit Card Purchase Giant 6464 Springfiel |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

For the period 09/15/2018 to 10/15/2018
DENISE P THOMPSON
Primary account number: -3352
Page 3 of 5

Account Number: -3352 - continued

## Banking/Debit Card Withdrawals and Purchases — *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 09/26 | 15.07 | 6169 Debit Card Purchase Old Navy US 6474 |
| 09/26 | 3.00 | ATM Withdrawal Fee |
| 09/27 | 5.13 | 6169 Debit Card Purchase CVS/Pharmacy #05462 |
| 09/28 | 11.41 | 5917 Debit Card Purchase Burger King #12125 |
| 09/28 | 9.06 | 5917 Debit Card Purchase Aldi 71091 Carlisle P |
| 09/28 | 28.48 | 5917 Debit Card Purchase Silver Springs Diner |
| 09/28 | 8.48 | 5917 Debit Card Purchase Wawa 974 Woolwich To |
| 10/01 | 12.40 | 5917 Debit Card Purchase Denny's Inc 1800733669 |
| 10/01 | 20.13 | 5917 Debit Card Purchase Acme #0821 Wildwood N |
| 10/01 | 50.00 | ATM Withdrawal 410 W. Rio Grande Wildwood NJ |
| 10/01 | 6.16 | 6169 Debit Card Purchase Wawa 729 Wildwood NJ |
| 10/01 | 17.38 | 5917 Debit Card Purchase Royal Grille Wildwood |
| 10/01 | 15.22 | POS Purchase Aldi 60065 Rio Grande NJ |
| 10/01 | 1.55 | 5917 Debit Card Purchase Wawa 946 Rio Grande |
| 10/01 | 27.11 | 5917 Debit Card Purchase Giant 6005 Mechanicsb |
| 10/01 | 23.49 | POS Purchase Giant 6464 Springfield |
| 10/01 | 28.50 | 5917 Debit Card Purchase Giant Fuel 6005 |
| 10/02 | 12.00 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 10/02 | 10.01 | 5917 Debit Card Purchase Wm Supercenter #1886 |
| 10/03 | 3.16 | 6169 Debit Card Purchase Staples Springfield P |
| 10/03 | 5.28 | 5917 Debit Card Purchase The Home Depot #4120 |
| 10/03 | 32.27 | 5917 Debit Card Purchase Middlesex Diner |
| 10/04 | 61.57 | 6169 Debit Card Purchase Old Navy On-Line |
| 10/04 | 28.10 | 6169 Debit Card Purchase Aldi 71091 Carlisle P |
| 10/04 | 20.25 | 5917 Debit Card Purchase Silver Springs Diner |
| 10/04 | 56.83 | 6169 Debit Card Purchase Rutter's Farm Stores # |
| 10/05 | 53.00 | 6169 Debit Card Purchase Trindle Self Storage |
| 10/05 | 95.40 | 6169 Debit Card Purchase Trindle Self Storage |
| 10/05 | 5.60 | 5917 Debit Card Purchase Lowes #02223* |

Banking/Debit Card Withdrawals and Purchases continued on next page

Case 1:18-bk-00449-HWV Doc 152 Filed 11/02/18 Entered 11/02/18 14:50:57 Desc
Main Document Page 13 of 26

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number:       -3352  - continued

For the period   09/15/2018  to  10/15/2018
DENISE P THOMPSON
Primary account number:           -3352
Page 4 of 5

## Banking/Debit Card Withdrawals and Purchases    - continued

| Date | Amount | Description |
|---|---|---|
| 10/05 | 80.00 | ATM Withdrawal 1098 Harrisburg Pi Carlisle PA |
| 10/09 | 11.99 | 6169 Debit Card Purchase Old Navy On-Line |
| 10/09 | 10.00 | 6169 Debit Card Purchase Old Navy On-Line |
| 10/09 | 85.25 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 10/09 | 24.91 | 6169 Debit Card Purchase Giant  Springfield PA |
| 10/09 | 15.17 | 5917 Debit Card Purchase 123 Hosss Steak |
| 10/09 | 9.80 | 5917 Debit Card Purchase Dollar General #13425 |
| 10/09 | 35.00 | 6169 Debit Card Purchase Ptc Ez Pass Auto Re. |
| 10/10 | 200.00 | ATM Withdrawal 1098 Harrisburg Pi Carlisle PA |
| 10/11 | 7.83 | 6169 Debit Card Purchase Wendy's #3086 Broomal |
| 10/11 | 41.66 | 6169 Recurring Debit Card Sxm*Siriusxm.Com/Acct |
| 10/12 | 76.00 | 5917 Debit Card Purchase Pilot_00708 Carlisle |
| 10/12 | 13.06 | POS Purchase Dollar Tree Broomall PA |
| 10/15 | 7.89 | 6169 Debit Card Purchase Shoprite Drexeline S1 |
| 10/15 | 22.18 | 5917 Debit Card Purchase Middlesex Diner |
| 10/15 | 7.09 | 6169 Debit Card Purchase Wendy's #3086 Broomal |
| 10/15 | 16.29 | 5917 Debit Card Purchase Wal-Mart #2574 Carlis |
| 10/15 | 40.18 | 5917 Debit Card Purchase Ulta #246 Mechanicsbu |
| 10/15 | 17.72 | 5917 Debit Card Purchase Karns Quality Foods |

