```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                Case No. 18-00449-HWV
David Robert Thompson                                                 Chapter 11
Denise Pearl Thompson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach          Page 1 of 2          Date Rcvd: Nov 01, 2018
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
5096579       +Thomas O Williams Esquire PA,   on behalf of James Hegeman,   and Catherine Colm,
               2331 Market Street,   Camp Hill, PA 17011-4642
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5046266       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 19:29:36      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
               jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
              Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
               nwelch@mwn.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Donna   Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Gary J Imblum    on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
              Jeffrey C Clark    on behalf of Creditor Jesse   Esh jclark@wwwpalaw.com,   dwilliamson@wwwpalaw.com
              Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
              John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com
              Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com
              Karina   Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com

District/off: 0314-1        User: CKovach        Page 2 of 2        Date Rcvd: Nov 01, 2018
Form ID: pdf010        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Kathryn Leanne Mason on behalf of Creditor CL45 MW LOAN 1, LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
- Robert E Chernicoff on behalf of Creditor Linda S. Bales Living Trust rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
- Steven M Williams on behalf of Creditor Innovative Painting Systems, Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com
- Thomas O. Williams on behalf of Interested Party Catherine Colm TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com
- Thomas O. Williams on behalf of Interested Party James Hegeman TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com
- Tracy Lynn Updike on behalf of Creditor PA Central Federal Credit Union tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
- United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 25

Case 1:18-bk-00449-HWV    Doc 153    Filed 11/03/18    Entered 11/04/18 00:44:07    Desc
Imaged Certificate of Notice    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 1:18-bk-00449-HWV
    DAVID THOMPSON and :
    DENISE THOMPSON : Chapter 13
      Debtor :

**ORDER**

Upon consideration of the Fourth Stipulation to Extend Time to Contest Dischargeability of Claim, it is

**HEREBY ORDERED** that the Fourth Stipulation is approved. The time for The Linda S. Bales Living Trust to contest the dischargeability of a claim is hereby extended through to and including December 31, 2018.

Dated: October 31, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)