```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00449-HWV
David Robert Thompson                                           Chapter 11
Denise Pearl Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 2          Date Rcvd: Dec 21, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:13:22      Synchrony Bank,
          c/o PRA Receivables,   Management LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
               jametrano@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
              Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
               nwelch@mwn.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Gary J Imblum    on behalf of Debtor 2 Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
              Jeffrey C Clark    on behalf of Creditor Jesse Esh jclark@wwwpalaw.com,    dwilliamson@wwwpalaw.com
              Jeffrey L Troutman    on behalf of Defendant David Robert Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Defendant Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
              John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com
              Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joshua J Bovender   on behalf of Plaintiff   Carter Lumber Company, Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

      Karina Velter   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

      Kathryn Leanne Mason   on behalf of Creditor   CL45 MW LOAN 1, LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com

      Robert E Chernicoff   on behalf of Creditor   Linda S. Bales Living Trust rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

      Steven M Williams   on behalf of Creditor   Innovative Painting Systems, Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com

      Thomas O. Williams   on behalf of Interested Party Catherine   Colm TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com

      Thomas O. Williams   on behalf of Interested Party James   Hegeman TWilliams@ReagerAdlerPC.com, ASouders@ReagerAdlerPC.com

      Tracy Lynn Updike   on behalf of Creditor   PA Central Federal Credit Union tupdike@ssbc-law.com, ssollenberger@ssbc-law.com

      United States Trustee   ustpregion03.ha.ecf@usdoj.gov

      TOTAL: 28

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 1:18-bk-00449-HWV
    DAVID THOMPSON and :
    DENISE THOMPSON : Chapter 13
        Debtor :

**ORDER**

Upon consideration of the Fifth Stipulation to Extend Time to Contest Dischargeability of Claim, it is

**HEREBY ORDERED** that the Fifth Stipulation is approved. The time for The Linda S. Bales Living Trust to contest the dischargeability of a claim is hereby extended through to and including March 30, 2019.

Dated: December 21, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)

Case 1:18-bk-00449-HWV    Doc 162    Filed 12/23/18    Entered 12/24/18 00:43:43    Desc
Imaged Certificate of Notice    Page 3 of 3