**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 12, 2019

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: David & Denise Thompson
Chapter 11 Bankruptcy Case No. 1-18-00449

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

JAMES HEGEMAN CATHERINE COLM
13 WINDSWEPT WAY
CAMP HILL PA 17011-1013

The Creditor's <u>previous</u> address was as follows:

JAMES HEGEMAN CATHERINE COLM
4408 ROYAL OAK ROAD
CAMP HILL PA 17011-4144

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm