UNITED STATES BANKRUPTCY COURT

_Middle_ DISTRICT OF _Pennsylvania_

In re _David R. Thompson_
    _Denise P. Thompson_

Case No. _1:18 - bk - 00449 - RNO_
Reporting Period: _February 2019_

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements _thru 2/28/2019_ | | | | |
| Cash disbursements journals _thru 2/28/2019_ | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_David R. Thompson_
Signature of Debtor

Date _3/14/2019_

_Denise P. T..._
Signature of Joint Debtor

Date _3/14/2019_

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/97)

David R. Thompson

In re Denise P. Thompson
Debtor

Case No. 1:18-bk-00449-RNO

Reporting Period: February 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 213.65 | | 100.00 | 12,653 | 12,967.27 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | + interest | | | | |
| OTHER (ATTACH LIST) | | | | .80 | | | | |
| TRANSFERS (FROM DIP ACCTS) Savings | 2940.00 | | | | | | | |
| Paychecks | 1712.90 | | | | | | | |
| TOTAL RECEIPTS | 4652.92 | | -0- | .80 | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) See Attached ✓ | (4819.86) | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) Transfer Savings to Checking | | | | (2940.00) | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | (4819.86) | | | (2940.00) | | | | |
| NET CASH FLOW | (167.18) | | -0- | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | # 46.47 | | # 100.00 | # 9714.41 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ 4819.86 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 4819.86 |

FORM MOR-1
(04/07)

David R. Thompson

In re **Denise P. Thompson**
    Debtor

Case No. 1:18-bk-00449-RNO
Reporting Period: February 2019

### BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating # 50-1144-3392 | | Payroll | | Tax Savings # 50-1144-3387 | | Othr Savings # 50-1144-3379 | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | 46.47 | | | | 9714.41 | | 100.00 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | 46.47 | | | | 9714.41 | | 100.00 | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)

David R. Thompson
In re Denise P. Thompson
Debtor

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Embilim Law | | | David Denise Thompson | cashier | 1/30/18 | 5000.00 | | 5000.00 | |
| | | | | cash | 3/21/18 | 500.00 | | 5500.00 | |
| | | | | cash | 7/6/18 | 1000.00 | | 6500.00 | |
| | | | | cashiercheck | 8/14/18 | 2500.00 | | 9000.00 | |
| | | | | sellwood | 11/6/18 | 15,031.25 | | 24,031.25 | |
| | | | | cashier | 12/5/18 | 10,000.00 | | 34,031.25 | |

FORM MOR-1b
(04/07)



David R. Thompson

In re _Denise P. Thompson_
  Debtor

Case No. _1:18-bk-00449-RNO_
Reporting Period: _February 2019_

# STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ 1712.68 | $ > |
| Less: Returns and Allowances | | |
| Net Revenue | $ 1712.68 | $ 56,206.81 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) ✓ See Attached Acct. Activity | 4819.86 | 33,975.05 |
| Net Profit (Loss) Before Reorganization Items | ( 3107.18 ) | 22,231.76 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | -0- | 34,631.25 |
| U. S. Trustee Quarterly Fees | -0- | 5,200.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | 3292.00 |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

David R. Thompson

In re Denise P. Thompson

Debtor

Case No. 1:18-bk-00449-RNO

Reporting Period: February 2019

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D
(04/07)



In re David R. Thompson

Denise P. Thompson
_____
Debtor

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| | | |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| | | |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re

Debtor: David R. Thompson
Denise P. Thompson

Case No. 1:18-bk-00449-RNO
Reporting Period: February 2019

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)



In re David R. Thompson
Denise P. Thompson
_____
Debtor

Case No. 1:18-bk-00449-RNO
Reporting Period: February 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re David R. Thompson
    Denise P. Thompson
               Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

# Virtual Wallet Spend Statement

PNC Bank

 **PNC BANK**

Primary account number: -3352
Page 1 of 5
Number of enclosures: 0

For the period   01/16/2019  to  02/14/2019

DENISE P THOMPSON
DAVID R THOMPSON
1409 ENGLISH DR
MECHANICSBURG PA 17055-5686

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Watch Out for Text Scams

Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or
provide personal information. PNC will never ask you to click a link in a text message to provide personal or
account information. If you think you may have responded to a fraudulent text, immediately change your PNC
passwords, then contact us at 1-800-762-2035.

