IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 11 |
| --- | --- |
| DAVID ROBERT THOMPSON | |
| a/k/a DAVE ROBERT THOMPSON | Case No. 1:18-bk-00449-HWV |
| DENISE PEARL THOMPSON, | |
| Debtors in Possession | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

To the Clerk of the Bankruptcy Court:

Please enter my appearance as Counsel for the Debtors in the above-captioned matter.

Respectfully submitted,

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
CGA Law Firm, P.C.
135 North George St.
York, PA 17401
Telephone: (717) 848-4900

Please withdraw my appearance as Counsel for the Debtors in the above-captioned matter.

Respectfully submitted,

/s/Gary J. Imblum, Esquire
Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
Telephone: (717) 238-5250

{01625992/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   DAVID ROBERT THOMPSON<br>   a/k/a DAVE ROBERT THOMPSON<br>   DENISE PEARL THOMPSON,<br>         Debtors in Possession | Chapter 11<br><br>Case No. 1:18-bk-00449-HWV |

CERTIFICATE OF SERVICE

     I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Office of the U.S. Trustee

Donna M. Donaher, Esquire

Joseph P. Schalk, Esquire

Robert E. Chernicoff, Esquire

James W. Adelman, Esquire

Bruce J. Warshawsky, Esquire

Jeffrey C. Clark, Esquire

Joshua J. Bovender, Esquire

Karina Velter, Esquire

Thomas O. Williams, Esquire

Clayton W. Davidson, Esquire

John M. Hyams, Esquire

Kathryn M. Mason, Esquire

Tracy L. Updike, Esquire

                                         /s/Lawrence V. Young, Esquire
                                         Lawrence V. Young, Esquire
                                         CGA Law Firm, P.C.
                                         135 North George St.
                                         York, PA 17401
                                         717-848-4900

{01625992/1}