IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| DAVID ROBERT THOMPSON | : | |
| and | : | CASE NO. 1:18-bk-00449-HWV |
| DENISE PEARL THOMPSON | : | |
| | : | |
| DEBTORS-IN-POSSESSION | : | |

## CERTIFICATE OF CONCURRENCE

NOW COMES the United States Trustee ("UST"), through undersigned counsel, and files this Certificate of Concurrence noting the UST's express consent to the hearing on its Motion to Convert or Dismiss, filed to docket entry number 181, being held on June 4, 2019, which is outside of the time-frame provided in 11 U.S.C. § 1112(b)(3).

                                                                         Respectfully submitted,

                                                                         ANDREW R. VARA
                                                                         ACTING UNITED STATES TRUSTEE

                                                                         Anne K. Fiorenza
                                                                         Assistant United States Trustee

                                By:     /s/ D. Troy Sellars
                                                      D. Troy Sellars, Esq.
                                                      PA ID 210302
                                                      Office of the United States Trustee
                                                      228 Walnut Street, Suite 1190
                                                      Harrisburg, PA 17101
                                                      Tel. (717) 221-4515 / Fax (717) 221-4554
                                                      Email: D.Troy.Sellars@usdoj.gov

Dated: May 9, 2019