In re:
David Robert Thompson
Denise Pearl Thompson
       Debtors

Case No. 18-00449-HWV
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: TWilson      Page 1 of 5      Date Rcvd: May 09, 2019
                      Form ID: nthrgreq      Total Noticed: 162

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.

| | | |
|---|---|---|
| db/jdb | +David Robert Thompson, Denise Pearl Thompson, 1409 English Drive, Mechanicsburg, PA 17055-5686 | |
| intp | #+Catherine Colm, 4408 Royal Oak Road, Camp Hill, PA 17011-4144 | |
| cr | +Citibank, N.A., 6716 Grade Ln Blg 9 STE 910-PY DEPT, Louisville, KY 40213-3410 | |
| cr | +Dennis and Deborah Dickey, 241 Highland Terrance Way, Boiling Springs, PA 17007-9309 | |
| cr | +First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, Fourth Floor, Pittsburgh, PA 15212-5708 | |
| cr | +Home Designs Unlimited, LLC, c/o Markian R. Slobodian, Esq., 801 N. Second St., Harrisburg, PA 17102-3213 | |
| intp | #+James Hegeman, 4408 Royal Oak Road, Camp Hill, PA 17011-4144 | |
| cr | +PA Central Federal Credit Union, Schiffman, Sheridan & Brown, P.C., c/o Tracy L. Updike, Esquire, 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 | |
| cr | +Pennsy Supply Inc., c/o James W. Adelman, P.O. Box 2235, Bala Cynwy, PA 19004-6235 | |
| cr | +Precast Systems, LLC, Barley Snyder, LLP, 126 EAST KING ST, Lancaster, PA 17602-2893 | |
| 5019387 | +AQ Masonry, LLC, PO Box 801, Belleville, PA 17004-0801 | |
| 5038559 | +BARRY & KARI REEHER, 2 E. RED GOLD CIRCLE, CAMP HILL, PA 17011-1534 | |
| 5019388 | Bank Of America, NC4-105-03-14, PO Box 31785, Tampa, FL 33631-3785 | |
| 5019390 | +Blue Mountain Hardwood Flooring, 67 Blue Mountain Hardwood Flooring, 67 Blue Mountain Drive, Lewistown, PA 17044-7805 | |
| 5019391 | #+Brian & Heidi Murphy, 217 West Sprinville Road, Boiling Springs, PA 17007-9530 | |
| 5096653 | Bruce J Warshawsky Esquire, on behalf of Tradesman Bldg Grp LLC, 2320 North Second St, PO Box 60457, Harrisburg, PA 17106-0457 | |
| 5038560 | +CHRIS & AMY HAVERSTICK, 1 NORTHSIDE COURT, DILLSBURG, PA 17019-8724 | |
| 5038561 | +CHRISTINA L. HEISEY, TAX COLLECTOR, PO BOX 288, MCALLISTERVILLE, PA 17049-0288 | |
| 5103804 | +CL45 MW Loan 1 LLC, c/o MS 4 LLC, 3144 S Winton Rd, Rochester NY 14623-2932 | |
| 5019392 | +Caldwell & Kearns, 3631 North Front Street, Harrisburg, PA 17110-1500 | |
| 5044553 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 | |
| 5019393 | +Carter Lumber Company, Inc., 601 Talmadge Road, Kent, OH 44240-7331 | |
| 5030218 | Carter Lumber Company, Inc., c/o Joshua J. Bovender, Esquire, Thomas, Thomas & Hafer, LLP, P.O. Box 999, Harrisburg, PA 17108-0999 | |
| 5030219 | +Carter Lumber Company, Inc., c/o John M. Hyams, Esquire, Law Offices of John M. Hyams, 2023 N. Second Street, Ste 110A, Harrisburg, PA 17102-2151 | |
| 5019394 | +Citi Cards/Costco, PO Box 9001016, Louisville, KY 40290-1016 | |
| 5034429 | +Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 | |
| 5019395 | +Citicards CBNA, PO Box 790040, Saint Louis, MO 63179-0040 | |
| 5096673 | Clayton W Davidson Esquire, on behalf of Deere and Company, 100 Pine St, PO Box 1166, Harrisburg, PA 17108-1166 | |
| 5019396 | +Cocalico Poured Walls, 1066 East Pfeffer Hill Road, Stevens, PA 17578-9431 | |
| 5019397 | +Cumberland County Tax Claim Bureau, 1 Courthouse Square, Room 106, Carlisle, PA 17013-3339 | |
