**Brian & Heidi Murphy**
**217 Highland Terrace Way**
**Boiling Springs, PA 17007**

May 16, 2019

**VIA FIRST CLASS MAIL**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101-1737

Re:   Case number: 1:18-bk-00449-HWV

To Whom It May Concern:

Please accept this as notice to update our mailing address on file for the above referenced case so we continue to receive future notices. Our old address is as follows:

Brian & Heidi Murphy
217 W. Springville Road
Boiling Springs, PA 17007

Our new address is:

Brian & Heidi Murphy
217 Highland Terrace Way
Boiling Springs, PA 17007

If you have any questions, you may contact me at (717) 226-1214 or heidi@sridgemanagement.com. Thank you.

Very truly yours,

*Heidi Murphy*

Heidi Murphy