```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00449-HWV
David Robert Thompson                                               Chapter 7
Denise Pearl Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: CKovach             Page 1 of 2              Date Rcvd: Jun 04, 2019
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db/jdb          +David Robert Thompson,    Denise Pearl Thompson,    1409 English Drive,
                  Mechanicsburg, PA 17055-5686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
               dgrubb@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
              Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
               nwelch@mwn.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
              Jeffrey C Clark    on behalf of Creditor Jesse Esh jclark@wwwpalaw.com, dwilliamson@wwwpalaw.com
              Jeffrey L Troutman    on behalf of Defendant David Robert Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Defendant Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
              Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
              John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com
              Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com
              Joshua J Bovender    on behalf of Plaintiff    Carter Lumber Company, Inc. jbovender@tthlaw.com,
               dshanaberger@tthlaw.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Kathryn Leanne Mason    on behalf of Creditor    CL45 MW LOAN 1, LLC klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
              Lawrence V. Young    on behalf of Debtor 2 Denise Pearl Thompson lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Lawrence V. Young    on behalf of Debtor 1 David Robert Thompson lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com
          Markian R Slobodian    on behalf of Creditor   Home Designs Unlimited, LLC law.ms@usa.net
          Robert E Chernicoff    on behalf of Creditor   Linda S. Bales Living Trust rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven M Williams    on behalf of Creditor   Innovative Painting Systems, Inc.
           swilliams@cohenseglias.com,   azortman@cohenseglias.com
          Thomas O. Williams    on behalf of Interested Party Catherine   Colm TWilliams@ReagerAdlerPC.com,
           ASouders@ReagerAdlerPC.com
          Thomas O. Williams    on behalf of Interested Party James   Hegeman TWilliams@ReagerAdlerPC.com,
           ASouders@ReagerAdlerPC.com
          Tracy Lynn Updike    on behalf of Creditor   PA Central Federal Credit Union tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 29
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| DAVID ROBERT THOMPSON | : | |
| and | : | CASE NO. 1:18-bk-00449-HWV |
| DENISE PEARL THOMPSON | : | |
| | : | |
| DEBTORS-IN-POSSESSION | : | |

## ORDER

Upon consideration of the motion of the United States Trustee to convert the matter to a proceeding under Chapter 7 or, in the alternative, dismiss the instant case, and the record as a whole, it is hereby ORDERED:

1. The motion is GRANTED; and

2. The instant case is HEREBY CONVERTED to a proceeding under Chapter 7.

Dated: June 4, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)