```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 18-00449-HWV
David Robert Thompson                                                Chapter 7
Denise Pearl Thompson
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: CourtneyG          Page 1 of 5           Date Rcvd: Jun 24, 2019
                              Form ID: 309A            Total Noticed: 181

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb         +David Robert Thompson,   Denise Pearl Thompson,   1409 English Drive,
                 Mechanicsburg, PA 17055-5686
aty            +Bruce J Warshawsky,   Cunningham and Chernicoff, P.C.,   2320 North Second Street,
                 Harrisburg, PA 17110-1008
aty            +Clayton William Davidson,   McNees Wallace and Nurick LLC,   100 Pine Street,   PO Box 1166,
                 Harrisburg, PA 17108-1166
aty            +D. Troy Sellars,   Office of the United States Trustee,   228 Walnut St.,   Suite 1190,
                 Harrisburg, PA 17101-1722
aty          ++++DONNA DONAHER,   FIRST NATIONAL BANK,   1 N SHORE CTR STE 503,   PITTSBURGH PA 15212-5837
                 (address filed with court: Donna Donaher,   First National Bank,   One North Shore Center,
                 Pittsburgh, PA  15212)
aty             James W Adelman,   Morris and Adelman PC,   201 N. Presidential Blvd, S/100,   P.O. Box 2235,
                 Bala Cynwyd, PA  19004-6235
aty            +James Warmbrodt,   701 Market Street Suite 5000,   Philadephia, PA 19106-1541
aty            +Jeffrey C Clark,   Wix Wenger and Weidner,   508 N. 2nd  Street,   PO Box 845,
                 Harrisburg, PA 17108-0845
aty            +Joseph P Schalk,   Barley Snyder,   126 East King Street,   Lancaster, PA 17602-2893
aty             Joshua J Bovender,   Thomas Thomas & Hafer,   305 N. Front St,   P.O. Box 999,
                 Harrisburg, PA  17108-0999
aty             Karina Velter,   Manley Deas Kochalski LLC,   PO Box 165028,   Columbus, OH  43216-5028
aty            +Kathryn Leanne Mason,   JSDC Law Offices,   P.O. Box 650,   Hershey, PA 17033-0650
aty            +Markian R Slobodian,   801 North Second Street,   Harrisburg, PA 17102-3210
aty            +Robert E Chernicoff,   Cunningham and Chernicoff PC,   2320 North Second Street,
                 Harrisburg, PA 17110-1008
aty            +Steven M Williams,   Cohen Seglias Pallas Greenhall & Furman,   240 North Third Street,
                 7th Floor,   Harrisburg, PA 17101-1503
aty            +Tracy Lynn Updike,   Schiffman, Sheridan & Brown, PC,   2080 Linglestown Road Ste 201,
                 Harrisburg, PA 17110-9670
tr             +Leon P. Haller (Trustee),   Purcell, Krug and Haller,   1719 North Front Street,
                 Harrisburg, PA 17102-2392
intp          #+Catherine Colm,   4408 Royal Oak Road,   Camp Hill, PA 17011-4144
cr             +Citibank, N.A.,   6716 Grade Ln Blg 9 STE 910-PY DEPT,   Louisville, KY 40213-3410
cr             +Dennis and Deborah Dickey,   241 Highland Terrance Way,   Boiling Springs, PA 17007-9309
cr             +First National Bank of Pennsylvania,   c/o Donna M. Donaher,   100 Federal Street,
                 Fourth Floor,   Pittsburgh, PA 15212-5708
cr             +Home Designs Unlimited, LLC,   c/o Markian R. Slobodian, Esq.,   801 N. Second St.,
                 Harrisburg, PA 17102-3213
intp          #+James Hegeman,   4408 Royal Oak Road,   Camp Hill, PA 17011-4144
cr             +PA Central Federal Credit Union,   Schiffman, Sheridan & Brown, P.C.,
                 c/o Tracy L. Updike, Esquire,   2080 Linglestown Road, Suite 201,   Harrisburg, PA 17110-9670
cr             +Pennsy Supply Inc.,   c/o James W. Adelman,   P.O. Box 2235,   Bala Cynwy, PA 19004-6235
cr             +Precast Systems, LLC,   Barley Snyder, LLP,   126 EAST KING ST,   Lancaster, PA 17602-2893
5019387        +AQ Masonry, LLC,   PO Box 801,   Belleville, PA 17004-0801
5038559        +BARRY & KARI REEHER,   2 E. RED GOLD CIRCLE,   CAMP HILL, PA 17011-1534
