| | |
|---|---|
| In re: | Case No. 18-00449-HWV |
| David Robert Thompson | Chapter 7 |
| Denise Pearl Thompson | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 6 |
| Date Rcvd: Dec 22, 2020 | Form ID: 318 | Total Noticed: 158 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Robert Thompson, Denise Pearl Thompson, 1409 English Drive, Mechanicsburg, PA 17055-5686 |
| cr | + | Dennis and Deborah Dickey, 241 Highland Terrance Way, Boiling Springs, PA 17007-9309 |
| cr | + | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, Fourth Floor, Pittsburgh, PA 15212-5708 |
| cr | + | Home Designs Unlimited, LLC, c/o Markian R. Slobodian, Esq., 801 N. Second St., Harrisburg, PA 17102-3213 |
| cr | + | PA Central Federal Credit Union, Schiffman, Sheridan & Brown, P.C., c/o Tracy L. Updike, Esquire, 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| cr | + | Pennsy Supply Inc., c/o James W. Adelman, P.O. Box 2235, Bala Cynwy, PA 19004-6235 |
| cr | + | Precast Systems, LLC, Barley Snyder, LLP, 126 EAST KING ST, Lancaster, PA 17602-2893 |
| 5019387 | + | AQ Masonry, LLC, PO Box 801, Belleville, PA 17004-0801 |
| 5038559 | + | BARRY & KARI REEHER, 2 E. RED GOLD CIRCLE, CAMP HILL, PA 17011-1534 |
| 5019390 | + | Blue Mountain Hardwood Flooring, 67 Blue Mountain Hardwood Flooring, 67 Blue Mountain Drive, Lewistown, PA 17044-7805 |
| 5019391 | + | Brian & Heidi Murphy, 217 Highland Terrace Way, Boiling Springs, PA 17007-9309 |
| 5096653 | | Bruce J Warshawsky Esquire, on behalf of Tradesman Bldg Grp LLC, 2320 North Second St, PO Box 60457, Harrisburg, PA 17106-0457 |
| 5038560 | + | CHRIS & AMY HAVERSTICK, 1 NORTHSIDE COURT, DILLSBURG, PA 17019-8724 |
| 5038561 | + | CHRISTINA L. HEISEY, TAX COLLECTOR, PO BOX 288, MCALLISTERVILLE, PA 17049-0288 |
| 5103804 | + | CL45 MW Loan 1 LLC, c/o MS 4 LLC, 3144 S Winton Rd, Rochester NY 14623-2981 |
| 5019392 | + | Caldwell & Kearns, 3631 North Front Street, Harrisburg, PA 17110-1500 |
| 5019393 | + | Carter Lumber Company, Inc., 601 Talmadge Road, Kent, OH 44240-7331 |
