United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                    Case No. 18-00449-HWV

David Robert Thompson                                                                    Chapter 7

Denise Pearl Thompson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                     User: AutoDocke                                     Page 1 of 3

Date Rcvd: May 17, 2021                           Form ID: fnldec                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

**Recip ID      Recipient Name and Address**
db/jdb      +   David Robert Thompson, Denise Pearl Thompson, 1409 English Drive, Mechanicsburg, PA 17055-5686

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

**Name      Email Address**

Adam Bradley Hall

     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

Bruce J Warshawsky

     on behalf of Creditor Tradesman Building Group  LLC bjw@cclawpc.com,
     aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

Clayton W Davidson

     on behalf of Creditor Deere & Company cdavidson@mcneeslaw.com  triser@mcneeslaw.com

D. Troy Sellars

     on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Donna Donaher

     on behalf of Creditor First National Bank of Pennsylvania donaherd@fnb-corp.com

Gary J Imblum

Gary J Imblum

on behalf of Plaintiff Denise Pearl Thompson gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

on behalf of Plaintiff David Robert Thompson gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James W Adelman

on behalf of Creditor Pennsy Supply Inc. mail@morrisadelman.com

Jeffrey C Clark

on behalf of Creditor Jesse Esh jclark@wwwpalaw.com  dwilliamson@wwwpalaw.com

Jeffrey L Troutman

on behalf of Plaintiff Denise Pearl Thompson jeff.troutman@imblumlaw.com

Jeffrey L Troutman

on behalf of Plaintiff David Robert Thompson jeff.troutman@imblumlaw.com

Jeffrey L Troutman

on behalf of Defendant David Robert Thompson jeff.troutman@imblumlaw.com

Jeffrey L Troutman

on behalf of Defendant Denise Pearl Thompson jeff.troutman@imblumlaw.com

John Matthew Hyams

on behalf of Defendant Carter Lumber Company  Inc. jmh@johnhyamslaw.com,
acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Joseph P Schalk

on behalf of Creditor Precast Systems  LLC joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joshua J Bovender

on behalf of Creditor Carter Lumber Company  Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

Joshua J Bovender

on behalf of Plaintiff Carter Lumber Company  Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

Joshua J Bovender

on behalf of Defendant Carter Lumber Company  Inc. jbovender@tthlaw.com, dshanaberger@tthlaw.com

Kathryn Leanne Mason

on behalf of Creditor CL45 MW LOAN 1  LLC klm@jsdc.com, cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com

Lawrence V. Young

on behalf of Defendant Denise Pearl Thompson lyoung@cgalaw.com
tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Lawrence V. Young

on behalf of Defendant David Robert Thompson lyoung@cgalaw.com
tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Lawrence V. Young

on behalf of Debtor 1 David Robert Thompson lyoung@cgalaw.com
tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Lawrence V. Young

on behalf of Debtor 2 Denise Pearl Thompson lyoung@cgalaw.com
tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com

Leon P. Haller (Trustee)

lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com

Markian R Slobodian

on behalf of Creditor Home Designs Unlimited  LLC law.ms@usa.net

Robert E Chernicoff

on behalf of Creditor Linda S. Bales Living Trust rec@cclawpc.com
jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

Steven J. Schiffman

on behalf of Creditor PA Central Federal Credit Union sschiffman@ssbc-law.com  tupdike@ssbc-law.com

Steven M Williams

on behalf of Creditor Innovative Painting Systems  Inc. swilliams@cohenseglias.com, azortman@cohenseglias.com

Thomas O. Williams

on behalf of Interested Party James Hegeman TWilliams@ReagerAdlerPC.com  ASouders@ReagerAdlerPC.com

Thomas O. Williams

           on behalf of Interested Party Catherine Colm TWilliams@ReagerAdlerPC.com  ASouders@ReagerAdlerPC.com

United States Trustee

           ustpregion03.ha.ecf@usdoj.gov

TOTAL: 32

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David Robert Thompson,<br>aka Dave Robert Thompson, | Chapter      7 |
| **Debtor 1** | Case No.      1:18−bk−00449−HWV |
| Denise Pearl Thompson, | |
| **Debtor 2** | |

Social Security No.:

                  xxx−xx−9483          xxx−xx−7531

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Leon P. Haller (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  May 17, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

**fnldec** (10/20)