## Online and Electronic Banking Deductions

There were 12 Online or Electronic Banking Deductions totaling $2,169.02.

| Date | Amount | Description |
|---|---|---|
| 09/17 | 141.72 | Direct Payment - Ins. Prem Primerica Life XXXXXX4662Y |
| 09/20 | 73.42 | Direct Payment - Eriexpspay Erie Ins Group Qxxxxx7477 |
| 09/25 | 25.00 | Web Pmt Single - Payment Credit One Bank 0000290652537 |
| 09/26 | 160.84 | Web Pmt Single - Payment Credit One Bank 0000290893662 |
| 09/26 | 160.74 | Web Pmt Single - Online Pmt Ppl Electric Ckf054003194POS |
| 09/26 | 43.00 | Web Pmt Single - Online Pmt Clear Balance Ckf054003194POS |
| 09/26 | 14.42 | Direct Payment - Eriexpspay Erie Ins Group Qxxxxx0307 |

Online and Electronic Banking Deductions continued on next page

# Virtual Wallet Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number:          -3352 - continued

## Online and Electronic Banking Deductions          *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 09/26 | .68 | Web Pmt Single - Payment |
| | | Credit One Bank Thompson,David |
| 10/03 | 1,181.54 | Web Pmt Single - Online Pmt |
| | | Nationstar Mortg Ckf054003194POS |
| 10/09 | 154.94 | Direct Payment - Achbillpay |
| | | Sprintxxxxxx6111 XXXXX7118 |
| 10/09 | 124.41 | Direct Payment - Eriexpspay |
| | | Erie Ins Group Qxxxxx5056 |
| 10/11 | 88.31 | Web Pmt Single - E-Payment Discover 9417 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 09/15 | 258.87 | 09/24 | 1,439.96 | 10/01 | 1,718.57 | 10/09 | 594.13 |
| 09/17 | 1,187.35 | 09/25 | 1,406.11 | 10/02 | 1,673.60 | 10/10 | 394.13 |
| 09/18 | 1,176.35 | 09/26 | 886.30 | 10/03 | 451.35 | 10/11 | 256.33 |
| 09/19 | 1,029.00 | 09/27 | 495.94 | 10/04 | 284.60 | 10/12 | 167.27 |
| 09/20 | 894.11 | 09/28 | 438.51 | 10/05 | 550.60 | 10/15 | 55.92 |
| 09/21 | 811.46 | | | | | | |