## Virtual Wallet Spend Account Summary

DENISE P THOMPSON
David R Thompson

Account number:                    1352

Overdraft Protection  Provided By:  XXXXXX3379
                                    XXXXXX3387

Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 253.47 | 5,552.68 | 4,888.01 | 918.14 |
| | | Average monthly balance | Charges and fees |
| | | 569.08 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 5 | 54 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 2 | 2 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 11 Deposits and Other
Additions totaling $5,552.68.

| Date | Amount | Description | |
|---|---|---|---|
| 01/16 | 250.00 | Online Transfer From | 2689 |
| 01/22 | 500.00 | Online Transfer From | 2689 |
| 01/22 | 500.00 | Online Transfer From | 2689 |
| 01/23 | 350.00 | Online Transfer From | 3387 |
| 01/28 | 200.00 | Online Transfer From | 3387 |

# Virtual Wallet Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: 3352 - continued

For the period   01/16/2019   to   02/14/2019
DENISE P THOMPSON
Primary account number:        -3352
Page 2 of 5

## Deposits and Other Additions        - continued

| Date | Amount | Description | |
|------|--------|-------------|---|
| 02/01 | 1,640.00 | Online Transfer From | ,3387 |
| 02/04 | 39.68 | Mobile Deposit Reference N | 2171 |
| 02/05 | 200.00 | Online Transfer From | 3387 |
| 02/07 | 200.00 | Online Transfer From | 3387 |
| 02/11 | 1,000.00 | Online Transfer From | 2689 |
| 02/12 | 673.00 | Online Transfer From | 2689 |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|--------------|--------|-----------|------------------|--------------|--------|-----------|------------------|
| 1328 | 1,335.00 | 02/05 | 085540564 | 7109 * | 25.00 | 02/14 | 074009462 |
| 7101 * | 17.24 | 01/22 | 085088465 | 7111 * | 40.00 | 02/14 | 074009465 |
| 7102 | 385.23 | 01/23 | 085735936 | | | | |

* Gap in check sequence

There were 5 checks listed totaling $1,802.47.

## Banking/Debit Card Withdrawals and Purchases

There were 2 Banking Machine withdrawals totaling $200.00.

There were 54 other Banking Machine/Debit Card deductions totaling $1,516.53.

| Date | Amount | Description |
|------|--------|-------------|
| 01/16 | 7.15 | 5917 Debit Card Purchase The Home Depot #4120 |
| 01/16 | 27.42 | 5917 Debit Card Purchase Silver Springs Diner |
| 01/17 | 7.08 | 5917 Debit Card Purchase Giant 6120 Mechanicsb |
| 01/17 | 1.97 | 5917 Debit Card Purchase Weis Markets 199 |
| 01/18 | 47.73 | 5917 Debit Card Purchase Aldi 71076  Camp Hill |
| 01/18 | 60.72 | 5917 Debit Card Purchase Wm Supercenter #1886 |
| 01/22 | 28.63 | 5917 Debit Card Purchase Wegmans #45 Mechanics |
| 01/22 | 23.64 | 5917 Debit Card Purchase Dollar-General #1449 |
| 01/22 | 10.91 | 5917 Debit Card Purchase Aldi 71076  Camp Hill |
| 01/22 | 100.00 | ATM Withdrawal 1415 S Market St Mechanicsbur PA |
| 01/22 | 24.56 | 5917 Debit Card Purchase Ollies Bargain Outlet |
| 01/23 | 15.36 | 6169 Debit Card Purchase Ulta #246 Mechanicsbu |
| 01/24 | 2.90 | 5917 Debit Card Purchase The Home Depot #4120 |
| 01/24 | 26.78 | 5917 Debit Card Purchase The Home Depot #4120 |
| 01/28 | 21.81 | 5917 Debit Card Purchase Silver Springs Diner |
| 01/28 | 68.49 | 6169 Debit Card Purchase Giant 6120 Mechanicsb |
| 01/28 | 25.00 | 5917 Debit Card Purchase CVS/Pharmacy #01639 |

# Virtual Wallet Spend Statement

For the period  01/16/2019  to  02/14/2019
DENISE P THOMPSON
Primary account number:      -3352
Page 3 of 5

📧 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account Number:      -3352 - continued