| 5038562 | +DAVID & COURTNEY DANILOWIC, 230 HIGHLAND TERRACE WAY, BOILING SPRINGS, PA 17007-9316 | |
| 5038563 | +DIANE K. BAIR, 4919-C JONESTOWN ROAD, HARRISBURG, PA 17109-1758 | |
| 5031324 | +DL Sanborn Concrete Construction Inc, H Wayne Norman Jr Esquire, 808 S Main Street, Bel Air, MD 21014-4112 | |
| 5019404 | +DL Sanborn Concrete Construction, I, 808 South Main Street, Bel Air, MD 21014-4112 | |
| 5019398 | +Daflure, 22 8th Street, New Cumberland, PA 17070-1678 | |
| 5019399 | +Dan Tam Stamped Concrete Works, 321 Whiskey Spring Road, Dillsburg, PA 17019-9001 | |
| 5019400 | +David D. Esch d/b/a, Town & Country Home Improvements, 451 Woodside Station Road, Millersburg, PA 17061-8067 | |
| 5026113 | +David F McClure Co, DBA Daflure Heating and Cooling, 22 8th Street, New Cumberland, PA 17070-1678 | |
| 5034202 | +David W. Park, Martson Law Office, 10 E. High St., Carlisle, PA 17013-3093 | |
| 5019401 | #+Dawood Engineering, Inc., 2020 Good Hope Road, Enola, PA 17025-1237 | |
| 5048430 | +Deere & Company, PO Box 6600, Johnston, IA 50131-6600 | |
| 5019402 | +Dennis & Deborah Dickey, 241 Highland Terrace Way, Boiling Springs, PA 17007-9309 | |
| 5019403 | +Dillsburg Area Authority, PO Box 370, 98 West Church Street, Dillsburg, PA 17019-1230 | |
| 5096580 | +Donna M Donaher Esquire, First National Bank of PA, 100 Federal St 4th Fl, Pittsburgh, PA 15212-5711 | |
| 5019405 | +Dynamic Painting Plus, 70 West Walnut Street, Dallastown, PA 17313-1012 | |
| 5019406 | +Eichelbergers, Inc., 107 Texaco Road, Mechanicsburg, PA 17050-2626 | |
| 5019407 | +Emery & Barr Construction, LLC, 148 East Park Street, Elizabethtown, PA 17022-2317 | |
| 5019408 | Esh Drywall, c/o Kerwin & Kerwin, LLP, 27 North Front Street, Harrisburg, PA 17101 | |
| 5019409 | +Etzweiler & Associates, Christian S. Daghir, Esquire, 105 North Front Street, Harrisburg, PA 17101-1436 | |
| 5038564 | +F & M TRUST, PO BOX 6010, CHAMBERSBURG, PA 17201-6010 | |
| 5019410 | +Fay Thompson, 1135 Lambs Gap Road, Mechanicsburg, PA 17050-1922 | |
| 5019412 | +First National Bank, 100 Federal Street, Fourth Floor, Pittsburgh, PA 15212-5711 | |
| 5024081 | +First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 | |
| 5019411 | +First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 | |
| 5019413 | +Five Star Driveway Svc., 7626 Anthony Highway, Waynesboro, PA 17268-8914 | |
| 5019414 | +Fuselier Business Negotiations & So, 637 Presidential Drive, Richardson, TX 75081-2928 | |
| 5019415 | +GARMAN CONCRETE CONSTRUCTION INC, 48 WILLIAM COURT, LOYSVILLE, PA 17047-9233 | |
| 5038565 | +GENE & TRACY HEYMAN, 242 HIGHLAND TERRACE WAY, BOILING SPRINGS, PA 17007-9316 | |

```
5019416    +Gordon Masonry, LLC,   7 Northview Dr,   Carlisle, PA 17013-9654
5019417    +Green Spring Builders,   2069 Pine Road,   Newville, PA 17241-9202
5019418    +H2, LLC,   PO Box 4215,   Lancaster, PA 17604-4215
5019419    +Haller Enterprises, Inc.,   PO Box 375,   212 Bucky Drive,   Lititz, PA 17543-7695
5019420    +Hightrim Carpentry,   2319 Magnolia Drive,   Harrisburg, PA 17104-1419
5019422    +Hoover Engineering Services, Inc.,   658 Gaumer Road, Suite 100,
            New Cumberland, PA 17070-2876
5038566    +ISAAC & JORDEN HAYES,   225 HIGHLAND TERRACE WAY,   BOILING SPRINGS, PA 17007-9309
5019423    +Innovative Painting Systems, Inc.,   552 Airport Road,   Loysville, PA 17047-9493