5019390        +Blue Mountain Hardwood Flooring,   67 Blue Mountain Hardwood Flooring,   67 Blue Mountain Drive,
                 Lewistown, PA 17044-7805
5019391        +Brian & Heidi Murphy,   217 Highland Terrace Way,   Boiling Springs, PA 17007-9309
5096653         Bruce J Warshawsky Esquire,   on behalf of Tradesman Bldg Grp LLC,   2320 North Second St,
                 PO Box 60457,   Harrisburg, PA 17106-0457
5038560        +CHRIS & AMY HAVERSTICK,   1 NORTHSIDE COURT,   DILLSBURG, PA 17019-8724
5038561        +CHRISTINA L. HEISEY, TAX COLLECTOR,   PO BOX 288,   MCALLISTERVILLE, PA 17049-0288
5103804        +CL45 MW Loan 1 LLC,   c/o MS 4 LLC,   3144 S Winton Rd,   Rochester NY 14623-2932
5019392        +Caldwell & Kearns,   3631 North Front Street,   Harrisburg, PA 17110-1500
5030219        +Carter Lumber Company, Inc.,   c/o John M. Hyams, Esquire,   Law Offices of John M. Hyams,
                 2023 N. Second Street, Ste 110A,   Harrisburg, PA 17102-2151
5030218         Carter Lumber Company, Inc.,   c/o Joshua J. Bovender, Esquire,   Thomas, Thomas & Hafer, LLP,
                 P.O. Box 999,   Harrisburg, PA 17108-0999
5019393        +Carter Lumber Company, Inc.,   601 Talmadge Road,   Kent, OH 44240-7331
5019394        +Citi Cards/Costco,   PO Box 9001016,   Louisville, KY 40290-1016
5019395        +Citicards CBNA,   PO Box 790040,   Saint Louis, MO 63179-0040
5096673         Clayton W Davidson Esquire,   on behalf of Deere and Company,   100 Pine St,   PO Box 1166,
                 Harrisburg, PA 17108-1166
5019396        +Cocalico Poured Walls,   1066 East Pleffer Hill Road,   Stevens, PA 17578-9431
5019397        +Cumberland County Tax Claim Bureau,   1 Courthouse Square, Room 106,   Carlisle, PA 17013-3339
5038562        +DAVID & COURTNEY DANILOWIC,   230 HIGHLAND TERRACE WAY,   BOILING SPRINGS, PA 17007-9316
5038563        +DIANE K. BAIR,   4919-C JONESTOWN ROAD,   HARRISBURG, PA 17109-1758
5031324        +DL Sanborn Concrete Construction Inc,   H Wayne Norman Jr Esquire,   808 S Main Street,
                 Bel Air, MD 21014-4112
5019404        +DL Sanborn Concrete Construction, I,   808 South Main Street,   Bel Air, MD 21014-4112
5019398        +Daflure,   22 8th Street,   New Cumberland, PA 17070-1678
5019399        +Dan Tam Stamped Concrete Works,   321 Whiskey Spring Road,   Dillsburg, PA 17019-9001
5019400        +David D. Esch d/b/a,   Town & Country Home Improvements,   451 Woodside Station Road,
                 Millersburg, PA 17061-8067
```

```
5026113       +David F McClure Co,    DBA Daflure Heating and Cooling,    22 8th Street,
               New Cumberland, PA 17070-1678
5034202       +David W. Park,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5019401      #+Dawood Engineering, Inc.,    2020 Good Hope Road,    Enola, PA 17025-1237
5048430       +Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
5019402       +Dennis & Deborah Dickey,    241 Highland Terrace Way,    Boiling Springs, PA 17007-9309
5019403       +Dillsburg Area Authority,    PO Box 370,    98 West Church Street,    Dillsburg, PA 17019-1230
5096580       +Donna M Donaher Esquire,    First National Bank of PA,    100 Federal St 4th Fl,
               Pittsburgh, PA 15212-5711
5019405       +Dynamic Painting Plus,    70 West Walnut Street,    Dallastown, PA 17313-1012
5019406       +Eichelbergers, Inc.,    107 Texaco Road,    Mechanicsburg, PA 17050-2626
5019407       +Emery & Barr Construction, LLC,    148 East Park Street,    Elizabethtown, PA 17022-2317
5019408        Esh Drywall,    c/o Kerwin & Kerwin, LLP,    27 North Front Street,    Harrisburg, PA 17101
5019409       +Etzweiler & Associates,    Christian S. Daghir, Esquire,    105 North Front Street,
               Harrisburg, PA 17101-1436
5038564       +F & M TRUST,    PO BOX 6010,    CHAMBERSBURG, PA 17201-6010
5019410       +Fay Thompson,    1135 Lambs Gap Road,    Mechanicsburg, PA 17050-1922