| 5030219 | + | Carter Lumber Company, Inc., c/o John M. Hyams, Esquire, Law Offices of John M. Hyams, 2023 N. Second Street, Ste 110A, Harrisburg, PA 17102-2151 |
| 5030218 | | Carter Lumber Company, Inc., c/o Joshua J. Bovender, Esquire, Thomas, Thomas & Hafer, LLP, P.O. Box 999, Harrisburg, PA 17108-0999 |
| 5096673 | | Clayton W Davidson Esquire, on behalf of Deere and Company, 100 Pine St, PO Box 1166, Harrisburg, PA 17108-1166 |
| 5019396 | + | Cocalico Poured Walls, 1066 East Pleffer Hill Road, Stevens, PA 17578-9431 |
| 5019397 | + | Cumberland County Tax Claim Bureau, 1 Courthouse Square, Room 106, Carlisle, PA 17013-3339 |
| 5038562 | + | DAVID & COURTNEY DANILOWIC, 230 HIGHLAND TERRACE WAY, BOILING SPRINGS, PA 17007-9316 |
| 5038563 | + | DIANE K. BAIR, 4919-C JONESTOWN ROAD, HARRISBURG, PA 17109-1758 |
| 5031324 | + | DL Sanborn Concrete Construction Inc, H Wayne Norman Jr Esquire, 808 S Main Street, Bel Air, MD 21014-4112 |
| 5019404 | + | DL Sanborn Concrete Construction, I, 808 South Main Street, Bel Air, MD 21014-4112 |
| 5019398 | + | Daflure, 22 8th Street, New Cumberland, PA 17070-1678 |
| 5019399 | + | Dan Tam Stamped Concrete Works, 321 Whiskey Spring Road, Dillsburg, PA 17019-9001 |
| 5019400 | + | David D. Esch d/b/a, Town & Country Home Improvements, 451 Woodside Station Road, Millersburg, PA 17061-8067 |
| 5026113 | + | David F McClure Co, DBA Daflure Heating and Cooling, 22 8th Street, New Cumberland, PA 17070-1678 |
| 5034202 | + | David W. Park, Martson Law Office, 10 E. High St., Carlisle, PA 17013-3093 |
| 5019402 | + | Dennis & Deborah Dickey, 241 Highland Terrace Way, Boiling Springs, PA 17007-9309 |
| 5019403 | + | Dillsburg Area Authority, PO Box 370, 98 West Church Street, Dillsburg, PA 17019-1230 |
| 5096580 | + | Donna M Donaher Esquire, First National Bank of PA, 100 Federal St 4th Fl, Pittsburgh, PA 15212-5711 |
| 5019405 | + | Dynamic Painting Plus, 70 West Walnut Street, Dallastown, PA 17313-1012 |
| 5019406 | + | Eichelbergers, Inc., 107 Texaco Road, Mechanicsburg, PA 17050-2626 |
| 5019407 | + | Emery & Barr Construction, LLC, 148 East Park Street, Elizabethtown, PA 17022-2317 |