Member FDIC                    Equal Housing Lender

| Date | Description | Withdrawal | Deposits | Balance |
|---|---|---|---|---|
| 8/29/2018 | DEBIT CARD PURCHASE XXXXX5917 PILOT_00708 CARLISLE PA | $75.75 | | $138.59 |
| 8/29/2018 | DEBIT CARD PURCHASE XXXXX5917 TRINDLE SELF STORAGE XXXXX0044 PA | $38.64 | | $214.34 |
| 8/28/2018 | DEBIT CARD PURCHASE XXXXX6169 USPSCOM MOVERS GUIDE XXXXX3150 TN | $1.00 | | $252.98 |
| 8/28/2018 | DEBIT CARD PURCHASE XXXXX6169 USPSCOM MOVERS GUIDE XXXXX3150 TN | $1.00 | | $253.98 |
| 8/27/2018 | ACH DEBIT QXXXXX0307 ERIE INS GROUP ERIEXPSPAY | $14.42 | | $254.98 |
| 8/24/2018 | DEBIT CARD PURCHASE XXXXX6169 ACME #3798 BROOMALL PA | $18.08 | | $269.40 |
| 8/24/2018 | DEBIT CARD PURCHASE XXXXX5917 MCDONALD'S F5050 HARRISBURG PA | $5.89 | | $287.48 |
| 8/23/2018 | DEBIT CARD PURCHASE XXXXX5917 WAWA 263 00002634 PARKESBURG PA | $20.00 | | $293.37 |
| 8/23/2018 | DEBIT CARD PURCHASE XXXXX6169 ACME #3798 BROOMALL PA | $16.46 | | $313.37 |
| 8/22/2018 | CHECK 7056 083428000 | $385.23 | | $329.83 |
| 8/22/2018 | DEBIT CARD PURCHASE XXXXX5917 MCDONALD'S F4619 CARLISLE PA | $6.35 | | $715.06 |
| 8/22/2018 | DEBIT CARD PURCHASE XXXXX6169 CVS/PHARMACY #05462 BROOMALL PA | $46.25 | | $721.41 |
| 8/22/2018 | DEBIT CARD PURCHASE XXXXX6169 GIANT 6464 SPRINGFIELD PA | $18.08 | | $767.66 |
| 8/22/2018 | DEBIT CARD PURCHASE XXXXX5917 MCDONALD'S F22809 YORK PA | $8.15 | | $785.74 |
| 8/22/2018 | ONLINE TRANSFER FROM XXXXX2689 | | $150.00 | $793.89 |
| 8/21/2018 | DEBIT CARD PURCHASE XXXXX5917 MCDONALD'S F4619 CARLISLE PA | $8.15 | | $643.89 |
| 8/21/2018 | DEBIT CARD PURCHASE XXXXX5917 SILVER SPRINGS DINER MECHANICSBU PA | $11.49 | | $652.04 |
| 8/20/2018 | ACH DEBIT QXXXXX7477 ERIE INS GROUP ERIEXPSPAY | $73.38 | | $663.53 |
| 8/20/2018 | DEBIT CARD PURCHASE XXXXX5917 MARCELLO'S RISTORANTE CARLISLE PA | $9.31 | | $736.91 |
| 8/20/2018 | DEBIT CARD PURCHASE XXXXX5917 DOLLAR GENERAL #13425 CARLISLE PA | $9.86 | | $746.22 |
| 8/20/2018 | DEBIT CARD PURCHASE XXXXX6169 GIANT 6464 SPRINGFIELD PA | $18.12 | | $756.08 |
| 8/20/2018 | POS PURCHASE POS44423202 1162780 ALDI 60159 BROOKHAVEN PA | $19.35 | | $774.20 |
| 8/20/2018 | DEBIT CARD PURCHASE XXXXX5917 PILOT_00708 CARLISLE PA | $15.07 | | $793.55 |
| 8/20/2018 | DEBIT CARD PURCHASE XXXXX5917 PILOT_00708 CARLISLE PA | $74.00 | | $808.62 |
| 8/20/2018 | ONLINE TRANSFER FROM XXXXX2689 | | $350.00 | $882.62 |
| 8/17/2018 | DEBIT CARD PURCHASE XXXXX5917 LONGHORN STEAK00052944 MECHANICSBU PA | $19.42 | | $532.62 |
| 8/17/2018 | DEBIT CARD PURCHASE XXXXX6169 ACME #3798 BROOMALL PA | $23.99 | | $552.04 |
| 8/16/2018 | CHECK 7059 084030658 | $22.19 | | $576.03 |
| 8/16/2018 | CHECK 7057 083893557 | $246.00 | | $598.22 |
| 8/16/2018 | ACH WEBSINGLE CKFXXXX3194POS PPL ELECTRIC ONLINE PMT | $18.76 | | $844.22 |
| 8/16/2018 | ACH WEBSINGLE CKFXXXX3194POS CLEAR BALANCE ONLINE PMT | $43.00 | | $862.98 |
| 8/16/2018 | ACH DEBIT XXXXX4662Y PRIMERICA LIFE INS. PREM | $141.72 | | $905.98 |
| 8/16/2018 | POS PURCHASE POS999999999 0344561 CVS/PHARMACY # MECHANICSBUR PA | $29.20 | | $1,047.70 |