## Banking/Debit Card Withdrawals and Purchases      - continued

| Date | Amount | Description |
|------|--------|-------------|
| 01/28 | 5.29 | 6169 Debit Card Purchase McDonald's F7213 Gap |
| 01/28 | 16.43 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 01/28 | 38.25 | 5917 Debit Card Purchase Giant Fuel 6120 |
| 01/28 | 49.75 | 5917 Debit Card Purchase Sheetz Mechanicsbu PA |
| 01/29 | 15.00 | 5917 Debit Card Purchase Wegmans #45 Mechanics |
| 01/29 | 7.31 | 6169 Debit Card Purchase Giant 6464 Springfiel |
| 01/30 | 6.82 | 6169 Debit Card Purchase Sam & Sam Meats Chest |
| 01/31 | 16.92 | 6169 Debit Card Purchase Lidl #1203  Folsom PA |
| 02/04 | 106.00 | 6169 Debit Card Purchase Trindle Self Storage |
| 02/04 | 95.40 | 6169 Debit Card Purchase Trindle Self Storage |
| 02/04 | 25.23 | 5917 Debit Card Purchase Silver Springs Diner |
| 02/04 | 23.05 | 5917 Debit Card Purchase Aldi 71076  Camp Hill |
| 02/04 | 24.86 | 6169 Debit Card Purchase Giant 6120 Mechanicsb |
| 02/04 | 42.50 | 5917 Debit Card Purchase Sheetz Mechanicsbu PA |
| 02/05 | 8.35 | 5917 Debit Card Purchase McDonald's F6202 |
| 02/05 | 13.00 | 5917 Debit Card Purchase Aqua Duck Car Wash |
| 02/05 | 61.00 | 5917 Debit Card Purchase Sheetz Mechanicsbu PA |
| 02/06 | 18.15 | 6169 Debit Card Purchase Acme #3798 Broomall P |
| 02/06 | 20.00 | 6169 Debit Card Purchase Armenian Delight Inc |
| 02/07 | 9.34 | 6169 Debit Card Purchase Lidl #1203  Folsom PA |
| 02/08 | 3.68 | 6169 Debit Card Purchase Sam & Sam Meats Chest |
| 02/11 | 14.62 | 6169 Debit Card Purchase Lidl #1203  Folsom PA |
| 02/11 | 4.66 | 6169 Debit Card Purchase McDonald's F4297 Exto |
| 02/11 | 3.71 | 5917 Debit Card Purchase Weis Markets 199 |
| 02/11 | 12.07 | 5917 Debit Card Purchase Jo Jo's Pizza & Pasta |
| 02/11 | 37.86 | 6169 Debit Card Purchase Springfield Eastcoast |
| 02/11 | 19.60 | 5917 Debit Card Purchase CVS/Pharmacy #01636 |

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   01/16/2019   to   02/14/2019
DENISE P THOMPSON
Primary account number:          -3352
Page 4 of 5

Account Number:          3352 - continued

## Banking/Debit Card Withdrawals and Purchases          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 02/11 | 21.00 | 5917 Debit Card Purchase Wegmans #45 Mechanics |
| 02/11 | 37.63 | 5917 Debit Card Purchase Ulta #246 Mechanicsbu |
| 02/11 | 54.51 | 6169 Debit Card Purchase Avenue #703 Mechanics |
| 02/11 | 25.20 | 6169 Debit Card Purchase Dollar-General #1449 |
| 02/11 | 53.99 | 5917 Debit Card Purchase Olive Garden |
| 02/11 | 24.41 | 5917 Debit Card Purchase Wm Supercenter #1886 |
| 02/11 | 100.00 | ATM Withdrawal 1415 S Market St Mechanicsbur PA |
| 02/13 | 7.16 | 5917 Debit Card Purchase Giant 6120 Mechanicsb |
| 02/14 | 67.00 | 6169 Debit Card Purchase Gs Studio East Hair De |
| 02/14 | 8.24 | 5917 Debit Card Purchase Burger King #2080 |
| 02/14 | 104.00 | 5917 Debit Card Purchase Martin J Pastucka DDS |
| 02/14 | 14.39 | 5917 Debit Card Purchase McDonald's F6202 |

## Online and Electronic Banking Deductions

There were 13 Online or Electronic Banking Deductions totaling $1,369.01.