5019424    +J & C Electrical Services,   723 Appalachian Avenue,   Carlisle, PA 17013-9107
5019425    +J. L. Ruth Electric, Inc.,   22 East Locust Street,   Mechanicsburg, PA 17055-3838
5019432    +JNG Services, Inc.,   t/a CentraPro Painters - Central PA,   1051 Country Club Road,
            Camp Hill, PA 17011-1049
5038567    +JOHN & ANNE RUSSELL,   605 CEDAR HEIGHTS DRIVE,   MECHANICSBURG, PA 17055-6062
5019427    +Jackhammer Concrete,   924 West Trindle Road,   Mechanicsburg, PA 17055-4091
5019428     James Hegeman & Catherine Colm,   13 Windswept Way,   Camp Hill, PA 17011-1013
5096582    +Jeffrey C Clark Esquire,   on behalf of Jesse Esh,   dba Esh Drywall,   508 North Second Street,
            Harrisburg, PA 17101-1002
5019429    +Jeffrey C. Clark, Esquire,   508 North 2nd Street,   PO Box 845,   Harrisburg, PA 17108-0845
5029452     Jesse Esh dba Esh Drywall,   c/o Jeffrey C. Clark, Esquire,   Wix, Wenger & Weidner,
            PO Box 845,   Harrisburg, PA 17108-0845
5019431     Jim Wise,   Coldwell Banker Realty,   3915 Market Street,   Camp Hill, PA 17011-4227
5034203    +Joe Henry d/b/a J&C Electrical Services,   c/o Christopher E. Rice, Esquire,
            Martson Law Office,   10 E. High St.,   Carlisle, PA 17013-3093
5019433    +John Deere,   PO Box 4450,   Carol Stream, IL 60197-4450
5019434    +John Deere Financial,   PO Box 4450,   Carol Stream, IL 60197-4450
5048429    +John Deere Financial, f.s.b.,   PO Box 6600,   Johnston, IA 50131-6600
5019435    +John Ernest and Innovative,   Painting Systems, Inc.,   552 Airport Road,
            Loysville, PA 17047-9493
5019436    +John H. Myers & Sons, Inc.,   2200 Monroe Street,   York, PA 17404-5556
5096652    +John M Hyams Esquire,   on behalf of Carter Lumber Co Inc,   2023 N Second St Ste 110A,
            Harrisburg, PA 17102-2151
5038318    +Joseph P Schalk,   Barley Snyder LLP,   on behalf of Precast Systems LLC,   126 E King Street,
            Lancaster, PA 17602-2832
5035880     Joshua J. Bovender, Esquire,   on behalf of Carter Lumber Company,   P.O. Box 999,
            Harrisburg, PA 17108-0999
5103690    +Kathryn L. Mason Esquire,   JSDC Law Offices,   11 East Chocolate Ave, Suite 300,
            Hershey PA 17033-1320
5038568    +LINDA BALES,   TRUSTEE OF THE LINDA S. BALES LIVING EST,   14 PEYTON DRIVE,
            CARLISLE, PA 17015-8548
5019438    +Lancaster Poured Walls, Inc.,   2542 Horseshoe Road,   Lancaster, PA 17601-5926
5019439    #+Law Offices of Peter J. Russo, PC,   5006 East Trindle Road, Suite 203,
            Mechanicsburg, PA 17050-3651
5019440    +Lenker Plumbing Contractors, Inc.,   218 Station Road,   Grantville, PA 17028-9144
5047338    +Linda S. Bales Living Trust,   c/o Robert E. Chernicoff, Esquire,   2320 North Second Street,
            Harrisburg, PA 17110-1008
5046972    +Linda S. Bales Living Trust, Linda Bales, Trustee,   2320 N. 2nd Street,   Harrisburg,
            Harrisburg, PA 17110-1008
5038569    +MATTHEW & HEATHER TURNER,   702 SHEA LANE,   HARRISBURG, PA 17112-3573
5038570    +MICHAEL LANAGAN, TAX COLLECTOR,   230 SPORTING HILL ROAD,   MECHANICSBURG, PA 17050-3212
5019441    +Mailbox Man of MD, Inc.,   PO Box 465,   Westminster, MD 21158-0465
5019443    +Met Ed,   Post Office Box 3687,   Akron, OH 44309-3687
5019445    +Middle Department Inspection Agency,   3901 Hartzdale Drive, Suite 112,