5019412       +First National Bank,    100 Federal Street, Fourth Floor,    Pittsburgh, PA 15212-5711
5024081       +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street, 4th Floor,
               Pittsburgh, PA 15212-5708
5019411       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
5019413       +Five Star Driveway Svc.,    7626 Anthony Highway,    Waynesboro, PA 17268-8914
5019414       +Fuselier Business Negotiations & So,    637 Presidential Drive,    Richardson, TX 75081-2928
5019415       +GARMAN CONCRETE CONSTRUCTION INC,    48 WILLIAM COURT,    LOYSVILLE, PA 17047-9233
5038565       +GENE & TRACY HEYMAN,    242 HIGHLAND TERRACE WAY,    BOILING SPRINGS, PA 17007-9316
5019416       +Gordon Masonry, LLC,    7 Northview Dr,    Carlisle, PA 17013-9654
5019417       +Green Spring Builders,    2069 Pine Road,    Newville, PA 17241-9202
5019418       +H2, LLC,    PO Box 4215,    Lancaster, PA 17604-4215
5019419       +Haller Enterprises, Inc.,    PO Box 375,    212 Bucky Drive,    Lititz, PA 17543-7695
5019420       +Hightrim Carpentry,    2319 Magnolia Drive,    Harrisburg, PA 17104-1419
5019422       +Hoover Engineering Services, Inc.,    658 Gaumer Road, Suite 100,
               New Cumberland, PA 17070-2876
5038566       +ISAAC & JORDEN HAYES,    225 HIGHLAND TERRACE WAY,    BOILING SPRINGS, PA 17007-9309
5019423       +Innovative Painting Systems, Inc.,    552 Airport Road,    Loysville, PA 17047-9493
5019424       +J & C Electrical Services,    723 Appalachian Avenue,    Carlisle, PA 17013-9107
5019425       +J. L. Ruth Electric, Inc.,    22 East Locust Street,    Mechanicsburg, PA 17055-3838
5019432       +JNG Services, Inc.,    t/a CentraPro Painters - Central PA,    1051 Country Club Road,
               Camp Hill, PA 17011-1049
5038567       +JOHN & ANNE RUSSELL,    605 CEDAR HEIGHTS DRIVE,    MECHANICSBURG, PA 17055-6062
5019427       +Jackhammer Concrete,    924 West Trindle Road,    Mechanicsburg, PA 17055-4091
5019428        James Hegeman & Catherine Colm,    13 Windswept Way,    Camp Hill, PA 17011-1013
5096582       +Jeffrey C Clark Esquire,    on behalf of Jesse Esh,    dba Esh Drywall,    508 North Second Street,
               Harrisburg, PA 17101-1002
5019429       +Jeffrey C. Clark, Esquire,    508 North 2nd Street,    PO Box 845,    Harrisburg, PA 17108-0845
5029452        Jesse Esh dba Esh Drywall,    c/o Jeffrey C. Clark, Esquire,    Wix, Wenger & Weidner,
               PO Box 845,    Harrisburg, PA  17108-0845
5019431        Jim Wise,    Coldwell Banker Realty,    3915 Market Street,    Camp Hill, PA 17011-4227
5034203       +Joe Henry d/b/a J&C Electrical Services,    c/o Christopher E. Rice, Esquire,
               Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
5019433       +John Deere,    PO Box 4450,    Carol Stream, IL 60197-4450
5019434       +John Deere Financial,    PO Box 4450,    Carol Stream, IL 60197-4450
5048429       +John Deere Financial, f.s.b.,    PO Box 6600,    Johnston, IA 50131-6600
5019435       +John Ernest and Innovative,    Painting Systems, Inc.,    552 Airport Road,
               Loysville, PA 17047-9493
5019436       +John H. Myers & Sons, Inc.,    2200 Monroe Street,    York, PA 17404-5556
5096652       +John M Hyams Esquire,    on behalf of Carter Lumber Co Inc,    2023 N Second St Ste 110A,
               Harrisburg, PA 17102-2151
5038318       +Joseph P Schalk,    Barley Snyder LLP,    on behalf of Precast Systems LLC,    126 E King Street,
               Lancaster, PA 17602-2832
5035880        Joshua J. Bovender, Esquire,    on behalf of Carter Lumber Company,    P.O. Box 999,
               Harrisburg, PA 17108-0999
5103690       +Kathryn L. Mason Esquire,    JSDC Law Offices,    11 East Chocolate Ave, Suite 300,
               Hershey PA 17033-1320
5038568       +LINDA BALES,    TRUSTEE OF THE LINDA S. BALES LIVING EST,    14 PEYTON DRIVE,
               CARLISLE, PA 17015-8548
5019438       +Lancaster Poured Walls, Inc.,    2542 Horseshoe Road,    Lancaster, PA 17601-5926