| | | |
|---|---|---|
| 5019408 | | Esh Drywall, c/o Kerwin & Kerwin, LLP, 27 North Front Street, Harrisburg, PA 17101 |
| 5019409 | + | Etzweiler & Associates, Christian S. Daghir, Esquire, 105 North Front Street, Harrisburg, PA 17101-1436 |
| 5038564 | + | F & M TRUST, PO BOX 6010, CHAMBERSBURG, PA 17201-6010 |
| 5019410 | + | Fay Thompson, 1135 Lambs Gap Road, Mechanicsburg, PA 17050-1922 |
| 5019412 | + | First National Bank, 100 Federal Street, Fourth Floor, Pittsburgh, PA 15212-5711 |
| 5024081 | + | First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 5019411 | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5019413 | + | Five Star Driveway Svc., 7626 Anthony Highway, Waynesboro, PA 17268-8914 |
| 5019414 | + | Fuselier Business Negotiations & So, 637 Presidential Drive, Richardson, TX 75081-2928 |
| 5019415 | + | GARMAN CONCRETE CONSTRUCTION INC, 48 WILLIAM COURT, LOYSVILLE, PA 17047-9233 |
| 5038565 | + | GENE & TRACY HEYMAN, 242 HIGHLAND TERRACE WAY, BOILING SPRINGS, PA 17007-9316 |
| 5019416 | + | Gordon Masonry, LLC, 7 Northview Dr, Carlisle, PA 17013-9654 |
| 5019417 | + | Green Spring Builders, 2069 Pine Road, Newville, PA 17241-9202 |
| 5019418 | + | H2, LLC, PO Box 4215, Lancaster, PA 17604-4215 |
| 5019419 | + | Haller Enterprises, Inc., PO Box 375, 212 Bucky Drive, Lititz, PA 17543-7695 |
| 5019420 | + | Hightrim Carpentry, 2319 Magnolia Drive, Harrisburg, PA 17104-1419 |
| 5019422 | + | Hoover Engineering Services, Inc., 658 Gaumer Road, Suite 100, New Cumberland, PA 17070-2875 |
| 5038566 | + | ISAAC & JORDEN HAYES, 225 HIGHLAND TERRACE WAY, BOILING SPRINGS, PA 17007-9309 |
| 5019423 | + | Innovative Painting Systems, Inc., 552 Airport Road, Loysville, PA 17047-9493 |
| 5019424 | + | J & C Electrical Services, 723 Appalachian Avenue, Carlisle, PA 17013-9107 |
| 5019425 | + | J. L. Ruth Electric, Inc., 22 East Locust Street, Mechanicsburg, PA 17055-3838 |
| 5019432 | + | JNG Services, Inc., t/a CentraPro Painters - Central PA, 1051 Country Club Road, Camp Hill, PA 17011-1049 |
| 5038567 | + | JOHN & ANNE RUSSELL, 605 CEDAR HEIGHTS DRIVE, MECHANICSBURG, PA 17055-6062 |
| 5019427 | + | Jackhammer Concrete, 924 West Trindle Road, Mechanicsburg, PA 17055-4091 |
| 5019428 | | James Hegeman & Catherine Colm, 13 Windswept Way, Camp Hill, PA 17011-1013 |
| 5096582 | + | Jeffrey C Clark Esquire, on behalf of Jesse Esh, dba Esh Drywall, 508 North Second Street, Harrisburg, PA 17101-1002 |
| 5019429 | + | Jeffrey C. Clark, Esquire, 508 North 2nd Street, PO Box 845, Harrisburg, PA 17108-0845 |
| 5029452 | | Jesse Esh dba Esh Drywall, c/o Jeffrey C. Clark, Esquire, Wix, Wenger & Weidner, PO Box 845, Harrisburg, PA 17108-0845 |
| 5019431 | | Jim Wise, Coldwell Banker Realty, 3915 Market Street, Camp Hill, PA 17011-4227 |
| 5034203 | + | Joe Henry d/b/a J&C Electrical Services, c/o Christopher E. Rice, Esquire, Martson Law Office, 10 E. High St., Carlisle, PA 17013-3093 |
| 5019433 | + | John Deere, PO Box 4450, Carol Stream, IL 60197-4450 |
| 5019434 | + | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 5019435 | + | John Ernest and Innovative, Painting Systems, Inc., 552 Airport Road, Loysville, PA 17047-9493 |