| Date | Description | Amount | Amount |
|------|-------------|--------|--------|
| 8/16/2018 | DEBIT CARD PURCHASE  XXXXX6169 PTC EZ PASS AUTO RE    XXXXX6727 PA | $35.00 | $1,076.90 |
| 8/16/2018 | DEBIT CARD PURCHASE  XXXXX6169 WENDY'S #3086              BROOMALL    PA | $8.12 | $1,111.90 |
| 8/16/2018 | DEBIT CARD PURCHASE  XXXXX5917 RUTTER'S FARM STRE #54 YORK       PA | $8.98 | $1,120.02 |
| 8/16/2018 | DEBIT CARD PURCHASE  XXXXX5917 PIZZA HUT #23028       YORK      PA | $8.88 | $1,129.00 |
| 8/15/2018 | DEBIT CARD PURCHASE  XXXXX6169 WENDYS #6404           MECHANICSBU PA | $4.95 | $1,137.88 |
| 8/14/2018 | DEBIT CARD PURCHASE  XXXXX5917 WAWA 8308      00083089   MULLICA HIL NJ | $73.46 | $1,142.83 |
| 8/14/2018 | DEBIT CARD PURCHASE  XXXXX5917 WAWA 8308      00083089   MULLICA HIL NJ | $5.69 | $1,216.29 |
| 8/14/2018 | DEBIT CARD PURCHASE  XXXXX6169 MCDONALD'S F4619          CARLISLE   PA | $5.82 | $1,221.98 |
| 8/14/2018 | DEBIT CARD PURCHASE  XXXXX6169 MCDONALD'S F22804         MECHANICSBU PA | $3.81 | $1,227.80 |
| 8/14/2018 | ONLINE TRANSFER FROM  XXXXX2689 | | $1,231.61 |
| 8/13/2018 | ATM WITHDRAWAL     PNCPM4645 N0812 5917 1720 HARRISBURG         CARLISLE    PA | $40.00 | $1,000.00 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX6169 MCDONALD'S F4619          CARLISLE    PA | $2.12 | $231.61 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 DOLLAR GENERAL #13425   CARLISLE   PA | $11.40 | $271.61 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 PETSMART # 0583           MECHANICSBU PA | $31.51 | $273.73 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 GARDEN GATE FARM MARKE  CARLISLE   PA | $3.25 | $285.13 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 TRINDLE SELF STORAGE    XXXXX2199 PA | $91.10 | $316.64 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 WAL-MART #1886            MECHANICSBU PA | $11.89 | $319.89 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX6169 TARGETCOM               XXXXX3869 MN | $25.98 | $410.99 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 MIDDLESEX DINER           CARLISLE   PA | $27.29 | $422.88 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX5917 ALDI 71091                CARLISLE   PA | $28.55 | $448.86 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX6169 GARDEN GATE FARM MARKE   CARLISLE   PA | $13.95 | $476.15 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX6169 MCDONALD'S F22804         MECHANICSBU PA | $3.81 | $504.70 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX6169 ANGEL NAILS              MECHANICSBU PA | $24.00 | $518.65 |
| 8/13/2018 | DEBIT CARD PURCHASE  XXXXX6169 ULTA #246                 MECHANICSBU PA | $24.89 | $522.46 |
| 8/13/2018 | ONLINE TRANSFER FROM  XXXXX2689 | | $546.46 |
| 8/10/2018 | ACH WEBSINGLE CKFXXXXX3194POS NATIONSTAR MORTG ONLINE PMT | $#######.## | $571.35 |
| 8/10/2018 | DEBIT CARD PURCHASE  XXXXX5917 GIANT 6005               MECHANICSBU PA | $20.99 | $371.35 |
| 8/10/2018 | DEBIT CARD PURCHASE  XXXXX5917 PILOT_00708              CARLISLE   PA | $81.50 | $1,552.89 |
| 8/10/2018 | DEBIT CARD PURCHASE  XXXXX5917 SILVER SPRINGS DINER    MECHANICSBU PA | $26.13 | $1,573.88 |
| 8/9/2018 | DEBIT CARD PURCHASE  XXXXX6169 MARCELLO'S RISTORANTE    CARLISLE   PA | $27.02 | $1,655.38 |
| 8/9/2018 | DEBIT CARD PURCHASE  XXXXX6169 GS STUDIO EAST HAIR DE  CARLISLE   PA | $157.00 | $1,681.51 |
| 8/9/2018 | ONLINE TRANSFER FROM  XXXXX2689 | | $1,708.53 |
| 8/8/2018 | CHECK              7052        086525734 | $157.98 | $1,865.53 |
| 8/8/2018 | DEBIT CARD PURCHASE  XXXXX5917 KARNS QUALITY FOODS      CARLISLE   PA | $19.45 | $365.53 |
| | | | $1,500.00 |
| | | | $200.00 |
| | | | $523.51 |