| Date | Amount | Description |
|------|--------|-------------|
| 01/16 | 141.72 | Direct Payment - Ins. Prem Primerica Life XXXXXX4662Y |
| 01/18 | 93.02 | Web Pmt Single - Online Pmt Ppl Electric Ckf054003194POS |
| 01/23 | 150.00 | Web Pmt Single - Payment Credit One Bank 0000315910410 |
| 01/23 | 150.00 | Web Pmt Single - Payment Credit One Bank 0000315910652 |
| 01/24 | 232.27 | Web Pmt Single - Online Pmt Comcast Ckf054003194POS |
| 01/28 | 14.42 | Direct Payment - Eriexpspay Erie Ins Group Qxxxxx0307 |
| 02/05 | 179.58 | Direct Payment - Achbillpay Sprintxxxxxx6111 XXXXX7118 |
| 02/07 | 124.41 | Direct Payment - Eriexpspay Erie Ins Group Qxxxxx5056 |
| 02/12 | 94.13 | Web Pmt Single - Online Pmt Ppl Electric Ckf054003194POS |
| 02/12 | 76.22 | Web Pmt Single - Online Pmt UPMC Health Plan Ckf054003194POS |
| 02/12 | 51.22 | Web Pmt Single - Online Pmt Erie Insurance Ckf054003194POS |
| 02/12 | 42.60 | Web Pmt Single - Online Pmt UGI Utilities Ckf054003194POS |

# Virtual Wallet Spend Statement

🖳 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number:    -3352 - continued

## Online and Electronic Banking Deductions    *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 02/12 | 19.42 | Web Pmt Single - Online Pmt |
| | | Waterwatch Corp Ckf054003194POS |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 01/16 | 327.18 | 01/24 | 299.14 | 02/01 | 1,853.65 | 02/08 | 203.78 |
| 01/17 | 318.13 | 01/28 | 259.70 | 02/04 | 1,576.29 | 02/11 | 794.52 |
| 01/18 | 116.66 | 01/29 | 237.39 | 02/05 | 179.36 | 02/12 | 1,183.93 |
| 01/22 | 911.68 | 01/30 | 230.57 | 02/06 | 141.21 | 02/13 | 1,176.77 |
| 01/23 | 561.09 | 01/31 | 213.65 | 02/07 | 207.46 | 02/14 | 918.14 |

# Virtual Wallet Reserve Statement
PNC Bank



Primary account number:   -3379
Page 1 of 1
Number of enclosures:   0

**For the period** 01/16/2019 to 02/14/2019

DENISE P THOMPSON
DAVID R THOMPSON
1409 ENGLISH DR
MECHANICSBURG PA 17055-5686

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Watch Out for Text Scams

Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## Virtual Wallet Reserve Account Summary
Account number:   -3379

DENISE P THOMPSON
David R Thompson

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 100.00 | .00 | .00 | 100.00 |
| | | Average monthly balance | Charges and fees |
| | | 100.00 | .00 |

# Virtual Wallet Reserve Statement

PNC Bank



Primary account number: -3379
Page 1 of 1
Number of enclosures: 0

**For the period** 01/16/2019 to 02/14/2019

DENISE P THOMPSON
DAVID R THOMPSON
1409 ENGLISH DR
MECHANICSBURG PA 17055-5686

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Watch Out for Text Scams

Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## Virtual Wallet Reserve Account Summary

Account number: 3379

DENISE P THOMPSON
David R Thompson

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 100.00 | .00 | .00 | 100.00 |
| | | Average monthly balance | Charges and fees |
| | | 100.00 | .00 |

# Virtual Wallet Growth Statement
PNC Bank



Primary account number:     3387
Page 1 of 2
Number of enclosures:     0

For the period   02/01/2019  to  02/28/2019

DENISE P THOMPSON
DAVID R THOMPSON
1409 ENGLISH DR
MECHANICSBURG PA 17055-5686

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or
provide personal information. PNC will never ask you to click a link in a text message to provide personal or
account information. If you think you may have responded to a fraudulent text, immediately change your PNC
passwords, then contact us at 1-800-762-2035.

## Virtual Wallet Growth Account Summary
Account number:     3387

DENISE P THOMPSON
David R Thompson

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 12,653.61 | .80 | 2,940.00 | 9,714.41 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 10,395.78 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.10% | 28 | 10,395.78 | .80 |

As of 02/28, a total of $1.92 in
interest was paid this year.