            Camp Hill, PA 17011-7843
5019446    +Morris & Adelman, PC,   James W. Adelman, Esquire,   PO Box 2235,   Bala Cynwyd, PA 19004-6235
5019447    +Mountain Crest Homeowner's Associat,   PO Box 474,   Dillsburg, PA 17019-0474
5019448    +Nabil Dawood,   Keller Williams of Central PA,   2040 Good Hope Road,   Enola, PA 17025-1237
5021025     Nationstar Mortgage LLC d/b/a Mr. Cooper,   c/o Karina Velter Esquire,
            Manley, Deas & Kochalski, LLC,   PO Box 165028,   Columbus, Ohio 43216-5028
5019449    +Nationstar Mortgage, LLC,   a/k/a Mr. Cooper,   8950 Cypress Waters Boulevard,
            Coppell, TX 75019-4620
5019450    +Old Maids,   717 Market Street, Suite 267,   Lemoyne, PA 17043-1581
5027785    +PA Central Federal Credit Union,   c/o Tracy L. Updike, Esquire,
            Schiffman, Sheridan & Brown, P.C.,   2080 Linglestown Road, Suite 201,
            Harrisburg, PA 17110-9670
5047928    +PA Central Federal Credit Union,   c/o Michaelann Allegrini,   959 East Park Drive,
            Harrisburg, PA 17111-2894
5019386     PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
            Harrisburg, PA 17128-0431
5019452    +Parkview Homeowners Association,   1828 Good Hope Road, Suite 202,   Enola, PA 17025-1204
5020364    +Pennsy Supply, Inc.,   c/o James W. Adelman, Esq,   Morris & Adelman, P.C.,   P.O. Box 2235,
            Bala Cynwyd, PA 19004-6235
5020377    +Pennsy Supply, Inc.,   c/o James W. Adelman, P.C.,   Morris & Adelman, P.C.,   P.O. Box 2235,
            Bala Cynwyd, PA 19004-6235
5019453    #+Pennsy Supply, Inc.,   1001 Paxton Street,   Harrisburg, PA 17104-1697
5019454    +Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
5019455    +Pennsylvania Central Federal Credit,   959 East Park Drive,   Harrisburg, PA 17111-2894
5019457    +PeopleReady, Inc.,   1015 'A' Street,   Tacoma, WA 98402-5122
5019459    +Property Mangement, Inc.,   PO Box 622,   1300 Market Street,   Lemoyne, PA 17043-1420
5038572    +RON MYERS & ANGIE CALVERT,   13 VALLEY ROAD,   ETTERS, PA 17319-9562
```

```
5038573    +RWC CORPORATION,   5300 DERRY STREET,   HARRISBURG, PA 17111-3576
5019460    +Reed Concrete Work, LLC,   4411 Oregon Pike,   Ephrata, PA 17522-9584
5019461    +Rhoads & Sinon, LLP,   Amanda L. Lavis, Esquire,   PO Bos 1146,   Harrisburg, PA 17108-1146
5019462    +Ritner Steel,   131 Stover Drive,   Carlisle, PA 17015-9782
5096815     Robert E Chernicoff Esquire,   for Linda S Bales Living Trust,   2320 North Second St,
             PO Box 60457,   Harrisburg, PA 17106-0457
5046971    +Robert E. Chernicoff,   Cunningham, Chernicoff,,   Warshawsky, P.C.,   2320 N. 2nd Street,
             Harrisburg, PA 17110-1008
5019463    +S & T Bank,   PO Box 190,   800 Philadelphia Street,   Indiana, PA 15701-3908
5019464    +S. F. Pro Patining,   82 Linda Drive, Lot 30,   Mechanicsburg, PA 17050-1548
5038574    +SALZMANN HUGHES, PC,   354 ALEXANDER SPRING ROAD, SUITE 1,   CARLISLE, PA 17015-7451
5038575    +SMITHS IMPLEMENT, INC.,   1 ROADWAY DRIVE,   CARLISLE, PA 17015-8810
5038576    +STOCK & LEADER,   221 WEST PHILADELPHIA STREET,   SUITE 600,   YORK, PA 17401-2994
5038577    +SUSQ. CONF. OF UNITED METH. CHURCH,   238 HIGHLAND TERRACE WAY,
             BOILING SPRINGS, PA 17007-9316
5019465     Schouten Drywall, LLC,   112 North Cedar Street,   Lititz, PA 17543