5019439      #+Law Offices of Peter J. Russo, PC,    5006 East Trindle Road, Suite 203,
               Mechanicsburg, PA 17050-3651
5019440       +Lenker Plumbing Contractors, Inc.,    218 Station Road,    Grantville, PA 17028-9144
5047338       +Linda S. Bales Living Trust,    c/o Robert E. Chernicoff, Esquire,    2320 North Second Street,
               Harrisburg, PA 17110-1008
5046972        Linda S. Bales Living Trust, Linda Bales, Trustee,    2320 N. 2nd Street,    Harrisburg,
               Harrisburg, PA 17110-1008
5038569       +MATTHEW & HEATHER TURNER,    702 SHEA LANE,    HARRISBURG, PA 17112-3573
5038570       +MICHAEL LANAGAN, TAX COLLECTOR,    230 SPORTING HILL ROAD,    MECHANICSBURG, PA 17050-3212
5019441       +Mailbox Man of MD, Inc.,    PO Box 465,    Westminster, MD 21158-0465
5019443        Met Ed,    Post Office Box 3687,    Akron, OH 44309-3687
5019445       +Middle Department Inspection Agency,    3901 Hartzdale Drive, Suite 112,
               Camp Hill, PA 17011-7843
5019446       +Morris & Adelman, PC,    James W. Adelman, Esquire,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
```

```
5019447        +Mountain Crest Homeowner's Associat,    PO Box 474,    Dillsburg, PA 17019-0474
5019448        +Nabil Dawood,    Keller Williams of Central PA,    2040 Good Hope Road,    Enola, PA 17025-1237
5021025         Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Karina Velter Esquire,
                 Manley, Deas & Kochalski, LLC,    P.O. Box 165028,    Columbus, Ohio 43216-5028
5019449        +Nationstar Mortgage, LLC,    a/k/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
5019450        +Old Maids,    717 Market Street, Suite 267,    Lemoyne, PA 17043-1581
5027785        +PA Central Federal Credit Union,    c/o Tracy L. Updike, Esquire,
                 Schiffman, Sheridan & Brown, P.C.,    2080 Linglestown Road, Suite 201,
                 Harrisburg, PA 17110-9670
5047928        +PA Central Federal Credit Union,    c/o Michaelann Allegrini,    959 East Park Drive,
                 Harrisburg, PA 17111-2894
5019386         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
5019453       ++PENNSY SUPPLY INC,    ATTN BRAD VORES,    2400 THEA DR SUITE 3A,    HARRISBURG PA 17110-9436
               (address filed with court: Pennsy Supply, Inc.,      1001 Paxton Street,    Harrisburg, PA 17105)
5019452        +Parkview Homeowners Association,    1828 Good Hope Road, Suite 202,    Enola, PA 17025-1204
5020364        +Pennsy Supply, Inc.,    c/o James W. Adelman, Esq,    Morris & Adelman, P.C.,    P.O. Box 2235,
                 Bala Cynwyd, PA 19004-6235
5020377        +Pennsy Supply, Inc.,    c/o James W. Adelman, P.C.,    Morris & Adelman, P.C.,    P.O. Box 2235,
                 Bala Cynwyd, PA 19004-6235
5019454        +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
5019455        +Pennsylvania Central Federal Credit,    959 East Park Drive,    Harrisburg, PA 17111-2894
5019457        +PeopleReady, Inc.,    1015 'A' Street,    Tacoma, WA 98402-5122
5019459        +Property Mangement, Inc.,    PO Box 622,    1300 Market Street,    Lemoyne, PA 17043-1420
5038572        +RON MYERS & ANGIE CALVERT,    13 VALLEY ROAD,    ETTERS, PA 17319-9562
5038573        +RWC CORPORATION,    5300 DERRY STREET,    HARRISBURG, PA 17111-3576
5019460        +Reed Concrete Work, LLC,    4411 Oregon Pike,    Ephrata, PA 17522-9584
5019461        +Rhoads & Sinon, LLP,    Amanda L. Lavis, Esquire,    PO Bos 1146,    Harrisburg, PA 17108-1146
5019462        +Ritner Steel,    131 Stover Drive,    Carlisle, PA 17015-9782
5096815         Robert E Chernicoff Esquire,    for Linda S Bales Living Trust,    2320 North Second St,
                 PO Box 60457,    Harrisburg, PA 17106-0457
5046971        +Robert E. Chernicoff,    Cunningham, Chernicoff,,    Warshawsky, P.C.,    2320 N. 2nd Street,
                 Harrisburg, PA 17110-1008