| 5019436 | + | John H. Myers & Sons, Inc., 2200 Monroe Street, York, PA 17404-5556 |
| 5096652 | + | John M Hyams Esquire, on behalf of Carter Lumber Co Inc, 2023 N Second St Ste 110A, Harrisburg, PA 17102-2151 |
| 5038318 | + | Joseph P Schalk, Barley Snyder LLP, on behalf of Precast Systems LLC, 126 E King Street, Lancaster, PA 17602-2832 |
| 5035880 | | Joshua J. Bovender, Esquire, on behalf of Carter Lumber Company, P.O. Box 999, Harrisburg, PA 17108-0999 |
| 5103690 | + | Kathryn L. Mason Esquire, JSDC Law Offices, 11 East Chocolate Ave, Suite 300, Hershey PA 17033-1320 |
| 5038568 | + | LINDA BALES, TRUSTEE OF THE LINDA S. BALES LIVING EST, 14 PEYTON DRIVE, CARLISLE, PA 17015-8548 |
| 5019438 | + | Lancaster Poured Walls, Inc., 2542 Horseshoe Road, Lancaster, PA 17601-5926 |
| 5019440 | + | Lenker Plumbing Contractors, Inc., 218 Station Road, Grantville, PA 17028-9144 |
| 5047338 | + | Linda S. Bales Living Trust, c/o Robert E. Chernicoff, Esquire, 2320 North Second Street, Harrisburg, PA 17110-1008 |
| 5046972 | + | Linda S. Bales Living Trust, Linda Bales, Trustee, 2320 N. 2nd Street, Harrisburg, Harrisburg, PA 17110-1008 |
| 5038569 | + | MATTHEW & HEATHER TURNER, 702 SHEA LANE, HARRISBURG, PA 17112-3573 |
| 5038570 | + | MICHAEL LANAGAN, TAX COLLECTOR, 230 SPORTING HILL ROAD, MECHANICSBURG, PA 17050-3212 |
| 5019445 | ++ | MIDDLE DEPARTMENT INSPECTION AGENCY, ATTN JANE NEAGLEY, 3901 HARTZDALE DR, SUITE 112, CAMP HILL PA 17011-7843 address filed with court:, Middle Department Inspection Agency, 3901 Hartzdale Drive, Suite 112, Camp Hill, PA 17011 |
| 5019441 | + | Mailbox Man of MD, Inc., PO Box 465, Westminster, MD 21158-0465 |
| 5019443 | | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |
| 5019446 | + | Morris & Adelman, PC, James W. Adelman, Esquire, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 5019447 | + | Mountain Crest Homeowner's Associat, PO Box 474, Dillsburg, PA 17019-0474 |
| 5019448 | + | Nabil Dawood, Keller Williams of Central PA, 2040 Good Hope Road, Enola, PA 17025-1237 |
| 5021025 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Karina Velter Esquire, Manley, Deas & Kochalski, LLC, P.O. Box 165028, Columbus, Ohio 43216-5028 |
| 5019449 | + | Nationstar Mortgage, LLC, a/k/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5019450 | + | Old Maids, 717 Market Street, Suite 267, Lemoyne, PA 17043-1581 |
| 5047928 | + | PA Central Federal Credit Union, c/o Michaelann Allegrini, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5027785 | + | PA Central Federal Credit Union, c/o Tracy L. Updike, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 5019386 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5019453 | ++ | PENNSY SUPPLY INC, ATTN BRAD VORES, 2400 THEA DR SUITE 3A, HARRISBURG PA 17110-9436 address filed with court:, Pennsy Supply, Inc., 1001 Paxton Street, Harrisburg, PA 17105 |
| 5019452 | + | Parkview Homeowners Association, 1828 Good Hope Road, Suite 202, Enola, PA 17025-1204 |
| 5020364 | + | Pennsy Supply, Inc., c/o James W. Adelman, Esq, Morris & Adelman, P.C., P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |

| Recip ID | | Recipient |
|---|---|---|
| 5020377 | + | Pennsy Supply, Inc., c/o James W. Adelman, P.C., Morris & Adelman, P.C., P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |
| 5019454 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5019455 | + | Pennsylvania Central Federal Credit, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5019457 | + | PeopleReady, Inc., 1015 'A' Street, Tacoma, WA 98402-5122 |
| 5019459 | + | Property Mangement, Inc., PO Box 622, 1300 Market Street, Lemoyne, PA 17043-1420 |
| 5038572 | + | RON MYERS & ANGIE CALVERT, 13 VALLEY ROAD, ETTERS, PA 17319-9562 |
| 5038573 | + | RWC CORPORATION, 5300 DERRY STREET, HARRISBURG, PA 17111-3576 |
| 5019460 | + | Reed Concrete Work, LLC, 4411 Oregon Pike, Ephrata, PA 17522-9584 |
| 5019461 | + | Rhoads & Sinon, LLP, Amanda L. Lavis, Esquire, PO Bos 1146, Harrisburg, PA 17108-1146 |
| 5019462 | + | Ritner Steel, 131 Stover Drive, Carlisle, PA 17015-9782 |
| 5096815 | | Robert E Chernicoff Esquire, for Linda S Bales Living Trust, 2320 North Second St, PO Box 60457, Harrisburg, PA 17106-0457 |
| 5046971 | + | Robert E. Chernicoff, Cunningham, Chernicoff,, Warshawsky, P.C., 2320 N. 2nd Street, Harrisburg, PA 17110-1008 |
| 5019463 | + | S & T Bank, PO Box 190, 800 Philadelphia Street, Indiana, PA 15701-3908 |
| 5019464 | + | S. F. Pro Patining, 82 Linda Drive, Lot 30, Mechanicsburg, PA 17050-1548 |
| 5038574 | + | SALZMANN HUGHES, PC, 354 ALEXANDER SPRING ROAD, SUITE 1, CARLISLE, PA 17015-7451 |
| 5038575 | + | SMITHS IMPLEMENT, INC., 1 ROADWAY DRIVE, CARLISLE, PA 17015-8810 |
| 5038576 | + | STOCK & LEADER, 221 WEST PHILADELPHIA STREET, SUITE 600, YORK, PA 17401-2994 |
| 5038577 | + | SUSQ. CONF. OF UNITED METH. CHURCH, 238 HIGHLAND TERRACE WAY, BOILING SPRINGS, PA 17007-9316 |
| 5019465 | + | Schouten Drywall, LLC, 112 North Cedar Street, Lititz, PA 17543-1101 |
| 5043926 | + | Smiths Implements Inc, 12258 Buchanan Trail West, Mercersburg, PA 17236-9776 |
| 5096574 | + | Steven M Williams Esquire, on behalf of Innovative Painting, Systems Inc, 240 North Third St 7th fl, Harrisburg, PA 17101-1503 |
| 5019466 | + | Steven R. Snyder, Esquire, 635 Glenbrook Drive, Harrisburg, PA 17110-4021 |
| 5019467 | + | Sunny Slope Construction, 3809 Old Philadelphia Pike, Gordonville, PA 17529-9741 |
| 5019468 | + | Swartz Supply Company, Inc., d/b/a Swartz Kitchens and Baths, 5550 Allentown Boulevard, Harrisburg, PA 17112-4037 |
| 5096579 | + | Thomas O Williams Esquire PA, on behalf of James Hegeman, and Catherine Colm, 2331 Market Street, Camp Hill, PA 17011-4642 |
| 5019469 | + | Thomas, Thomas & Hafer, LLP, Joshua J. Bovender, Esquire, PO Box 999, Harrisburg, PA 17108-0999 |
| 5019471 | + | Touch of Color Flooring, 6303 Allentown Boulevard, Harrisburg, PA 17112-3302 |
| 5044098 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5096581 | + | Tracy L Updike Esquire, on behalf of PA Central Fed CU, 2080 Linglestown Road Ste 201, Harrisburg, PA 17110-9670 |
| 5019473 | #+ | Tradesman Building Group, LLC, 4309 Linglestown Road, Suite 115, Harrisburg, PA 17112-8607 |
| 5019475 | + | Wagner's Heating & Air Conditioning, 205 Greenbriar Road, Elliottsburg, PA 17024-9047 |
| 5019476 | + | Walters & Galloway, PLLC, David R. Galloway, Esquire, 54 East Main Street, Mechanicsburg, PA 17055-3851 |
| 5019477 | + | Walters Services, Inc., PO Box 340, Grantville, PA 17028-0340 |
| 5019480 | + | Winding Hill Window Cleaning Co., PO Box 694, Mechanicsburg, PA 17055-0694 |
| 5019481 | + | Wolf Creek Construction, LLC, 4250 Conewago Road, Dover, PA 17315-3236 |
| 5019482 | + | Yale Electric Supply Company, 2207 Paxton Street, Harrisburg, PA 17111-1037 |