| Date | Description | | Amount | Amount |
|---|---|---|---|---|
| 8/8/2018 | DEBIT CARD PURCHASE XXXXX6169 WEIS MARKETS 095 | CARLISLE PA | $23.23 | $542.96 |
| 8/8/2018 | ONLINE TRANSFER FROM XXXXX2689 | | $200.00 | $566.19 |
| 8/7/2018 | CHECK 7053 085673799 | | $18.00 | $366.19 |
| 8/7/2018 | ACH DEBIT QXXXXX5056 ERIE INS GROUP ERIEXPSPAY | | $124.41 | $384.19 |
| 8/7/2018 | ACH DEBIT XXXXX7118 SPRINTXXXX6111 ACHBILLPAY | | $207.66 | $508.60 |
| 8/7/2018 | DEBIT CARD PURCHASE XXXXX5917 GIANT FUEL 6005 | MECHANICSBU PA | $47.02 | $716.26 |
| 8/7/2018 | POS PURCHASE POS001 0324694 GIANT 6005 | MECHANICSBUR PA | $35.05 | $763.28 |
| 8/7/2018 | ONLINE TRANSFER FROM XXXXX2689 | | $150.00 | $798.33 |
| 8/6/2018 | ACH WEBSINGLE CKFXXXX3194POS CAPITAL BC | ONLINE PMT | $62.96 | $648.33 |
| 8/6/2018 | ACH WEBSINGLE CKFXXXX3194POS PPL ELECTRIC | ONLINE PMT | $169.35 | $711.29 |
| 8/6/2018 | ELECTRONIC CHK 1318 MECHPA HOME DEPOT 4120 PURCHASE | | $125.00 | $880.64 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX5917 GIANT 6005 | MECHANICSBU PA | $81.29 | $1,005.64 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX6169 RUTTER'S FARM STORE#64 CARLISLE PA | | $15.00 | $1,086.93 |
| 8/6/2018 | RECURRING DEBIT CARD XXXXX9218 AVENUECOM XXXXX2836 IN | | $64.60 | $1,101.93 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX5917 GIANT 6005 | MECHANICSBU PA | $31.00 | $1,166.53 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX6169 GIANT 6005 | MECHANICSBU PA | $39.39 | $1,197.53 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX5917 CCS KITCHEN FAMILY RES MECHANICSBU PA | | $30.34 | $1,236.92 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX6169 WENDYS #6404 | MECHANICSBU PA | $2.11 | $1,267.26 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX6169 ANGEL NAILS | MECHANICSBU PA | $28.00 | $1,269.37 |
| 8/6/2018 | DEBIT CARD PURCHASE XXXXX5917 PILOT_00708 | CARLISLE PA | $82.51 | $1,297.37 |
| 8/6/2018 | MOBILE DEPOSIT XXXXX8096 | | $39.69 | $1,379.88 |
| 8/6/2018 | ONLINE TRANSFER FROM XXXXX2689 | | $300.00 | $1,340.19 |
| 8/3/2018 | DEBIT CARD PURCHASE XXXXX5917 GIANT 6005 | MECHANICSBU PA | $94.42 | $1,040.19 |
| 8/3/2018 | DEBIT CARD PURCHASE XXXXX5917 SILVER SPRINGS DINER | MECHANICSBU PA | $27.31 | $1,134.61 |
| 8/2/2018 | CHECK 1317 086868537 | | $138.99 | $1,161.92 |
| 8/2/2018 | DEBIT CARD PURCHASE XXXXX5917 PILOT_00708 | CARLISLE PA | $25.01 | $1,300.91 |
| 8/2/2018 | MOBILE DEPOSIT XXXXX2066 | | $250.00 | $1,325.92 |
| 8/2/2018 | ONLINE TRANSFER FROM XXXXX2689 | | $700.00 | $1,075.92 |
| 8/1/2018 | DEBIT CARD PURCHASE XXXXX6169 TARGETCOM XXXXX3869 MN | | $25.98 | $375.92 |