During the previous calendar month you had 58 qualifying credit and/or debit
transactions and under $500 in qualifying direct deposits in your linked Virtual Wallet
Spend.  You've earned the relationship rate for this statement period by meeting one of
the requirements.  For a detailed definition of qualifying transactions, see your Virtual
Wallet Features and Fees.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 02/28 | .80 | Interest Payment |

There was 1 Deposit or Other
Addition totaling $.80.

### Online and Electronic Banking Deductions

| Date | Amount | Description | |
|---|---|---|---|
| 02/01 | 1,640.00 | Online Transfer To | 3352 |
| 02/05 | 200.00 | Online Transfer To | 3352 |
| 02/07 | 200.00 | Online Transfer To | 3352 |

There were 5 Online or Electronic
Banking Deductions totaling
$2,940.00.

# Virtual Wallet Growth Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

For the period   02/01/2019   to   02/28/2019
DENISE P THOMPSON
Primary account number:          -3387
Page 2 of 2

Account Number:        3387  - continued

## Online and Electronic Banking Deductions          - continued

| Date | Amount | Description | |
|------|--------|-------------|------|
| 02/19 | 600.00 | Online Transfer To | 3352 |
| 02/22 | 300.00 | Online Transfer To | 3352 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 02/01 | 11,013.61 | 02/07 | 10,613.61 | 02/22 | 9,713.61 | 02/28 | 9,714.41 |
| 02/05 | 10,813.61 | 02/19 | 10,013.61 | | | | |