5043926    +Smiths Implements Inc,   12258 Buchanan Trail West,   Mercersburg, PA 17236-9776
5096574    +Steven M Williams Esquire,   on behalf of Innovative Painting,   Systems Inc,
             240 North Third St 7th fl,   Harrisburg, PA 17101-1503
5019466    +Steven R. Snyder, Esquire,   635 Glenbrook Drive,   Harrisburg, PA 17110-4021
5019467    +Sunny Slope Construction,   3809 Old Philadelhpia Pike,   Gordonville, PA 17529-9741
5019468    +Swartz Supply Company, Inc.,   d/b/a Swartz Kitchens and Baths,   5550 Allentown Boulevard,
             Harrisburg, PA 17112-4037
5019472   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp,   PO Box 8026,   Cedar Rapids, IA 52408)
5096579    +Thomas O Williams Esquire PA,   on behalf of James Hegeman,   and Catherine Colm,
             2331 Market Street,   Camp Hill, PA 17011-4642
5019469    +Thomas, Thomas & Hafer, LLP,   Joshua J. Bovender, Esquire,   PO Box 999,
             Harrisburg, PA 17108-0999
5019470    +Tiger Trash,   PO Box 2444,   York, PA 17405-2444
5019471    +Touch of Color Flooring,   6303 Allentown Boulevard,   Harrisburg, PA 17112-3302
5115057     Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern  PA 19355-0701
5044098    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5096581    +Tracy L Updike Esquire,   on behalf of PA Central Fed CU,   2080 Linglestown Road Ste 201,
             Harrisburg, PA 17110-9670
5019473    +Tradesman Building Group, LLC,   4309 Linglestown Road, Suite 115,   Harrisburg, PA 17112-8607
5019475    +Wagner's Heating & Air Conditioning,   205 Greenbriar Road,   Elliottsburg, PA 17024-9047
5019476    +Walters & Galloway, PLLC,   David R. Galloway, Esquire,   54 East Main Street,
             Mechanicsburg, PA 17055-3851
5019477    +Walters Services, Inc.,   PO Box 340,   Grantville, PA 17028-0340
5019478    +Westbrook Excavating, Inc.,   822 Ridge Rd,   Carlisle, PA 17015-9276
5019480    +Winding Hill Window Cleaning Co.,   PO Box 694,   Mechanicsburg, PA 17055-0694
5019481    +Wolf Creek Construction, LLC,   4250 Conewago Road,   Dover, PA 17315-3236
5019482    +Yale Electric Supply Company,   2207 Paxton Street,   Harrisburg, PA 17111-1037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: jdflitigationanalyticsteam@johndeere.com May 09 2019 19:05:57   Deere & Company,
             6400 NW 86th Street,   Johnston, IA 50131-2945
5019389     E-mail/Text: rmcollections@belco.org May 09 2019 19:05:40   Belco Community Credit Union,
             449 Eisenhower Blvd #200,   Harrisburg, PA 17111
5019385     E-mail/Text: cio.bncmail@irs.gov May 09 2019 19:05:46   Internal Revenue Service,   POB 7346,
             Philadelphia, PA 19101-7346
5019437    +E-mail/Text: bncnotices@becket-lee.com May 09 2019 19:05:43   Kohls/Capital One,
             Kohls Credit,   PO Box 3043,   Milwaukee, WI 53201-3043
5019442    +E-mail/Text: unger@memberslst.org May 09 2019 19:06:02   Members First Federal Credit Union,
             5000 Louise Drive,   Mechanicsburg, PA 17055-4899
5019444    +E-mail/Text: bonnie.berkoski@midpennbank.com May 09 2019 19:06:03   Mid Penn Bank,
             349 Union Street,   Millersburg, PA 17061-1654
5019451    +E-mail/Text: bsmith@orrstown.com May 09 2019 19:05:48   Orrstown Bank,   Attn: Pat Garner,
             2695 Philadelphia Avenue,   Chambersburg, PA 17201-7908