5019463        +S & T Bank,    PO Box 190,    800 Philadelphia Street,    Indiana, PA 15701-3908
5019464        +S. F. Pro Patining,    82 Linda Drive, Lot 30,    Mechanicsburg, PA 17050-1548
5038574        +SALZMANN HUGHES, PC,    354 ALEXANDER SPRING ROAD, SUITE 1,    CARLISLE, PA 17015-7451
5038575        +SMITHS IMPLEMENT, INC.,    1 ROADWAY DRIVE,    CARLISLE, PA 17015-8810
5038576        +STOCK & LEADER,    221 WEST PHILADELPHIA STREET,    SUITE 600,    YORK, PA 17401-2994
5038577        +SUSQ. CONF. OF UNITED METH. CHURCH,    238 HIGHLAND TERRACE WAY,
                 BOILING SPRINGS, PA 17007-9316
5019465         Schouten Drywall, LLC,    112 North Cedar Street,    Lititz, PA 17543
5043926        +Smiths Implements Inc,    12258 Buchanan Trail West,    Mercersburg, PA 17236-9776
5096574        +Steven M Williams Esquire,    on behalf of Innovative Painting,    Systems Inc,
                 240 North Third St 7th fl,    Harrisburg, PA 17101-1503
5019466        +Steven R. Snyder, Esquire,    635 Glenbrook Drive,    Harrisburg, PA 17110-4021
5019467        +Sunny Slope Construction,    3809 Old Philadelphia Pike,    Gordonville, PA 17529-9741
5019468        +Swartz Supply Company, Inc.,    d/b/a Swartz Kitchens and Baths,    5550 Allentown Boulevard,
                 Harrisburg, PA 17112-4037
5096579        +Thomas O Williams Esquire PA,    on behalf of James Hegeman,    and Catherine Colm,
                 2331 Market Street,    Camp Hill, PA 17011-4642
5019469        +Thomas, Thomas & Hafer, LLP,    Joshua J. Bovender, Esquire,    PO Box 999,
                 Harrisburg, PA 17108-0999
5019470        +Tiger Trash,    PO Box 2444,    York, PA 17405-2444
5019471        +Touch of Color Flooring,    6303 Allentown Boulevard,    Harrisburg, PA 17112-3302
5044098        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5096581        +Tracy L Updike Esquire,    on behalf of PA Central Fed CU,    2080 Linglestown Road Ste 201,
                 Harrisburg, PA 17110-9670
5019473        +Tradesman Building Group, LLC,    4309 Linglestown Road, Suite 115,    Harrisburg, PA 17112-8607
5019475        +Wagner's Heating & Air Conditioning,    205 Greenbriar Road,    Elliottsburg, PA 17024-9047
5019476        +Walters & Galloway, PLLC,    David R. Galloway, Esquire,    54 East Main Street,
                 Mechanicsburg, PA 17055-3851
5019477        +Walters Services, Inc.,    PO Box 340,    Grantville, PA 17028-0340
5019478       #+Westbrook Excavating, Inc.,    822 Ridge Rd,    Carlisle, PA 17015-9276
5019480        +Winding Hill Window Cleaning Co.,    PO Box 694,    Mechanicsburg, PA 17055-0694
5019481        +Wolf Creek Construction, LLC,    4250 Conewago Road,    Dover, PA 17315-3236
5019482        +Yale Electric Supply Company,    2207 Paxton Street,    Harrisburg, PA 17111-1037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lyoung@cgalaw.com Jun 24 2019 19:22:00      Lawrence V. Young,    CGA Law Firm,
                 135 North George Street,    York, PA   17401
aty             E-mail/Text: twilliams@reageradlerpc.com Jun 24 2019 19:22:07      Thomas O. Williams,
                 Reager and Adler, PC,    2331 Market Street, Suite 7,    Camp Hill, PA  17011-4640
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 24 2019 19:22:16      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr             +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Jun 24 2019 19:22:20      Deere & Company,
                 6400 NW 86th Street,    Johnston, IA 50131-2945
5019389         E-mail/Text: rmcollections@belco.org Jun 24 2019 19:22:03      Belco Community Credit Union,
                 449 Eisenhower Blvd #200,    Harrisburg, PA 17111
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5019388        EDI: BANKAMER.COM Jun 24 2019 23:23:00      Bank Of America,    NC4-105-03-14,    PO Box 31785,
                 Tampa, FL 33631-3785