TOTAL: 133

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: CITICORP.COM | Dec 23 2020 00:08:00 | Citibank, N.A., 6716 Grade Ln Blg 9 STE 910-PY DEPT, Louisville, KY 40213-3410 |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Dec 22 2020 19:13:00 | Deere & Company, 6400 NW 86th Street, Johnston, IA 50131 |
| 5019389 | | Email/Text: rmcollections@belco.org | Dec 22 2020 19:13:00 | Belco Community Credit Union, 449 Eisenhower Blvd #200, Harrisburg, PA 17111 |
| 5019388 | | EDI: BANKAMER.COM | Dec 23 2020 00:08:00 | Bank Of America, NC4-105-03-14, PO Box 31785, Tampa, FL 33631-3785 |
| 5044553 | | EDI: BL-BECKET.COM | Dec 23 2020 00:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5019394 | + | EDI: CITICORP.COM | Dec 23 2020 00:08:00 | Citi Cards/Costco, PO Box 9001016, Louisville, KY 40290-1016 |
| 5034429 | + | EDI: CITICORP.COM | Dec 23 2020 00:08:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5019395 | + | EDI: CITICORP.COM | Dec 23 2020 00:08:00 | Citicards CBNA, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5048430 | | Email/Text: litbkcourtmail@johndeere.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2020 19:13:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 5048429 | | Email/Text: litbkcourtmail@johndeere.com | Dec 22 2020 19:13:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 5019385 | | EDI: IRS.COM | Dec 23 2020 00:08:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5377090 | + | Email/Text: BKRMailOps@weltman.com | Dec 22 2020 19:13:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Brooklyn Hts., OH 44131-1829 |
| 5019437 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2020 19:13:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5019445 | | Email/Text: janeneagley@mdia.us | Dec 22 2020 19:13:52 | Middle Department Inspection Agency, 3901 Hartzdale Drive, Suite 112, Camp Hill, PA 17011 |
| 5019442 | + | Email/Text: unger@members1st.org | Dec 22 2020 19:13:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5019444 | + | Email/Text: bonnie.berkoski@midpennbank.com | Dec 22 2020 19:13:00 | Mid Penn Bank, 349 Union Street, Millersburg, PA 17061-1654 |
| 5019451 | + | Email/Text: bsmith@orrstown.com | Dec 22 2020 19:13:00 | Orrstown Bank, Attn: Pat Garner, 2695 Philadelphia Avenue, Chambersburg, PA 17201-7908 |
| 5041173 | + | EDI: PRA.COM | Dec 23 2020 00:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5019456 | + | EDI: PENNDEPTREV | Dec 23 2020 00:08:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5019456 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 19:13:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5043337 | | EDI: PENNDEPTREV | Dec 23 2020 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5043337 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 19:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5038571 | + | Email/Text: twilliams@reageradlerpc.com | Dec 22 2020 19:13:00 | REAGER & ADLER, PC, 2331 MARKET STREET, CAMP HILL, PA 17011-4640 |
| 5046266 | + | EDI: RMSC.COM | Dec 23 2020 00:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5019472 | | EDI: TFSR.COM | Dec 23 2020 00:08:00 | Toyota Motor Credit Corp, PO Box 8026, Cedar Rapids, IA 52408 |
| 5115057 | | EDI: BL-TOYOTA.COM | Dec 23 2020 00:08:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5019474 | | Email/Text: bkrcy@ugi.com | Dec 22 2020 19:13:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5228937 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Dec 22 2020 19:13:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Brian and Heidi Murphy |
| cr | | CL45 MW LOAN 1, LLC, c/o Kathryn L. Mason, Esq, 11 E. Chocolate Ave, Suite 300, HERSHEY |
| 5103805 | | CL45 MW Loan 1 LLC, c/o MS 4 LLC, 3144 S Winton Rd, Rochester NY 14623, CL45 MW Loan 1 LLC, c/o MS 4 LLC |