| Date | Description | Details | Withdrawals | Deposits | Balance |
| --- | --- | --- | --- | --- | --- |
| 9/28/2018 | DEBIT CARD PURCHASE   XXXXX5917 WAWA 974    00009746   WOOLWICH TO NJ | Groceries | $8.48 | | $438.51 |
| 9/28/2018 | DEBIT CARD PURCHASE   XXXXX5917 SILVER SPRINGS DINER   MECHANICSBU PA | Restaurants | $28.48 | | $446.99 |
| 9/28/2018 | DEBIT CARD PURCHASE   XXXXX5917 ALDI 71091   CARLISLE   PA | Groceries | $9.06 | | $475.47 |
| 9/28/2018 | DEBIT CARD PURCHASE   XXXXX5917 BURGER KING #12125   ETTERS   PA | Restaurants | $11.41 | | $484.53 |
| 9/27/2018 | CHECK          7065      085375059 | BELCO ~ Dodge Truck | $385.23 | | $495.94 |
| 9/27/2018 | DEBIT CARD PURCHASE   XXXXX6169 CVS/PHARMACY #05462   BROOMALL   PA | Perscriptions | $5.13 | | $881.17 |
| 9/26/2018 | ATM WITHDRAWAL FEE | Misc. Bank Fees | $3.00 | | $886.30 |
| 9/26/2018 | | Misc. Credit Card Test | $0.68 | | $889.30 |
| 9/26/2018 | ACH DEBIT    QXXXXX03307 ERIE INS GROUP  ERIEXPSPAY | Insurance | $14.42 | | $889.98 |
| 9/26/2018 | ACH WEBSINGLE CKFXXXX3194POS CLEAR BALANCE  ONLINE PMT | Denise ~ Medical Pymt. | $43.00 | | $904.40 |
| 9/26/2018 | ACH WEBSINGLE CKFXXXX3194POS PPL ELECTRIC   ONLINE PMT | Electric | $160.74 | | $947.40 |
| 9/26/2018 | ACH WEBSINGLE XXXXX3662 CREDIT ONE BANK PAYMENT | Credit Card Payment | $160.84 | | $1,108.14 |
| 9/26/2018 | DEBIT CARD PURCHASE   XXXXX6169 OLD NAVY US 6474   SPRINGFIELD PA | Misc. ~ Clothing | $15.07 | | $1,268.98 |
| 9/26/2018 | DEBIT CARD PURCHASE   XXXXX6169 GIANT 6464   SPRINGFIELD PA | Groceries | $1.38 | | $1,284.05 |
| 9/26/2018 | ATM WITHDRAWAL    MAC00008 3AN0925 5917 5288 SIMPSON FERRY    MECHANICBURG PA | Magistrate Fee ~ Trailer | $63.00 | | $1,285.43 |
| 9/26/2018 | DEBIT CARD PURCHASE   XXXXX6169 PA DRIVER VEHICLE SE   XXXX4600 PA | Honda Registration | $42.00 | | $1,348.43 |
| 9/26/2018 | DEBIT CARD PURCHASE   XXXXX6169 CALIFORNIA SUN   SPRINGFIELD PA | Misc. ~ Personal Expense | $16.36 | | $1,390.43 |
| 9/26/2018 | ACH CREDIT   THOMPSON,DAVID CREDIT ONE BANK PAYMENT | Misc. Credit Card Test | | $0.21 | $1,406.79 |
| 9/26/2018 | ACH CREDIT   THOMPSON,DAVID CREDIT ONE BANK PAYMENT | Misc. Credit Card Test | | $0.47 | $1,406.58 |
| 9/25/2018 | ACH WEBSINGLE XXXXX2537 CREDIT ONE BANK PAYMENT | Credit Card Payment | $25.00 | | $1,406.11 |
| 9/25/2018 | DEBIT CARD PURCHASE   XXXXX5917 SILVER SPRINGS DINER   MECHANICSBU PA | Restaurants | $8.85 | | $1,431.11 |
| 9/24/2018 | CHECK          7064      083099090 | PA Credit Union ~ Honda | $246.00 | | $1,439.96 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX6169 MCDONALD'S F922   CLIFTON HTS PA | Restaurants | $7.53 | | $1,685.96 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX6169 PTC EZ PASS AUTO RE   XXXX6727 PA | Turnpike Tolls | $35.00 | | $1,693.49 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX6169 GIANT 6464   SPRINGFIELD PA | Groceries | $2.98 | | $1,728.49 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX5917 ALDI 71091   CARLISLE   PA | Groceries | $7.13 | | $1,731.47 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX5917 AUTOZONE #1849   CARLISLE   PA | Misc. Vehicle Expense | $6.35 | | $1,738.60 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX5917 SILVER SPRINGS DINER   MECHANICSBU PA | Restaurants | $11.06 | | $1,744.95 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX6169 RUTTER'S FARM STORES #   CARLISLE   PA | Fuel | $27.01 | | $1,756.01 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX6169 MCDONALD'S F22804   MECHANICSBU PA | Restaurants | $7.62 | | $1,783.02 |
| 9/24/2018 | DEBIT CARD PURCHASE   XXXXX5917 BURGER KING #12985   LEMOYNE   PA | Restaurants | $5.82 | | $1,790.64 |
| 9/24/2018 | ONLINE TRANSFER FROM    XXXXX2689 | Paychecks | | $985.00 | $1,796.46 |
| 9/21/2018 | DEBIT CARD PURCHASE   XXXXX5917 PILOT_00708   CARLISLE   PA | Fuel | $82.65 | | $811.46 |
| 9/20/2018 | ACH DEBIT    QXXXXX7477 ERIE INS GROUP  ERIEXPSPAY | Insurance ~ House | $73.42 | | $894.11 |
| 9/20/2018 | DEBIT CARD PURCHASE   XXXXX5917 GIANT 6005   MECHANICSBU PA | Groceries | $20.91 | | $967.53 |
| 9/20/2018 | DEBIT CARD PURCHASE   XXXXX6169 GIANT 6464   SPRINGFIELD PA | Groceries | $14.57 | | $988.44 |
| 9/20/2018 | DEBIT CARD PURCHASE   XXXXX6169 OLD NAVY ON-LINE   800-OLDNAVY OH | Misc. ~ Clothing | $25.99 | | $1,003.01 |
| 9/19/2018 | CHECK          7063      084121162 | Comcast ~ cable/internet | $130.20 | | $1,029.00 |
| 9/19/2018 | DEBIT CARD PURCHASE   XXXXX5917 MCDONALD'S F4619   CARLISLE   PA | Restaurants | $9.32 | | $1,159.20 |
| 9/19/2018 | DEBIT CARD PURCHASE   XXXXX6169 WENDY'S #3086   BROOMALL   PA | Restaurants | $7.83 | | $1,168.52 |
| 9/18/2018 | DEBIT CARD PURCHASE   XXXXX6169 SPRINGFIELD EASTCOAST   SPRINGFIELD PA | Fuel | $11.00 | | $1,176.35 |