| Date | Description | Details | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 2/28/2019 | DEBIT CARD PURCHASE XXXXX5917 SHEETZ 00006387 CARLISLE PA | Honda Fuel | $15.00 | | $46.47 |
| 2/28/2019 | DEBIT CARD PURCHASE XXXXX5917 ALDI 71076 CAMP HILL PA | Groceries | $10.35 | | $61.47 |
| 2/26/2019 | CHECK 7114 085856824 | BELCO ~ Truck Payment | $385.23 | | $71.82 |
| 2/26/2019 | ACH DEBIT QXXXXX0307 ERIE INS GROUP ERIEXPSPAY | Insurance Expense | $14.42 | | $457.05 |
| 2/25/2019 | DEBIT CARD PURCHASE XXXXX5917 GIANT 6120 MECHANICSBU PA | Groceries | $11.65 | | $471.47 |
| 2/25/2019 | DEBIT CARD PURCHASE XXXXX6169 BURGER KING #5807 MECHANICSBUR PA | Restaurants | $4.01 | | $483.12 |
| 2/25/2019 | DEBIT CARD PURCHASE XXXXX5917 DOLLAR TREE MECHANICSBU PA | Misc. ~ Household Expense | $8.48 | | $487.13 |
| 2/25/2019 | DEBIT CARD PURCHASE XXXXX5917 GIANT 6120 MECHANICSBU PA | Groceries | $42.88 | | $495.61 |
| 2/25/2019 | DEBIT CARD PURCHASE XXXXX5917 ALDI 71076 CAMP HILL PA | Groceries | $34.32 | | $538.49 |
| 2/22/2019 | ACH WEBSINGLE XXXXX2617 CREDIT ONE BANK PAYMENT | Credit Card Payment | $25.00 | | $572.81 |
| 2/22/2019 | ACH WEBSINGLE XXXXX1481 CREDIT ONE BANK PAYMENT | Credit Card Payment | $216.16 | | $597.81 |
| 2/22/2019 | DEBIT CARD PURCHASE XXXXX6169 MRS MARTYS DELI BROOMALL PA | Groceries | $6.48 | | $813.97 |
| 2/22/2019 | ONLINE TRANSFER FROM XXXXX3387 | Transfer from Savings to Checking ~ 199 Beagle Club Proceeds | | $300.00 | $820.45 |
| 2/20/2019 | POS PURCHASE POS001 0289147 OLD NAVY US 64 SPRINGFIELD PA | Misc. ~ Clothing Expense | $5.00 | | $520.45 |
| 2/19/2019 | CHECK 7106 085564087 | Royers Flowers ~ Gifts | $27.28 | | $525.45 |
| 2/19/2019 | CHECK 7104 084778114 | PA Central FCU ~ Honda Payment | $246.00 | | $552.73 |
| 2/19/2019 | ACH DEBIT XXXXX6662Y PRIMERICA LIFE INS. PREM | Insurance Expense | $141.72 | | $798.73 |
| 2/19/2019 | POS PURCHASE POS37980010 1448648 ACME STORE BROOMALL PA | Groceries | $25.61 | | $940.45 |
| 2/19/2019 | DEBIT CARD PURCHASE XXXXX5917 TURKEY HILL #0240 Q69 MECHANICSBU PA | Dodge Fuel | $60.00 | | $966.06 |
| 2/19/2019 | DEBIT CARD PURCHASE XXXXX5917 CVS/PHARMACY #01639 MECHANICSBU PA | Perscriptions | $48.68 | | $1,026.06 |
| 2/19/2019 | DEBIT CARD PURCHASE XXXXX6169 LIDL #1203 FOLSOM PA | Groceries | $31.90 | | $1,074.74 |
| 2/19/2019 | DEBIT CARD PURCHASE XXXXX5917 AUTOZONE #1953 MCHANICSBUR PA | Misc. ~ Vehicle Expense/Dodge | $20.13 | | $1,106.64 |
| 2/19/2019 | DEBIT CARD PURCHASE XXXXX5917 JIFFY LUBE #420 MECHANICSBU PA | Misc. ~ Vehicle Expense/Dodge - Oil Change | $47.67 | | $1,126.77 |
| 2/19/2019 | DEBIT CARD PURCHASE XXXXX6169 ULTA #246 MECHANICSBU PA | Misc. ~ Personal Expense | $69.43 | | $1,174.44 |
| 2/19/2019 | ONLINE TRANSFER FROM XXXXX3387 | Transfer from Savings to Checking ~ 199 Beagle Club Proceeds | | $600.00 | $1,243.87 |
| 2/15/2019 | ATM WITHDRAWAL PNCPM1996 N0215 5917 1415 S MARKET ST MECHANICSBUR PA | ATM Withdrawl | $100.00 | | $643.87 |
| 2/15/2019 | ACH WEBSINGLE CKFXXXXX3194POS COMCAST ONLINE PMT | Cable, Phone, Internet & Security Expense ~ 1409 English Dr. | $92.17 | | $743.87 |
| 2/15/2019 | DEBIT CARD PURCHASE XXXXX6169 DOLLARTREE MECHANICSBU PA | Misc. ~ Household Expense | $3.18 | | $836.04 |
| 2/15/2019 | DEBIT CARD PURCHASE XXXXX5917 CVS/PHARMACY #01639 MECHANICSBU PA | Perscriptions | $4.17 | | $839.22 |