5041173    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 19:09:03
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5043337     E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 19:05:50
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA 17128-0946
5019456    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 19:05:50
             Pennsylvania Department of Revenue,   PO Box 280946,   Harrisburg, PA 17128-0946
5038571    +E-mail/Text: twilliams@reageradlerpc.com May 09 2019 19:05:42   REAGER & ADLER, PC,
             2331 MARKET STREET,   CAMP HILL, PA 17011-4640
5046266    +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 19:09:26   Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
5019474     E-mail/Text: bkrcy@ugi.com May 09 2019 19:06:00   UGI,   PO Box 13009,   Reading, PA 19612
                                                                               TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CL45 MW LOAN 1, LLC,    c/o Kathryn L. Mason, Esq,   11 E. Chocolate Ave,   Suite 300,    HERSHEY
5103805       CL45 MW Loan 1 LLC,   c/o MS 4 LLC,   3144 S Winton Rd,   Rochester NY 14623,
              CL45 MW Loan 1 LLC,   c/o MS 4 LLC
5019426       J. L. Unruh,    Address removed per entry 101
5019430       Jesse Esh d/b/a Esh Drywall,   address removed as per entry 101
5019458       Precast Systems, LLC,   removed per number 101
smg*          Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
cr*          +Carter Lumber Company, Inc.,   601 Talmadge Road,   Kent, OH 44240-7331
cr*          +Innovative Painting Systems, Inc.,   552 Airport Road,   Loysville, PA 17047-9493
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*          +Tradesman Building Group, LLC,   4309 Linglestown Road, Suite 115,   Harrisburg, PA 17112-8607
5020378*     +Pennsy Supply, Inc.,   1001 Paxton Street,   Harrisburg PA 17104-1697
5019479*     +Westbrook Excavating,   822 Ridge Road,   Carlisle, PA 17015-9276
5019421      ##+Home Designs Unlimited, LLC,   PO Box 1005,   New Kingstown, PA 17072-1005
                                                                  TOTALS: 5, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
```
              Bruce J Warshawsky   on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
              dgrubb@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
              Clayton William Davidson   on behalf of Creditor   Deere & Company cdavidson@mwn.com,
              nwelch@mwn.com
              D. Troy Sellars   on behalf of Asst. U.S. Trustee   United States Trustee
              D.Troy.Sellars@usdoj.gov,  ustregion03.ha.ecf@usdoj.gov
              Donna Donaher   on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
              Gary J Imblum   on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
              gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
              ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
              .com
              Gary J Imblum   on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
              gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
              ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
              .com
              James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James W Adelman   on behalf of Creditor   Pennsy Supply Inc. mail@morrisadelman.com