5044553        EDI: BL-BECKET.COM Jun 24 2019 23:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5034429       +EDI: CITICORP.COM Jun 24 2019 23:23:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
5019385        EDI: IRS.COM Jun 24 2019 23:23:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5019437       +E-mail/Text: bncnotices@becket-lee.com Jun 24 2019 19:22:08       Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
5019442       +E-mail/Text: unger@members1st.org Jun 24 2019 19:22:24       Members First Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5019444       +E-mail/Text: bonnie.berkoski@midpennbank.com Jun 24 2019 19:22:27        Mid Penn Bank,
                 349 Union Street,    Millersburg, PA 17061-1654
5019451       +E-mail/Text: bsmith@orrstown.com Jun 24 2019 19:22:12       Orrstown Bank,    Attn: Pat Garner,
                 2695 Philadelphia Avenue,    Chambersburg, PA 17201-7908
5041173       +EDI: PRA.COM Jun 24 2019 23:23:00      PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
5043337        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2019 19:22:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5019456       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2019 19:22:14
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
5038571       +E-mail/Text: twilliams@reageradlerpc.com Jun 24 2019 19:22:07        REAGER & ADLER, PC,
                 2331 MARKET STREET,    CAMP HILL, PA 17011-4640
5046266       +EDI: RMSC.COM Jun 24 2019 23:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
5019472        EDI: TFSR.COM Jun 24 2019 23:23:00      Toyota Motor Credit Corp,    PO Box 8026,
                 Cedar Rapids, IA 52408
5115057        EDI: BL-TOYOTA.COM Jun 24 2019 23:23:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
5019474        E-mail/Text: bkrcy@ugi.com Jun 24 2019 19:22:23      UGI,    PO Box 13009,    Reading, PA 19612
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Brian and Heidi Murphy
cr              CL45 MW LOAN 1, LLC,    c/o Kathryn L. Mason, Esq,    11 E. Chocolate Ave,    Suite 300,    HERSHEY
5103805         CL45 MW Loan 1 LLC,    c/o MS 4 LLC,    3144 S Winton Rd,    Rochester NY 14623,
                 CL45 MW Loan 1 LLC,    c/o MS 4 LLC
5019426         J. L. Unruh,    Address removed per entry 101
5019430         Jesse Esh d/b/a Esh Drywall,    address removed as per entry 101
5019458         Precast Systems, LLC,    removed per number 101
cr*            +Carter Lumber Company, Inc.,    601 Talmadge Road,    Kent, OH 44240-7331
cr*            +Innovative Painting Systems, Inc.,    552 Airport Road,    Loysville, PA 17047-9493
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Tradesman Building Group, LLC,    4309 Linglestown Road, Suite 115,    Harrisburg, PA 17112-8607
5020378*      ++PENNSY SUPPLY INC,    ATTN BRAD VORES,    2400 THEA DR SUITE 3A,    HARRISBURG PA 17110-9436
                (address filed with court: Pennsy Supply, Inc.,    1001 Paxton Street,    Harrisburg PA 17105)
5019479*       +Westbrook Excavating, Inc.,    822 Ridge Road,    Carlisle, PA 17015-9276
5019421       ##+Home Designs Unlimited, LLC,    PO Box 1005,    New Kingstown, PA 17072-1005
                                                                                   TOTALS: 6, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:

```
          Bruce J Warshawsky    on behalf of Creditor    Tradesman Building Group, LLC bjw@cclawpc.com,
           dgrubb@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com
          Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
           nwelch@mwn.com
          D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
           D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
          Gary J Imblum    on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          Gary J Imblum    on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James W Adelman    on behalf of Creditor    Pennsy Supply Inc. mail@morrisadelman.com