| | | |
|---|---|---|
| 5019426 | | J. L. Unruh, Address removed per entry 101 |
| 5019430 | | Jesse Esh d/b/a Esh Drywall, address removed as per entry 101 |
| 5019458 | | Precast Systems, LLC, removed per number 101 |
| cr | *+ | Carter Lumber Company, Inc., 601 Talmadge Road, Kent, OH 44240-7331 |
| cr | *+ | Innovative Painting Systems, Inc., 552 Airport Road, Loysville, PA 17047-9493 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Tradesman Building Group, LLC, 4309 Linglestown Road, Suite 115, Harrisburg, PA 17112-8607 |
| 5020378 | *P++ | PENNSY SUPPLY INC, ATTN BRAD VORES, 2400 THEA DR SUITE 3A, HARRISBURG PA 17110-9436, address filed with court:, Pennsy Supply, Inc., 1001 Paxton Street, Harrisburg PA 17105 |
| 5019479 | *+ | Westbrook Excavating, Inc., 822 Ridge Road, Carlisle, PA 17015-9276 |
| intp | ##+ | Catherine Colm, 4408 Royal Oak Road, Camp Hill, PA 17011-4144 |
| intp | ##+ | James Hegeman, 4408 Royal Oak Road, Camp Hill, PA 17011-4144 |
| 5019401 | ##+ | Dawood Engineering, Inc., 2020 Good Hope Road, Enola, PA 17025-1237 |
| 5019421 | ##+ | Home Designs Unlimited, LLC, PO Box 1005, New Kingstown, PA 17072-1005 |
| 5019439 | ##+ | Law Offices of Peter J. Russo, PC, 5006 East Trindle Road, Suite 203, Mechanicsburg, PA 17050-3651 |
| 5019470 | ##+ | Tiger Trash, PO Box 2444, York, PA 17405-2444 |
| 5019478 | ##+ | Westbrook Excavating, Inc., 822 Ridge Rd, Carlisle, PA 17015-9276 |

TOTAL: 6 Undeliverable, 6 Duplicate, 7 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

**Name**  **Email Address**

Bruce J Warshawsky
on behalf of Creditor Tradesman Building Group  LLC bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com

Clayton W Davidson
on behalf of Creditor Deere & Company cdavidson@mcneeslaw.com  triser@mcneeslaw.com

D. Troy Sellars
on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Donna Donaher
on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Gary J Imblum
on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James W Adelman
on behalf of Creditor Pennsy Supply Inc. mail@morrisadelman.com

Jeffrey C Clark
    on behalf of Creditor Jesse Esh jclark@wwwpalaw.com dwilliamson@wwwpalaw.com

Jeffrey L Troutman
    on behalf of Defendant Denise Pearl Thompson jeff.troutman@imblumlaw.com

Jeffrey L Troutman
    on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com

Jeffrey L Troutman
    on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com

Jeffrey L Troutman
    on behalf of Defendant David Robert Thompson jeff.troutman@imblumlaw.com

John Matthew Hyams
    on behalf of Defendant Carter Lumber Company Inc. jmh@johnhyamslaw.com, acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Joseph P Schalk
    on behalf of Creditor Precast Systems LLC joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joshua J Bovender
    on behalf of Creditor Carter Lumber Company Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

Joshua J Bovender
    on behalf of Plaintiff Carter Lumber Company Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

Joshua J Bovender
    on behalf of Defendant Carter Lumber Company Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

Karina Velter
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

Kathryn Leanne Mason
    on behalf of Creditor CL45 MW LOAN 1 LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com

Lawrence V. Young
    on behalf of Defendant Denise Pearl Thompson lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Lawrence V. Young
    on behalf of Defendant David Robert Thompson lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Lawrence V. Young
    on behalf of Debtor 1 David Robert Thompson lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Lawrence V. Young
    on behalf of Debtor 2 Denise Pearl Thompson lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Leon P. Haller (Trustee)
    lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com

Markian R Slobodian
    on behalf of Creditor Home Designs Unlimited LLC law.ms@usa.net

Robert E Chernicoff
    on behalf of Creditor Linda S. Bales Living Trust rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

Steven J. Schiffman
    on behalf of Creditor PA Central Federal Credit Union sschiffman@ssbc-law.com tupdike@ssbc-law.com

Steven M Williams
    on behalf of Creditor Innovative Painting Systems Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com

Thomas O. Williams
    on behalf of Interested Party James Hegeman TWilliams@ReagerAdlerPC.com ASouders@ReagerAdlerPC.com

Thomas O. Williams
    on behalf of Interested Party Catherine Colm TWilliams@ReagerAdlerPC.com ASouders@ReagerAdlerPC.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 32

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Robert Thompson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9483<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Denise Pearl Thompson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7531<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00449–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Robert Thompson
aka Dave Robert Thompson

Denise Pearl Thompson

**By the court:** *Henry W. Van Eck*

12/22/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**