| Date | Description | Location | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 9/17/2018 | ACH DEBIT XXXXX4662Y PRIMERICA LIFE INS. PREM | | Life Insurance | $141.72 | | $1,187.35 |
| 9/17/2018 | DEBIT CARD PURCHASE XXXXX6169 GIANT 6464 | SPRINGFIELD PA | Groceries | $8.22 | | $1,329.07 |
| 9/17/2018 | DEBIT CARD PURCHASE XXXXX6169 GIANT 6464 | SPRINGFIELD PA | Groceries | $8.09 | | $1,337.29 |
| 9/17/2018 | DEBIT CARD PURCHASE XXXXX5917 MIDDLESEX DINER | CARLISLE PA | Restaurants | $33.49 | | $1,345.38 |
| 9/17/2018 | ONLINE TRANSFER FROM XXXXX2689 | | Paychecks | | $970.00 | $1,378.87 |
| 9/17/2018 | DEPOSIT XXXXX6605 | | Paychecks | | $150.00 | $408.87 |
| 9/14/2018 | DEBIT CARD PURCHASE XXXXX5917 WALNUT STREET GARAGE | HARRISBURG PA | Parking ~ Creditors Mtg. | $10.00 | | $258.87 |
| 9/12/2018 | POS PURCHASE POS37980007 0353602 ACME STORE | BROOMALL PA | Groceries | $23.43 | | $268.87 |
| 9/12/2018 | DEPOSIT XXXXX4420 | | Paychecks | | $187.00 | $292.30 |
| 9/11/2018 | ACH WEBSINGLE CKFXXXX3194POS NATIONSTAR MORTG ONLINE PMT | | Mortgage | $1,181.54 | | $105.30 |
| 9/10/2018 | DEBIT CARD PURCHASE XXXXX6169 PTC EZ PASS AUTO RE | XXXXX6727 PA | Turnpike Tolls | $35.00 | | $1,286.84 |
| 9/10/2018 | RECURRING DEBIT CARD XXXXX7253 TRINDLE SELF STORAGE | XXXXX0044 PA | Storage Unit ~ for Move | $115.40 | | $1,321.84 |
| 9/10/2018 | DEBIT CARD PURCHASE XXXXX6169 ACME #3798 | BROOMALL PA | Groceries | $24.35 | | $1,437.24 |
| 9/10/2018 | ATM DEPOSIT 85483382 DEPOSIT 6416 CARLISLE P | MECHANICSBUR PA | Paychecks | | $200.00 | $1,461.59 |
| 9/7/2018 | ACH WEBSINGLE CKFXXXX3194POS THE HOME DEPOT ONLINE PMT | | Misc. ~ Household | $50.00 | | $1,261.59 |
| 9/7/2018 | ACH DEBIT QXXXXX5056 ERIE INS GROUP ERIEXPSPAY | | Auto Insurance | $124.41 | | $1,311.59 |
| 9/6/2018 | | | Fuel | $84.65 | | $1,436.00 |
| 9/6/2018 | DEBIT CARD PURCHASE XXXXX5917 WALNUT STREET GARAGE | HARRISBURG PA | Parking ~ Bankruptcy Mtg. | $10.00 | | $1,520.65 |
| 9/6/2018 | DEBIT CARD PURCHASE XXXXX5917 SILVER SPRINGS DINER | MECHANICSBU PA | Restaurants | $29.04 | | $1,530.65 |
| 9/6/2018 | DEBIT CARD PURCHASE XXXXX5917 97612 - ON-STREET METE | HARRISBURG PA | Parking ~ Deposition | $9.00 | | $1,559.69 |
| 9/6/2018 | DEBIT CARD PURCHASE XXXXX5917 97612 - ON-STREET METE | HARRISBURG PA | Parking ~ Deposition | $9.00 | | $1,568.69 |
| 9/5/2018 | ACH WEBSINGLE XXXXX7227 CREDIT ONE BANK PAYMENT | | Credit Card Payment | $8.64 | | $1,577.69 |
| 9/5/2018 | ACH DEBIT XXXXX7118 SPRINTXXXX6111 ACHBILLPAY | | Cell Phones | $182.66 | | $1,586.33 |
| 9/5/2018 | ONLINE TRANSFER FROM XXXXX2689 | | Paychecks | | $700.00 | $1,768.99 |
| 9/4/2018 | POS PURCHASE POS001 1579968 SHOPRITE BROOK | BROOKHAVEN PA | Groceries | $18.57 | | $1,068.99 |
| 9/4/2018 | DEBIT CARD PURCHASE XXXXX5917 SILVER SPRINGS DINER | MECHANICSBU PA | Restaurants | $13.76 | | $1,087.56 |
| 9/4/2018 | POS PURCHASE POS001 1579969 GIANT 6464 | SPRINGFIELD PA | Groceries | $21.00 | | $1,101.32 |
| 9/4/2018 | DEBIT CARD PURCHASE XXXXX5917 OLD COUNTRY BUFFET 023 | HARRISBURG PA | Restaurants | $13.13 | | $1,122.32 |
| 9/4/2018 | DEBIT CARD PURCHASE XXXXX5917 WAL-MART #1886 | MECHANICSBU PA | Misc. ~ Household | $3.14 | | $1,135.45 |
| 9/4/2018 | ONLINE TRANSFER FROM XXXXX2689 | | Paychecks | | $1,000.00 | $1,138.59 |
| | | | **Montly Totals** | **$3,892.26** | **$4,192.68** | |