| 2/15/2019 | DEBIT CARD PURCHASE XXXXX6169 PETSMART # 0583 MECHANICSBU PA | Misc. ~ Pet Expense | $48.76 | | $843.39 |
| 2/15/2019 | DEBIT CARD PURCHASE XXXXX5917 PA DRIVER VEHICLE SE XXXXX5300 PA | Misc. ~ Vehicle Expense / Trailer Registration | $17.00 | | $892.15 |
| 2/15/2019 | DEBIT CARD PURCHASE XXXXX5917 MCDONALD'S F22804 MECHANICSBU PA | Restaurants | $8.99 | | $909.15 |
| 2/14/2019 | CHECK 7111 074009465 | Health Expense ~ Dave Blood Work CO Pay | $40.00 | | $918.14 |
| 2/14/2019 | CHECK 7109 074009462 | Health Expense ~ Dave Doctor Office Visit Co Pay | $25.00 | | $958.14 |
| 2/14/2019 | DEBIT CARD PURCHASE XXXXX5917 MCDONALD'S F6202 MECHANICSBU PA | Restaurants | $14.39 | | $983.14 |
| 2/14/2019 | DEBIT CARD PURCHASE XXXXX5917 MARTIN J PASTUCKA DDS MECHANICSBU PA | Dave 6 month Dental Visit | $104.00 | | $997.53 |
| 2/14/2019 | DEBIT CARD PURCHASE XXXXX5917 BURGER KING #2080 CARLISLE PA | Restaurants | $8.24 | | $1,101.53 |
| 2/13/2019 | DEBIT CARD PURCHASE XXXXX6169 GS STUDIO EAST HAIR DE CARLISLE PA | Misc. ~ Personal Expense | $67.00 | | $1,109.77 |
| 2/13/2019 | DEBIT CARD PURCHASE XXXXX5917 GIANT 6120 MECHANICSBU PA | Groceries | $7.16 | | $1,176.77 |
| 2/12/2019 | ACH WEBSINGLE CKFXXXXX3194POS WATERWATCH CORP ONLINE PMT | Water Bill ~ 1409 English Dr. | $19.42 | | $1,183.99 |
| 2/12/2019 | ACH WEBSINGLE CKFXXXXX3194POS UGI UTILITIES ONLINE PMT | Gas Bill ~ 1409 English Dr. | $42.60 | | $1,203.35 |
| 2/12/2019 | ACH WEBSINGLE CKFXXXXX3194POS ERIE INSURANCE ONLINE PMT | Renters Insurance ~ 1409 English Dr. | $51.22 | | $1,245.95 |
| 2/12/2019 | ACH WEBSINGLE CKFXXXXX3194POS UPMC HEALTH PLAN ONLINE PMT | Health Insurance Premium | $76.22 | | $1,297.17 |
| 2/12/2019 | ACH WEBSINGLE CKFXXXXX3194POS PPL ELECTRIC ONLINE PMT | Electric Bill ~ 1409 English Dr. | $94.13 | | $1,373.39 |
| 2/12/2019 | ONLINE TRANSFER FROM XXXXX2689 | Paychecks | | $673.00 | $1,467.52 |
| 2/11/2019 | ATM WITHDRAWAL PNCPM1996 N0210 5917 1415 S MARKET ST MECHANICSBUR PA | ATM Withdrawl | $100.00 | | $794.52 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 WM SUPERCENTER #1886 MECHANICSBU PA | Perscriptions | $24.41 | | $894.52 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 OLIVE GARDEN 00014712 MECHANICSBU PA | Restaurants | $53.99 | | $918.93 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX6169 DOLLAR-GENERAL #1449 MECHANICSBU PA | Misc. ~ Household Expense | $25.20 | | $972.92 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX6169 AVENUE #703 00007039 MECHANICSBU PA | Misc. ~ Personal Expense | $54.51 | | $998.12 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 ULTA #246 MECHANICSBU PA | Misc. ~ Personal Expense | $37.63 | | $1,052.63 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 WEGMANS 845 MECHANICSBU PA | Groceries | $21.00 | | $1,090.26 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 CVS/PHARMACY #01636 MECHANICSBU PA | Perscriptions | $19.60 | | $1,111.26 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX6169 SPRINGFIELD EASTCOAST SPRINGFIELD PA | Honda Fuel | $37.86 | | $1,130.95 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 JO JO'S PIZZA & PASTA MECHANICSBU PA | Restaurants | $12.07 | | $1,168.72 |
| 2/11/2019 | DEBIT CARD PURCHASE XXXXX5917 WEIS MARKETS 199 MECHANICSBU PA | Groceries | $3.71 | | $1,180.79 |