              Jeffrey C Clark   on behalf of Creditor Jesse Esh jclark@wwwpalaw.com,  dwilliamson@wwwpalaw.com
              Jeffrey L Troutman   on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman   on behalf of Defendant David Robert Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman   on behalf of Defendant Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman   on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
              John Matthew Hyams   on behalf of Defendant   Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
              acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Joseph P Schalk   on behalf of Creditor   Precast Systems, LLC jschalk@barley.com,
              sromig@barley.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
             dshanaberger@tthlaw.com
          Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
             dshanaberger@tthlaw.com
          Joshua J Bovender    on behalf of Plaintiff    Carter Lumber Company, Inc. jbovender@tthlaw.com,
             dshanaberger@tthlaw.com
          Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
             amps@manleydeas.com
          Kathryn Leanne Mason    on behalf of Creditor    CL45 MW LOAN 1, LLC klm@jsdc.com,
             cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
          Lawrence V. Young    on behalf of Debtor 2 Denise Pearl Thompson lyoung@cgalaw.com,
             tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
             com
          Lawrence V. Young    on behalf of Debtor 1 David Robert Thompson lyoung@cgalaw.com,
             tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
             com
          Markian R Slobodian    on behalf of Creditor    Home Designs Unlimited, LLC law.ms@usa.net
          Robert E Chernicoff    on behalf of Creditor    Linda S. Bales Living Trust rec@cclawpc.com,
             jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven M Williams    on behalf of Creditor    Innovative Painting Systems, Inc.
             swilliams@cohenseglias.com,  azortman@cohenseglias.com
          Thomas O. Williams    on behalf of Interested Party Catherine  Colm TWilliams@ReagerAdlerPC.com,
             ASouders@ReagerAdlerPC.com
          Thomas O. Williams    on behalf of Interested Party James  Hegeman TWilliams@ReagerAdlerPC.com,
             ASouders@ReagerAdlerPC.com
          Tracy Lynn Updike    on behalf of Creditor    PA Central Federal Credit Union tupdike@ssbc-law.com,
             ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 29

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter: 11 |
| David Robert Thompson<br>aka Dave Robert Thompson | Case number: 1:18−bk−00449−HWV |
| **Debtor 1** | Document Number: 181 |
| Denise Pearl Thompson | Matter: Motion to Convert Ch. 11 Case to Ch. 7, or in the alternative, Dismiss Ch. 11 Case |
| **Debtor 2** | |

| Notice |
|---|

Notice is hereby given that:

This Bankruptcy Petition was filed on February 2, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building,**<br>**Bankruptcy Courtroom (3rd Floor),**<br>**Third & Walnut Streets, Harrisburg,**<br>**PA 17101** | **Date: 6/4/19**<br><br>**Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **May 30, 2019**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2019 |

nthrgreq(02/19)