          Jeffrey C Clark    on behalf of Creditor Jesse Esh jclark@wwwpalaw.com, dwilliamson@wwwpalaw.com
          Jeffrey L Troutman    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com
          Jeffrey L Troutman    on behalf of Defendant David Robert Thompson jeff.troutman@imblumlaw.com
          Jeffrey L Troutman    on behalf of Defendant Denise Pearl Thompson jeff.troutman@imblumlaw.com
          Jeffrey L Troutman    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com
          John Matthew Hyams    on behalf of Defendant    Carter Lumber Company, Inc. jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com
          Joseph P Schalk    on behalf of Creditor    Precast Systems, LLC jschalk@barley.com,
           sromig@barley.com
          Joshua J Bovender    on behalf of Creditor    Carter Lumber Company, Inc. jbovender@tthlaw.com,
           dshanaberger@tthlaw.com
          Joshua J Bovender    on behalf of Defendant    Carter Lumber Company, Inc. jbovender@tthlaw.com,
           dshanaberger@tthlaw.com
          Joshua J Bovender    on behalf of Plaintiff    Carter Lumber Company, Inc. jbovender@tthlaw.com,
           dshanaberger@tthlaw.com
          Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          Kathryn Leanne Mason    on behalf of Creditor    CL45 MW LOAN 1, LLC klm@jsdc.com,
           cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
          Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
          Lawrence V. Young    on behalf of Debtor 2 Denise Pearl Thompson lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com
          Lawrence V. Young    on behalf of Debtor 1 David Robert Thompson lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com
          Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Markian R Slobodian    on behalf of Creditor    Home Designs Unlimited, LLC law.ms@usa.net
          Robert E Chernicoff    on behalf of Creditor    Linda S. Bales Living Trust rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven M Williams    on behalf of Creditor    Innovative Painting Systems, Inc.
           swilliams@cohenseglias.com, azortman@cohenseglias.com
          Thomas O. Williams    on behalf of Interested Party Catherine Colm TWilliams@ReagerAdlerPC.com,
           ASouders@ReagerAdlerPC.com
          Thomas O. Williams    on behalf of Interested Party James Hegeman TWilliams@ReagerAdlerPC.com,
           ASouders@ReagerAdlerPC.com
          Tracy Lynn Updike    on behalf of Creditor    PA Central Federal Credit Union tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 31
```

| | | | | |
|---|---|---|---|---|
| **Information to identify the case:** | | | | |
| Debtor 1 | **David Robert Thompson** | | Social Security number or ITIN | xxx–xx–9483 |
| | First Name Middle Name Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Denise Pearl Thompson** | | Social Security number or ITIN | xxx–xx–7531 |
| | First Name Middle Name Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed in chapter **13** | 2/2/18 |
| Case number: | **1:18–bk–00449–HWV** | | Date case converted to chapter **7** | 6/4/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | David Robert Thompson | | Denise Pearl Thompson |
| 2. | **All other names used in the last 8 years** | aka Dave Robert Thompson | | |
| 3. | **Address** | 1409 English Drive<br>Mechanicsburg, PA 17055 | | 1409 English Drive<br>Mechanicsburg, PA 17055 |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence V. Young<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | | Contact phone 717 848–4900<br><br>Email: lyoung@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | | Contact phone 717 234–4178<br><br>Email: lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 6/24/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | Location:<br><br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/28/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                           page **2**