David Robert Thompson
In re Denise Pearl Thompson
      Debtor

Case No. 1:18-bk-00449-RNO
Reporting Period September 2018

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | $4692.68 | $5399.00 | $4692.68 |
| Less: Returns and Allowances | | $5399.00 | $4692.68 |
| Net Revenue | $4692.68 | $5399.00 | $4692.68 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | 5397.00 | 5397.00 |
| Other Expense (attach schedule) ✓ | (704.32) | (704.32) |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ (704.32) | $ (704.32) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re __David Robert Thompson__    Case No. __1:18-bk-00449-RNO__
          Debtor                  Reporting Period: __September 2018__
    __Denise Pearl Thompson__

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D
(04/07)

In re Davıd Robert Thompson _(Debtor)_    Case No. 1:18-bk-00449-RNO
Denise Pearl Thompson    **BALANCE SHEET**    Reporting Period September 2018

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re: David Robert Thompson
Denise Pearl Thompson

Case No. 1:18-bk-00449-RNO
Reporting Period: September 2018

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 (CONT'D)
(04/07)



In re David Robert Thompson
Denise Pearl Thompson
    Debtor

Case No. 1:18-bk-00449-RNO
Reporting Period September 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes   N/A
Attach photocopies of any tax returns filed during the reporting period

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)



In re David Robert Thompson
Denise Pearl Thompson
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. Personal Returns on Extension to be Filed 10/15/2018 | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)