| Date | Description | Category | Amount 1 | Amount 2 | Balance |
|---|---|---|---|---|---|
| 2/11/2019 | DEBIT CARD PURCHASE  XXXXX6169 MCDONALD'S F4297    EXTON    PA | Restaurants | $4.66 | | $1,184.50 |
| 2/11/2019 | DEBIT CARD PURCHASE  XXXXX6169 LIDL #1203      FOLSOM    PA | Groceries | $14.62 | | $1,189.16 |
| 2/11/2019 | ONLINE TRANSFER FROM    XXXXX2689 | Paychecks | | $1,000.00 | $1,203.78 |
| 2/8/2019 | DEBIT CARD PURCHASE  XXXXX6169 SAM & SAM MEATS    CHESTER   PA | Groceries | $3.68 | | $203.78 |
| 2/7/2019 | ACH DEBIT    QXXXXXS056 ERIE INS GROUP  ERIEXPSPAY | Auto Insurance Expense | $124.41 | | $207.46 |
| 2/7/2019 | DEBIT CARD PURCHASE  XXXXX6169 LIDL #1203      FOLSOM    PA | Groceries | $9.34 | | $331.87 |
| 2/7/2019 | ONLINE TRANSFER FROM    XXXXX3387 | Transfer from Savings to Checking ~ 199 Beagle Club Proceeds | | $200.00 | $341.21 |
| 2/6/2019 | DEBIT CARD PURCHASE  XXXXX6169 ARMENIAN DELIGHT INC   BROOMALL  PA | Groceries | $20.00 | | $141.21 |
| 2/6/2019 | DEBIT CARD PURCHASE  XXXXX6169 ACME #3798      BROOMALL  PA | Groceries | $18.15 | | $161.21 |
| 2/5/2019 | CHECK      1328    085540564 | Grahm Hill Apartments ~ Rent | $1,335.00 | | $179.36 |
| 2/5/2019 | ACH DEBIT    XXXXX7118 SPRINTXXXXX6111 ACHBILLPAY | Cell Phone Bill | $179.58 | | $1,514.36 |
| 2/5/2019 | DEBIT CARD PURCHASE  XXXXX5917 SHEETZ    00002014    MECHANICSBU PA | Dodge Fuel | $61.00 | | $1,693.94 |
| 2/5/2019 | DEBIT CARD PURCHASE  XXXXX5917 AQUA DUCK CAR WASH    MECHANICSBU PA | Misc. ~ Vehicle Expense | $13.00 | | $1,754.94 |
| 2/5/2019 | DEBIT CARD PURCHASE  XXXXX5917 MCDONALD'S F6202    MECHANICSBU PA | Restaurants | $8.35 | | $1,767.94 |
| 2/5/2019 | ONLINE TRANSFER FROM    XXXXX3387 | Transfer from Savings to Checking ~ 199 Beagle Club Proceeds | | $200.00 | $1,776.29 |
| 2/4/2019 | DEBIT CARD PURCHASE  XXXXX5917 SHEETZ    00002014    MECHANICSBU PA | Honda Fuel | $42.50 | | $1,576.29 |
| 2/4/2019 | DEBIT CARD PURCHASE  XXXXX6169 GIANT 6120      MECHANICSBU PA | Groceries | $24.86 | | $1,618.79 |
| 2/4/2019 | DEBIT CARD PURCHASE  XXXXX5917 ALDI 71076      CAMP HILL  PA | Groceries | $23.05 | | $1,643.65 |
| 2/4/2019 | DEBIT CARD PURCHASE  XXXXX5917 SILVER SPRINGS DINER  MECHANICSBU PA | Restaurants | $25.23 | | $1,666.70 |
| 2/4/2019 | DEBIT CARD PURCHASE  XXXXX6169 TRINDLE SELF STORAGE    XXXXX0044 PA | Rent ~ Storage Unit from Move | $95.40 | | $1,691.93 |
| 2/4/2019 | DEBIT CARD PURCHASE  XXXXX6169 TRINDLE SELF STORAGE    XXXXX0044 PA | Rent ~ Storage Unit from Move | $106.00 | | $1,787.33 |
| 2/4/2019 | MOBILE DEPOSIT      XXXXX2171 | Cell Phone Bill Reimbursement from Others | | $39.68 | $1,893.33 |
| 2/1/2019 | ONLINE TRANSFER FROM    XXXXX3387 | Transfer from Savings to Checking ~ 199 Beagle Club Proceeds | | $1,640.00 | $1,853.65 |

|  | | | Totals | $4,819.86 | $4,652.68 | |
|---|---|---|---|---|---|---|
|  | | | | $167.18 | | |

| Date | Description | | Details | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|---|
| 2/28/2019 | INTEREST PAYMENT | | Interest Payment | | $0.80 | $9,714.41 |
| 2/22/2019 | ONLINE TRANSFER TO | XXXXX3352 | Transfer to Checking / Expenses | $300.00 | | $9,713.61 |
| 2/19/2019 | ONLINE TRANSFER TO | XXXXX3352 | Transfer to Checking / Expenses | $600.00 | | $10,013.61 |
| 2/7/2019 | ONLINE TRANSFER TO | XXXXX3352 | Transfer to Checking / Expenses | $200.00 | | $10,613.61 |
| 2/5/2019 | ONLINE TRANSFER TO | XXXXX3352 | Transfer to Checking / Expenses | $200.00 | | $10,813.61 |
| 2/1/2019 | ONLINE TRANSFER TO | XXXXX3352 | Transfer to Checking / Expenses | $1,640.00 | | $11,013.61 |

Total $2,940.00